



DI11029286 INI

**IN THE COURT OF COMMON PLEAS**
**HAMILTON COUNTY, OHIO**
**CIVIL DIVISION**

BARBARA HENSLEY                     :
12063 Decker                        :
Richwood Ky, 41094                  :
                                    :      Case No.    A 1 5 0 3 3 5 5
                                    :
                                    :      JUDGE
        **Plaintiff,**              :
                                    :      **COMPLAINT**
                                    :      **& JURY DEMAND**
v.                                  :
                                    :
**WEST CHESTER HOSPITAL, LLC**      :
7700 UNIVERSITY DRIVE               :
WEST CHESTER, OH 45069              :
SERVE: GH&R BUSINESS SVCS., INC.    :
511 WALNUT STREET                   :
1900 FIFTH THIRD CENTER             :
CINCINNATI, OH 45202                :
(Serve via Certified mail)          :
                                    :
And                                 :
                                    :
**UC HEALTH**                       :
SERVE: GH&R BUSINESS SVCS., INC.    :
511 WALNUT STREET                   :
1900 FIFTH THIRD CENTER             :
CINCINNATI,OH 45202                 : (ALL NEW DR. DURRANI CASES SHALL
(Serve via Certified mail)          : GO TO JUDGE RUEHLMAN PER
                                    : HIS ORDER)
                                    :
                                    :
        **Defendants**              :


## PARTIES VENUE JURISDICTION


Comes now the Plaintiff, Barbara Hensley, and files this Complaint and jury demand and

state as follows:

1. Plaintiff is bringing a Direct Fraud Claim against Defendants West Chester Hospital and UC Health.

2. A fraud claim against West Chester Hospital and UC was never brought in Plaintiff's original suit against Dr. Durrani.

3. Resjudicata and Collateral Estoppel do not apply.

4. The decision in favor of Dr. Durrani did not involve West Chester Hospital and UC Health. West Chester Hospital and UC Health were not parties to the lawsuit. The decision was also not on the merits.

5. At all times relevant, Plaintiff was a resident of and domiciled in the State of Kentucky. Comes now, Plaintiffs, by and through counsel, and for this Complaint states as follows:

6. Plaintiff had surgery at West Chester Hospital in 2009.

7. At all times relevant, Dr. Abubakar Atiq Durrani (hereinafter "Dr. Durrani") was licensed to and did in fact practice medicine in the State of Ohio.

8. At all times relevant, West Chester Hospital, LLC (hereinafter "West Chester Hospital"), was a limited liability company authorized to transact business and perform medical services in the State of Ohio and operate under the trade name West Chester Hospital.

9. At all times relevant, Defendant UC Health Inc., was a duly licensed corporation which owned, operated and/or managed multiple hospitals including, but not limited to West Chester Hospital, and which shared certain services, profits, and liabilities of hospitals including West Chester.

10. At all times relevant herein, West Chester Medical Center, Inc., aka West Chester Hospital held itself out to the public, and specifically to Plaintiffs, as a hospital providing competent and qualified medical and nursing services, care and treatment by and through

its physicians, physicians in training, residents, nurses, agents, ostensible agents, servants and/or employees.

11. UC Health Stored BMP-2 at UC Health Business Center warehouse located in Hamilton County.

12. UC Health is the corporate parent, owner and operator of West Chester Hospital, LLC. UC Health is located in Hamilton County making Hamilton County appropriate to bring this lawsuit.

13. The amount in controversy exceeds the jurisdictional threshold of this Court.

## FACTUAL ALLEGATIONS OF PLAINTIFF

14. Upon information and belief, Dr. Durrani used Infuse/BMP-2 "off-label" without Plaintiff's knowledge or consent, causing harm.

15. The use of BMP-2 "off-label" was in violation of the FDA standards.

16. Plaintiff Barbara Hensley had an x-ray ordered by Dr. Gary Shearer to due to complaints of neck pain.

17. Barbara had history of two previous cervical spine surgeries.

18. The MRI revealed degenerative changes above the C5-7 fusion of borderline significance and degenerative changes at C7-T1 of questionable significance.

19. Dr. Shearer then referred Barbara to Durrani for evaluation of her neck and lower back pain.

20. Durrani ordered an MRI and planned to perform surgery after receiving the results.

21. The MRI showed there was only mild stenosis of C3-C4, mild to moderate at C4-C5, and at C7-T1; with no herniation or obvious abnormality.

22. On October 23, 2009, Durrani performed an anterior cervical discectomy and fusion of

C4-5 and C7-T1 on Barbara.

23. Two weeks after the operation Barbara was seen by Durrani.

24. At that time, Barbara had complaints of difficulty eating and drinking since surgery, with moderate to severe pain between her shoulder blades and down her right arm. Her range of motion was "very, very limited," and physical therapy.

25. On February 24, 2010, Plaintiff Hensley visited Dr. Shearer with difficulty swallowing and headaches.

26. Barbara received injections into her occipital nerve to treat the headaches.

27. In May, 2010, she again visited Dr. Shearer complaining of emotional issues, weight loss, and weakness; an x-ray at that time showed fusion from C4 through T1.

28. On September 27, 2010, she again visited Dr. Shearer, complaining of a number of issues, including difficulty swallowing and weight loss; as a result of which Dr. Shearer ordered a Barium swallow study.

29. The study showed severe constriction of the esophagus, and on a visit with Dr. Shearer on October 27, 2010, Barbara complained that her voice had been getting fainter over the past several months.Dr. Shearer referred her for a gastrointestinal (GI) evaluation.

30. On January 24, 2011, Barbara received a second opinion from Dr. Michael Rohmiller of the Cincinnati Spine Institute.

31. Dr. Rohmiller reviewed the MRI that was done prior to Barbara's surgery by Dr. Durrani and noted there was no herniation or obvious abnormality noted.

32. Dr. Rohmiller reviewed the films done following the surgery and felt it was likely that Defendant Durrani had used bone morphogenetic protein (BMP) and that was likely the reason for Barbara's difficulty swallowing.

33. BMP is a genetically engineered protein product that stimulates bone growth and is not FDA approved for cervical spinal fusions.

34. On January 31, 2011, an upper GI evaluation was performed, but the study was incomplete as Barbara was able to tolerate only a few small sips, because food refluxed into her nose, a diagnosis of esophageal dysmotility.

35. On February 7, 2011 Barbara visited Dr. Kevin Moreman of Tri-state Gastroenterology, where he performed an esophageal dilatation on barbara, and he noted the possible need for a feeding tube.

36. On February 21, 2011 Barbara again visited Dr. Shearer, when he noted that "she had her rods removed due to food catching and hanging up."

37. That same day, Barbara also visited Dr. Rohmiller, who discussed with her the possibility of feeding tube, which she declined at that time.

38. Barbara continued to visit to Dr. Shearer for swallowing problems, including that when she swallows it comes out her nose.

39. As a direct and proximate result of these surgeries and Dr. Durrani's negligence, Plaintiff has suffered harm.

40. Plaintiff did not become aware of Dr. Durrani's use of Infuse/BMP-2 until Plaintiff filed her complaint January 17, 2012.

41. West Chester/UC Health failed to report a single incident of any kind involving Dr. Durrani to the National Practitioner Data Bank and any other reporting agency including the Ohio Medical Board despite there being countless required reports.

42. According to HRSA Data, 42% of hospitals have never made a single report to NPDB.

43. With respect to Dr. Durrani, West Chester/UC Health did not follow their written medical staff policies and procedures under their professional practice evaluation policy.

44. West Chester/UC Health failed to follow the triggers for peer review from January 2009 through May 2013.

45. The following are the triggers for peer review or other actions as provided by West Chester/UC Health to the Deters Law Office in discovery in related litigation and is a list which by their own admission is not exclusive and is a list they produced after full knowledge of the items Dr. Keith Wilkey, Plaintiffs' experts, considered triggers:

    A. Wrong operative procedure performed

    B. Serious injury due to medical device

    C. Procedure performed on wrong patient

    D. Medication resulting in death

    E. Delay in diagnosis

    F. Autopsy not correlated with clinical diagnosis

    G. Delay in treatment resulting in serious injury or death

    H. Alleged abuse or neglect

    I. Unexpected death

    J. Surgical death

    K. Mortality review

    L. Unplanned second surgeon called to OR

    M. MD not credentialed for procedure

    N. Focus review

    O. Incident reports

P.  Contraindication to surgery

Q.  Unintended retention of foreign object in a patient after surgery

R.  Complications from procedure (i.e. readmits, infections, pneumothorax after procedure)

S.  X-ray discrepancies

T.  Returns to surgery

U.  Transfusion not meeting criteria on order sheet

V.  Change in surgery/procedure

W. Laceration/or perforation/puncture of organ during invasive procedure

X.  Acute MI or CVA within 48 hours of procedure

Y.  Anesthesia complications

Z.  MD without timely response to ED or unit call

AA.      Risk management issues

BB.      Delay in treatment not resulting in serious injury and/or death

CC.      Delay in diagnosis not resulting in injury or death

DD.      Acute blood loss as indicated by procedure

EE.      Appropriate care measures not ordered

FF.      Readmission- complication of previous admission

GG.      Unplanned admission following surgery

HH.      72 hours returns to ED and readmit same issue

II.      Insufficient documentation

JJ.      BMP-2

KK.      PureGen

LL.     Late dictation or no dictation of operative reports or discharge summaries

MM.    False claim of spondylolisthesis

NN.     False claim of stenosis or its severity

OO.     Performing surgeries on patients whose health condition vitiates surgery: age, diabetes, obesity, hypertension, mental health issues, etc.

PP. Shanti Shuffle- Dr. Shanti being forced to do an entire surgery for Dr. Durrani by Dr. Durrani without the patient's knowledge.

QQ.     No hospital consents or improper CAST consents

RR.     Failed Hardware

SS.     Performing surgery not qualified to perform

TT.     Dura tear

UU.     Having hardware which should be removed, which is never removed

VV.     Not using the proper cage with BMP-2

WW.    Ignoring radiology results

XX.     Misrepresentations to primary care physicians

46. Dr. Keith Wilkey, a board certified spine expert, has reviewed over 213 patient charts at West Chester of Dr. Durrani and signed 213 affidavits of merit as required under CR10 of Ohio Rules of Procedure to file a medical malpractice case and based upon these reviews over 500 events triggers place which would have required action against Dr. Durrani by West Chester. Defendants intentionally took no action.

47. From January 2009 through May 2013, with respect to Dr. Durrani, Defendants failed to follow their Medical Staff Code of Conduct which they approved as witnessed by Ed Crane, President of the Medical Staff and Paula Hawk.

48. Unknown Defendants include all Members of the Executive Committee, Credentialing Committee and Peer Review from 2009 through 2013.

49. Article I of the MEC bylaws gives the MEC "oversight," of quality of care and patient safety for West Chester.

50. Article 3.1.1 sets forth who the officers are including President, Director of Surgery, Director of Medicine and Chair of Credentials Committee.

51. Article 3.3.1 provides the duties of each department director and Article 4.4 provides the functions of the department.

52. Defendants have refused to produce through discovery the members of West Chester's Medical Executive Committee, Credentialing Committee and Peer Review Committee from 2009 through 2013.

53. Plaintiff did not become aware of Dr. Durrani's use of Infuse/BMP-2 until legal counsel informed Plaintiff of his propensity to use the drug.

## MORE SPECIFIC ALLEGATIONS BASED UPON DISCOVERY AND DEPOSITION TESTIMONY

54. Krissy Probst was Dr. Durrani's professional and personal assistant handling professional, academic, travel, surgery scheduling, his journals, his Boards, his credentialing, his personal affairs and his bills.

55. Krissy Probst worked as Dr. Durrani's assistant for three years at Children's Hospital from 2006, 2007, and 2008.

56. Krissy Probst reported Dr. Durrani to Sandy Singleton, the Business Director at Children's for his having an affair with Jamie Moor, his physician assistant.

57. Krissy Probst resigned in 2008 from Dr. Durrani and remained working for three other surgeons in the Orthopedic Department.

58. Krissy Probst worked in the Orthopedic Department for eleven years from 2002-2013. She retired in May, 2013.

59. Krissy Probst confirmed Dr. Durrani claims being a Prince, when he is not.

60. According to Krissy Probst, Dr. Crawford, an icon in pediatric orthopedics treated Dr. Durrani "like a son."

61. According to Krissy Probst, Dr. Crawford, Chief of Orthopedics at Children's unconditionally supported Dr. Durrani no matter the issues and problems Dr. Durrani faced.

62. Dr. Durrani's patient care at Children's Hospital dropped off considerably after Jamie Moor became his physician assistant and they began their affair.

63. Dr. Durrani was the only orthopedic spine surgeon at Children's who would perform a dangerous high volume of surgeries.

64. At Children's, Dr. Durrani would begin a surgery, leave and have fellows and residents complete a surgery or do the full surgery while he was in his office with Jamie Moor, his physician assistant for four or five hours.

65. Children's Board and administration knew about Dr. Durrani doing too many surgeries and not properly doing the surgeries. They did nothing.

66. Dr. Durrani argued to Children's administration when they complained to him that he made them money so Children's tolerated him and allowed him to do what he wanted.

67. Dr. Durrani, when told by Children's that Jamie Moor had to leave, told Children's that he would leave too.

68. Dr. Agabagi would do one spine patient a day at Children's because it takes normally eight hours for a full fusion.

69. Dr. Durrani would schedule two to three spine surgeries a day at Children's.

70. Dr. Durrani would repeatedly have the Business Director, Sandy Singleton, or OR Director allow him to add surgeries claiming they were emergencies when they were not.

71. Dr. Durrani would leave a spine surgery patient for four or five hours in the surgery suite under the care of fellows or residents, unsupervised and sit in his office and check on the surgery as he pleased.

72. Dr. Peter Stern did not like Dr. Durrani while Dr. Durrani was at Children's because he knew all about his patient safety risk issues. Yet, Dr. Stern supported, aided and abetted Dr. Durrani's arrival at West Chester. It defies comprehension, but was for one of the world's oldest motives—greed of money.

73. There is also a Dr. Peter Sturm, an orthopedic at Children's who also had no use for Dr. Durrani.

74. Dr. Durrani chose his own codes for Children's billing which he manipulated with the full knowledge of Children's Board and management.

75. Dr. Durrani was dating and living with Beth Garrett, a nursing school drop-out, with the full knowledge of his wife Shazia.

76. Dr. Durrani was close with David Rattigan until David Rattigan pursued Jamie Moor and Dr. Durrani would not allow David Rattigan in the OR at Children's for a long time.

77. Dr. Durrani, while claiming to have riches, does not. Dr. Durrani's wife's family paid for Dr. Durrani's education and it is her family with the significant wealth.

78. Medtronics paid for Dr. Durrani's trips and paid him $10,000 fees for speaking or simply showing up at a spine conference.

79. Krissy Probst's business director told her to save all Dr. Durrani related documents and information and she did.

80. While doing research at Children's, Dr. Durrani would misstate facts regarding his research. Children's knew he did this.

81. Dr. Durrani ended on such bad terms with Children's Hospital he was not allowed on the premises after his departure in December 2008, yet he performed a spine surgery there in February 2009.

82. Eric J. Wall, MD was the Director of Surgical Services Division of Pediatric Orthopedic Surgery when Dr. Durrani left Children's.

83. Sandy Singleton, MBA was the Senior Business Director of Surgical Services Division of Pediatric Orthopedic Surgery when Dr. Durrani left Children's.

84. On information and belief, Dr. Durrani used his relationships with Children's officials to purge his Children's file of all patient safety and legal issues which had occurred as part of his departure "deal" which Defendants hide with privilege.

85. Defendants committed fraud by misrepresenting Dr. Durrani's reputation. Defendant knew he was doing unnecessary spine surgeries and concealing them from Plaintiffs. With the intent to mislead Plaintiffs, and knowing Plaintiffs would rely upon the misrepresentations and concealment, Defendant caused harm to Plaintiffs. Defendant knew their false information regarding Dr. Durrani was material to Plaintiffs decision making in choosing Dr. Durrani as a surgeon, allowing him to perform surgery, following his recommendation and being trusting to have their procedures at Defendant hospitals.

86. Dr. Durrani's CAST website states in part: "The entire focus at CAST is on the patient. From the ease in getting in to see a physician…to wellness, therapy and treatment programs that can help patients avoid surgery…to minimally invasive techniques if surgery is necessary…to our remarkable facility and one-site convenience. It's time patients have the level of preventive care and advanced treatment we offer. Atiq Durrani, MD- Founder of CAST." As shown and will be shown, this is a material misrepresentation which is false relied upon by Dr. Durrani's patients including Plaintiffs to allow Dr. Durrani to perform unnecessary surgeries on Plaintiffs.

87. Gerry Goodman worked under a Corporate Integrity Agreement in 2010 at West Chester/UC Health.

88. Gerry Goodman, from August to November 2010, while serving as the interim director of OR nursing at West Chester Medical Center, complained to administration including Mitch McCrate about Dr. Durrani's deviations and violations of law, policies, bylaws, rules and regulations which were effecting patient care, including Plaintiffs.

89. Mitch McCrate told Gerry Goodman West Chester/UC Health wasn't concerned because "the hospital had state funding and therefore was not held to qui tam rules."

90. Gerry Goodman told Mitch McCrate, General Counsel; Jack Talbot, HR; George Caralis, COO and Kevin Joseph, MD, President; that Dr. Durrani had a "partner" who had not received provider status and Dr. Durrani was billing his "partner" under Dr. Durrani's provider number, something which was illegal.

91. The "partner" was Dr. Shanti.

92. Dr. Durrani and Dr. Shanti would do three or four cases simultaneously and bill them simultaneously.

93. Gerry Goodman told McCrate, Talbot, Caralis and Joseph she could not work in a place which condones illegal practices. They asked her to ignore them. She refused.

94. Dr. Durrani, according to Gerry Goodman, did whatever he wanted in the OR and knew he could get away with it including being treated like a king by the vendors.

95. Vendors such as Medtronic representatives were allowed in the OR after going through the preapproved process they must go through. David Rattigan, Dr. Durrani's primary vendor, worked at Bahler peddling Medtronic products.

96. Dr. Durrani was abusive to his and West Chester/UC Health staff. This was tolerated by West Chester/UC Health and effected patient care including that of Plaintiffs.

97. Dr. Durrani never cared about others schedules or the West Chester/UC Health OR schedule.

98. Dr. Durrani declared every surgery an emergency to ignore schedules.

99. Dr. Durrani received two full days and two half days of block time at West Chester/UC Health. It was never enough time for his over utilization.

100.   When Gerry Goodman would say no to a Dr. Durrani scheduling request, Dr. Durrani would contact West Chester/UC Health administration and she would be overridden.

101.   Gerry Goodman had skill, knowledge and experience to recognize a "Dr. Durrani" because she had been involved in the outing of another over-utilizer and unnecessary procedure surgeon performing cardiac catherizations.

102.   Spine surgeons usually do one or two a day, possibly three surgeries a day if an emergency.

103.   *Dr. Durrani would often do four, five and even six surgeries.*

104.    Dr. Durrani and Dr. Shanti would walk from surgical room to surgical room with all the spine patients "open" for an extended time past the standards of care.

105.    On at least two occasions, Dr. Durrani patients were open for in excess of an hour waiting for him to come into the case.

106.    When Gerry Goodman would complain to Dr. Durrani about patients being under anesthesia and the operative site open for long periods of time, Dr. Durrani would claim "we are covering anesthesia with antibiotics."

107.    When Dr. Durrani performed with Dr. Shanti these multiple simultaneous procedures, they were billed as if he was the attending surgeon in all three surgeries.

108.    The Dr. Shanti and Dr. Durrani "open and switch" to do the surgery, we have labeled the "Shanti Shuffle."

109.    The Shanti Shuffle is not the normal. Shanti did not assist, he replaced.

110.    Gerry Goodman complained to risk management repeatedly to no avail of the Shanti Shuffle.

111.    When Gerry Goodman pointed out to risk management, Jill Stegman and David Schwallie that Dr. Durrani had all the "red flags" from over utilization and being bounced out of other area hospitals, they responded "how did you know." Gerry Goodman knew because anyone in hospital administration and management in the tristate in 2008 to 2013 knew. Dr. Durrani was no secret.

112.    Jill Stegman and David Schwallie admitted to Gerry Goodman they knew about Dr. Durrani's over utilization, being "bounced out" of other hospitals and all the issues going on with him with the OR, but West Chester needed Dr. Durrani's numbers.

113.    When Gerry Goodman complained to George Caralis about Dr. Durrani, he told
Gerry Goodman to "keep your mouth shut and go back to work because you are just an
interim."

114.    George Caralis told Gerry Goodman that West Chester/UC Health needed Dr.
Durrani surgeries and admissions and therefore they were not going to stop him.

115.    Jill Stegman and David Schwallie informed Gerry Goodman they would get back
with her about Dr. Durrani in a few days. They never did.

116.    After Gerry Goodman was blown off by David Schwallie and Jill Stegman, she
decided to leave her work assignment at West Chester/UC Health.

117.    Gerry Goodman checked the written consents of BMP-2 patients including
Plaintiffs which Dr. Durrani, CAST and West Chester/UC Health had them sign and
confirmed they did not provide consent to BMP-2.

118.    Gerry Goodman reported on the lack of consent for BMP-2 also to Schwallie,
Stegman, Joseph, Caralis, Talbot and McCrate and they ignored her.

119.    Gerry Goodman verified there was nothing in the patients' charts, including
Plaintiffs' charts, reflecting they were informed of the risks of off label use of BMP-2.

120.    Upon hearing her repeated complaints about Dr. Durrani, George Caralis told
Gerry Goodman she was just an "emotional female."

121.    Gerry Goodman reported to no avail patient safety issues caused by the OR staff
working from 7 AM to midnight on Dr. Durrani patients. Fatigue caused deviations in
standard of care by West Chester/UC Health staff's including in Plaintiffs.

122.    No action was taken by West Chester/UC Health's board or management to
correct the informed consent issue on BMP-2. The time period of Gerry Goodman's

warning and complaints were fall 2010. Plaintiffs' claims arise from January 1, 2009 through May 2013. At least, according to Gerry Goodman's interim service, any Plaintiff having BMP-2 placed after the fall of 2010 at West Chester/UC Health is a further tragedy because the Board, administration and management can't obey notice and they allowed Dr. Durrani to continue placing BMP-2 at will. Why? Money. Despite having full knowledge of the issue, West Chester/UC Health's board and management allowed patients including Plaintiffs to have BMP-2 placed in them by Dr. Durrani at their facility without warning them, with full knowledge they were not warned.

123.　　Gerry Goodman knew anesthesia charged per the minute or in fifteen minute increments and she considered it a fraud to bill for unnecessary anesthesia when patients were "open" longer than necessary.

124.　　Dr. Durrani would contact Medtronics and other vendors directly, they would bring into the OR what Dr. Durrani requested and then invoice West Chester/UC Health.

125.　　During surgeries, Medtronics and other vendors would want to up sell products.

126.　　This process was distracting to the OR staff and affected patient care.

127.　　Dr. Durrani told Gerry Goodman Dr. Shanti had privileges, but wasn't yet on all the insurance panels.

128.　　Gerry Goodman asked Dr. Durrani: "Which panel so he's not doing those cases?"

129.　　Dr. Durrani told Gerry Goodman in response: "We're doing these procedures together. They're billed under my name."

130.　　Gerry Goodman witnessed one case where Dr. Durrani was never in the room at all, just Dr. Shanti. Yet, Dr. Durrani claimed the procedure.

131. Gerry Goodman confronted Dr. Shanti and he simply stated: "Dr. Durrani and I are co-surgeons."

132. Gerry Goodman verified Dr. Shanti was not on the written informed consents for these procedures.

133. Kevin Joseph, MD, and President of West Chester Medical Center, knew everything Gerry Goodman complained about because either she told him or George Caralis told him. Caralis told her he told him.

134. Dr. Durrani had no supervision at all at West Chester/UC Health.

135. When Gerry Goodman attempted to supervise him, the West Chester/UC Health management as described here rebuked her.

136. Gerry Goodman also informed Mitch McCrate, Jill Stegman, David Schwallie, George Caralis and Kevin Joseph, MD, that Dr. Durrani's high volume of fusions of the spine was not usual practice. They ignored these concerns.

137. West Chester/UC Health's board and management, did not provide proper supervision of Dr. Durrani as required through the surgery and orthopedic departments. (See Bylaws section to follow)

138. Gerry Goodman also spoke to the Chief of Surgery at West Chester Medical Center about Dr. Durrani to no avail.

139. The West Chester/UC Health manager who did analytics and kept records sent to Gerry Goodman at her request, months' worth of their BMP tracking. She kept it and still has it.

140. West Chester/UC Health has previously denied tracking BMP-2. They lied. They tracked it to analyze the profit. They liked the profit. They encouraged Dr. Durrani to place all the BMP-2 he could.

141. Based upon Gerry Goodman's documentation, Plaintiffs have requested and expect to receive all BMP-2 tracking as evidence of Plaintiffs BMP-2 claims.

142. West Chester/UC Health's board and management increased the cost of the surgeries of Plaintiffs and patients by using BMP-2 infuse.

143. Dr. Durrani would also sign operative reports he never dictated with the full knowledge of West Chester/UC Health's board and management. This is yet another practice Gerry Goodman complained about.

144. Kate Fenner, Phd, owner of Compass Clinical Consulting, told Gerry Goodman that she had a meeting approximately 2007/2008 at West Chester Hospital with Kevin Joseph to alert him to Durrani's billing and medical practices. Kate Stated that she knew Dr. Durrani was leaving prescriptions unsigned for his office nurses to distribute as needed when he was out of the country. Kate then stated that she knew Kevin knew about the questionable billing practices and was told **"WE NEED THE CASES AND THE REVENUES."**

145. Dr. Shanti dictated operative reports he never signed with the full knowledge of West Chester/UC Health's board and management. They knew because Gerry Goodman complained.

146. Orthopedics and spine surgeries are some of the highest sources of income for a hospital and were too for West Chester/UC Health.

147.    In the spring of 2013, Dr. Peter Stern told Dr. Angelo Colosimo, UC Orthopedic Surgeon that West Chester/UC Health "knew all about Dr. Durrani's issues before he came to us and after he came to us, but we needed the money."

148.    The billings for Dr. Durrani surgeries were sent to Plaintiffs at their homes with requests for payment.

149.    Plaintiffs were required to make payments of uncovered medical bills to Dr. Durrani and CAST.

150.    Dr. Durrani produced, distributed and utilized a video of a lecture involving his EDS patients to solicit more patients.

151.    Unbeknownst to his EDS patients, Dr. Durrani was doing experiments on these EDS patients including many of the Plaintiffs without informing them they were part of an experiment. This too violated West Chester Medical Staff Bylaws as revealed in a later section.

152.    Dr. Durrani claims in his EDS video a 95% success rate with the C1-C2 operations and only one of the twenty-five claimed they would not have the surgery again.

153.    The undersigned counsel represents 20 of these 25 persons and not one would have the surgery again. They are Plaintiffs.

154.    Dr. Tayeb was an employee of Dr. Durrani from 2009 to 2013. Counsel has interviewed him extensively.

155.    Dr. Tayeb will testify that Dr. Durrani improperly selected patients for surgery, and then recommended surgery, including patients with EDS that were not proper candidates for surgery including many of the Plaintiffs.

156.     Dr. Tayeb will testify that improper business practices occurred at CAST, including Dr. Durrani recommending surgeries that were medically unnecessary including the Plaintiffs.

157.     Dr. Tayeb will testify that Dr. Durrani made decisions to place wealth and status over the well-being of his patients including Plaintiffs.

158.     Dr. Tayeb, Dr. Durrani's pain management doctor for a time at CAST, reports that Dr. Durrani's misuse of BMP-2 resulted in bony overgrowth, where "it's like a big block of bone back there where you can't even stick a needle there anymore" and patients, including Plaintiffs would develop neuropathic pain.

159.     Dr. Tayeb could not reach the nerve in many of the BMP-2 patients to even treat with injections.

160.     Dr. Tayeb would engage Dr. Durrani in shouting matches at CAST over patient care that others witnessed.

161.     According to Dr. Tayeb, Dr. Durrani would not always speak truthfully about patients having already gone through conservative care.

162.     According to Dr. Tayeb, Dr. Tayeb believes West Chester knew about Dr. Durrani's prior issues.

163.     According to Dr. Tayeb, surgical notes were not being done timely and there are some "clinical ramifications."

164.     According to Dr. Tayeb, many times surgeries were performed in different areas than the work up.

165.     According to Dr. Tayeb, patients would not understand what Dr. Durrani was doing.

166. According to Dr. Tayeb, Dr. Durrani loved to tell patients he would "fix" them.

167. According to Dr. Tayeb, Dr. Durrani told patients they would be paralyzed.

168. According to Dr. Tayeb, Dr. Durrani exaggerated the diagnosis of lumbar degenerative disc disease and stenosis.

169. According to Dr. Tayeb, ER patients with back pain were referred to Dr. Durrani.

170. According to Dr. Tayeb, he heard about West Chester facing financial challenges.

171. According to Dr. Tayeb, he is of the opinion Risk Management knew about Dr. Durrani issues.

172. According to Dr. Tayeb, Paula Hawk at a meeting with Dr. Durrani, Dr. Tayeb and Brian Gibler (CEO UC Health said: "We work with Dr. Durrani. We cater to Dr. Durrani, you know, to point where we want to try to expedite and make everything easy for you guys to bring everything over here." "He's our partner in crime."

173. According to Dr. Tayeb, there were a suspicious high number of spine surgeries.

174. According to Dr. Tayeb, Dr. Durrani bragged in the halls he was the top money maker.

175. According to Dr. Tayeb, he's aware of at least one time four (4) surgery suites reserved at one time for Dr. Durrani.

176. According to Dr. Tayeb, West Chester advertised they were a premier spine institute.

177. According to Dr. Tayeb, there was a discussion about CAST and West Chester co-oping and Dr. Durrani wanted a "piece" of the action.

178. According to Dr. Tayeb, there were $100 a day fines for records over 30 days late. He has no idea if Dr. Durrani was fined.

179.    According to Dr. Tayeb, Dr. Durrani went an entire six months—no records.

180.    According to Dr. Tayeb, there were also issues of too long of days in surgery.

181.    According to Dr. Tayeb, Dr. Durrani had two heart attacks and would get sick, go

to ER get fluids and keep operating.

182.    According to Dr. Tayeb, Dr. Tayeb believes Dr. Joseph had to have knowledge of

the issues.

183.    According to Dr. Tayeb, Dr. Durrani was super aggressive.

184.    According to Dr. Tayeb, seen in clinic to surgery scheduling was for 30 patients

20-30% for Dr. Durrani.

185.    According to Dr. Tayeb, others for 30- one or two scheduled.

186.    According to Dr. Tayeb, Dr. Durrani would schedule surgeries without looking at

MRI or ordering one.

187.    According to Dr. Tayeb pertaining to Dr. Durrani, "I think it was just everything

that was walking needed to be cut on in some way, shape or form whether it was

necessary or not."

188.    According to Dr. Tayeb, Defendants held discussions with Dr. Durrani regarding

using 4th floor of hospital for CAST rehab.

189.    According to Dr. Tayeb, lack of documentation effects patient care and West

Chester responsible.

190.    According to Dr. Tayeb, he heard the "paralyze" and "severe stenosis" to patients

from Dr. Durrani a lot.

191.    Elizabeth Dean was employed at West Chester Medical Center before they

opened the doors for business.

192. Elizabeth Dean was one of the original patient access representatives at West Chester Medical Center, which is now West Chester Hospital, beginning employment in February 2008 to July 2010.

193. Elizabeth Dean had many responsibilities within the hospital including admitting Dr. Durrani patients and completing financial reports for the West Chester/UC Health CFO, Mike Jeffers.

194. Elizabeth Dean was also included in most corporate meetings where discussions took place over the mass injections performed by Dr. Durrani in the testing area of the hospital and she also was the actual patient access representative who registered and spoke with all the Durrani patients.

195. According to Elizabeth Dean, before Dr. Durrani began to practice at West Chester Hospital, every area of the hospital was a "ghost town."

196. Despite being a new hospital, it was still not picking up revenue as it expected.

197. Elizabeth Dean was required to ask for all copays when the patients arrived, just to "keep the numbers up" as much as possible.

198. Elizabeth worked for five years as a medical biller with University Internal Medicine Associates before coming to West Chester.

199. Elizabeth Dean knew West Chester/UC Health needed money based upon her position and work at West Chester.

200. Elizabeth Dean reviewed the final numbers from CFO Mike Jeffers each month and also logged all payments received on the surgery cases including Dr. Durrani's.

201. West Chester/UC Health's board and management gave staff raises based upon the hospitals financial woes.

202.    West Chester/UC Health fired the original CEO and corporate employees once the hospital was bought by UC Health, and appointed an ER physician as the new CEO, Kevin Joseph, MD.

203.    Elizabeth Dean will testify that West Chester/UC Health decided to have West Chester/UC Health ran by physicians.

204.    Vickie Scott worked at West Chester in the operating room during the time Dr. Durrani also worked there.

205.    OR Nurses, including Vickie Scott, went to the OR management, Elaine Kunko and Denise Evans and to Risk Management, Jill Stegman, about Durrani's illegal activities, deviations in standard of care and violations of policies, bylaws, regulations and rules. No action was taken. They complained and reported the same issues Gerry Goodman reported as previously described.

206.    Vickie Scott informed Elaine Kunko, OR assistant manager, about Dr. Durrani making the records appear that Dr. Durrani was doing all the procedures when they knew it was Dr. Shanti. Kunko did nothing to stop the Shanti Shuffle.

207.    Scott Rimer, circulating nurse at West Chester Medical Center, spoke up and complained about Dr. Durrani at an OR meeting with OR staff and hospital administration. Not only was Scott Rimer ignored, the next day he had his supervisor standing next to him watching his every move. He was fired soon after.

208.    In summary, Gerry Goodman, Vickie Scott, Scott Rimer and other OR staff members complaints to management included the number of Dr. Durrani surgeries he did a day and at a time; other surgeons performing surgeries for him without proper consent; Dr. Shanti not having proper qualifications and provider numbers; BMP-2 was tracked by

the hospital despite their denials of doing so; Dr. Durrani was verbally abusive to

everyone; anesthesiologists had to have patients "under" longer than they should have

been; off label use of BMP-2 was not covered by informed consent; Medtronic reps

would "up-sale" during surgeries; operative reports were not timely completed; Dr.

Durrani had no supervision by the hospital; keeping OR staff past the time it was safe.

209.    Those Gerry Goodman, Vickie Scott, Scott Rimer and other OR staff members

complained to included Mitch McCrate, Jack Talbot, George Caralis, Kevin Joseph, MD,

Melissa Hemmer, Elaine Kunko, Denise Evans, Jill Stegman, and David Schwallie. All

of these individuals are and/or were West Chester/UC Health management who

communicated these complaints to the board. Many like Kevin Joseph, MD, President

were on the board.

210.    West Chester/UC Health, its board and management, also knew of Dr. Durrani's

sexual harassment of OR nurses and staff and ignored it.

211.    Melissa Dowler witnessed Dr. Durrani offer a nurse in the OR $10,000 for oral

sex.

212.    Dr. Durrani had an affair with his staff member, Beth Garrett, who dropped out of

nursing school, and like his relationship with a prior physician assistant at Children's

Hospital, Jamie Moor it affected patient care.

213.    Dr. Durrani, by his deposition testimony, admits he relies upon his own reading of

radiology. Of course, in this manner he would recommend a surgery the radiology did

not support. The radiology department at West Chester, the director of radiology and all

the radiologists privileged at West Chester from January 1, 2009 to June 1, 2013, knew

Dr. Durrani was ignoring their radiology interpretations and did nothing to address the issue and/or were ignored when they tried to address the issue.

214.    Dr. Durrani, by his deposition testimony, admits he informs the pain doctor where to inject medicine. By doing so in the wrong place, he convinced many Plaintiffs to have repeat surgeries.

215.    Melissa Garrett is forty-one (41) years old, and is a pharmaceutical salesperson in Tampa, Florida. Melissa Garrett said her sister Elizabeth "Beth" Garrett who worked for Durrani/CAST.

216.    Melissa Garrett contacted counsel and stated that Beth Garrett was holding herself out as a nurse, although Beth Garrett had failed out of nursing school.

217.    Melissa Garrett stated that Beth Garrett had been present during surgeries by Dr. Durrani.

218.    She stated that Beth Garrett had improperly assisted in surgical procedures performed by Dr. Durrani without a nursing license.

219.    She stated that Beth Garrett had been improperly selling pharmaceutical products, without a license.

220.    She stated that Beth Garrett was having an "affair" with Dr. Durrani, and that she was concerned after Beth Garrett brought Dr. Durrani to her son's elementary school function and that the family "freaked out" in response to Beth Garrett and Dr. Durrani's conduct during the school function.

221.    Dr. Durrani prescribes a custom compound cream he sells to patients without informing them which he bills to their insurance and just sends to them.

222.    On information and belief Dr. Durrani owns some interest in this compound cream in a physician owned distributorship (POD) arrangement.

223.    Shauna O'Neal followed Gerry Goodman to West Chester as Director of Nursing.

224.    Shauna O'Neal came from Compass Clinical Consulting group in Cincinnati.

225.    Shauna O'Neal wrote a letter to Tom Daskalakis the COO of West Chester/UC Health, Kevin Joseph, MD, and the CNO in which in which she reiterated what Gerry Goodman reported regarding Dr. Durrani's OR bookings and Dr. Shanti's lack of credentials and/or privileges.  She was ignored.

226.    Thomas Kunkel, MD, anesthesiologist, complained to West Chester/UC Health's board and management about Dr. Durrani's high number of "add on" patients.  He was ignored.

227.    According to Gerry Goodman, Dr. Durrani did add on patients at the last minute and after regular business hours so there was no one to preauthorize patients or question Durrani in any way regarding the surgery.

228.    Dr. Durrani always told Thomas Kunkel, MD the surgeries were emergencies.

229.    At times anesthesiology demanded the Chief of Surgery to intercede to judge whether or not it was emergent.

230.    Cindy Traficant was Periop Director before and after West Chester opened.

231.    When UC Health took over, Julie Holt, the original CNO, quit.

232.    Cindy Traficant became interim CNO.

233.    Cindy Traficant had a reputation of tolerating "bad" physicians.

234.     West Chester Surgery was nicknamed by staff at West Chester/UC Health the "island of misfit" doctors because they took in and tolerated any doctor no matter their ethics, including Dr. Durrani.

235.     OR staff collectively reported Dr. Durrani issues to West Chester/UC Health board and management and their complaints were ignored.

236.     Dr. Durrani would sometimes, because he was running behind, cancel part of a surgery or do only part of the surgery, thus requiring the patient to have another surgery, all without informing the patient the cancellation was because he was late.

237.     Dr. Durrani performed 159 surgeries at West Chester Medical Center in 2009; 534 in 2010; 536 in 2011; 437 in 2012; and 157 in 2013 for a total of 1,823 surgeries.

238.     West Chester/UC Health admitted in a discovery answer in the *Shell* case that for the investigation, background check and the information used to decide to grant Dr. Durrani privileges they relied upon in part:

- Dr. Durrani's education.
- Dr. Durrani's training and experience.
- Copies of his licenses and DEA numbers.
- Inquiry to the National Practitioners Data Bank.
- Evidence of required continued education.

239.     West Chester/UC Health refuses to provide under a claim of privilege all persons they consulted prior to permitting Dr. Durrani privileges.

240.     Dr. Durrani total **surgeries** performed as answered in a discovery in *Shell* at West Chester is as follows:

  2009:  665

2010: 1908

2011: 1736

2012: 1102 (Through 9/30/12)

241. Dr. Durrani admitted as **inpatient** based as answered in a discovery answer in *Shell* at West Chester is as follows:

2009: 154

2010: 488

2011: 507

2012: 305 (Through 9/30/12)

242. Dr. Durrani admitted as outpatients based as answered in a discovery answer in *Shell* at West Chester is as follows:

2009: 13

2010: 41

2011: 45

2012: 35 (Through 9/30/12)

243. West Chester/UC Health refuses to provide under a claim of privilege their investigation to determine Dr. Durrani's fitness to practice medicine prior to permitting Dr. Durrani privileges.

244. West Chester/UC Health refuses to provide under claim of privileges, the instances where Dr. Durrani did not follow proper medical documentation protocol, policies and/or procedures at West Chester/UC Health.

245. West Chester/UC Health refuses to provide under claim of privileges, the complaints made by employees, staff or patients related to Dr. Durrani.

246.     Dr. Durrani oftentimes used PureGen when performing surgeries, if this case involves PureGen, this is noted within this Plaintiff's specific factual allegations addressed earlier in this Complaint.

247.     PureGen has never been approved by the FDA for any human use. It's also now off the market for any use.

248.     Doctor Atiq Abubakar Durrani used the product PureGen in his capacity as a medical doctor in spines in the same manner BMP-2 was used.

249.     West Chester/UC Health assisted Dr. Durrani in his use of PureGen at their facility.

250.     A representative from Alphatec Spine was in the operating room during medical procedures per the Nursing Intraop Records when Dr. Durrani used PureGen.

251.     A representative from Alphatec Spine was in the operating room during medical procedures even when the Nursing Intraop Records do not indicate so.

252.     Dr. Durrani was and is a paid consultant for Alphatec Spine.

253.     Dr. Durrani has an ownership stake in the Alphatec Spine.

254.     Dr. Durrani provided PureGen to patients who required surgery and those who did not require surgery without Plaintiffs knowledge and consent.

255.     Dr. Durrani performed unnecessary surgeries using PureGen on his patients.

256.     West Chester Hospital, UC Health and the Center for Advanced Spine Technologies knowingly created false medical records, bills, and cost reports that included charges for unlicensed uses of PureGen, which resulted in inflated outlier payments to be paid by the government and other insurers using the Plaintiffs' right to make a claim; or in the alternative, causing a false cost reports.

## CHRONOLOGICAL FACTUAL ALLEGATIONS

257.     On January 1, 2009, Durrani opened the Center for Advanced Spine Technologies (CAST).

258.     In February of 2009, Elizabeth Dean began working at West Chester where she prepared reports for Mike Jeffers on Dr. Durrani's billings. She testified Mike Jeffers was excited about what he read on the spreadsheets.

259.     In February of 2009, Mike Jeffers, Director of Finances joined West Chester (He stays until January 2012). The director of finance admitted West Chester/UC Health tracked Dr. Durrani's financial numbers. He admits Dr. Durrani helped them in their "time of need." Dr. Durrani was the highest money generator. He knew Dr. Durrani had more than one surgical suite assigned at once. Bonuses were paid on finances.

260.     In February of 2009, Carol King, Senior VP, joined West Chester. She ran it before Dr. Joseph. She would stay until April 7, 2010. She was discharged and testified: "They didn't want me there anymore." Carol King was the first person in charge of West Chester was fired and ordered by counsel not to disclose the reason. She was a patient safety first thinker. She did not explore the "rumors" about Dr. Durrani's leaving Children's.

261.     In May of 2009, Medical Staff Office Policies and Procedures were adopted by West Chester (Peer Review)- Paula Hawk, Director of Medical Staff and Ed Crane, President of Medical Staff.

262.     In May of 2009, Dr. Tim Kremchek, MD joined the staff of West Chester. He remains. He's always been the Director of Orthopedics. The Chief of the Orthopedic

department failed to do his job under the MEC bylaws as it related to Dr. Durrani. He knew Dr. Durrani was a "sloppy" spine surgeon, yet did nothing.

263.     In May of 2009, Elaine Kunko joined West Chester from the beginning. She remains. She has held various jobs from daily operations coordinator of OR to Asst. Nurse Manager. She's now a coordinator in quality management. She testified West Chester knew about Dr. Durrani not completing records. They knew Dr. Durrani would claim surgeries were emergency. They knew there was an issue with Dr. Durrani not being in the room doing surgery on "his" patient. Even the OR nurses knew they put up with Dr. Durrani for money. West Chester tracked Dr. Durrani's numbers.

264.     In May of 2009, West Chester Hospital opened.

265.     In May of 2009, Vickie Scott began working at West Chester Hospital.

266.     In May of 2009, Dr. Durrani was privileged at West Chester.

267.     In June of 2009, AAOS Advisory on Consent BMP-2 (Off-Label) was published. West Chester/UC Health received it.

268.     On June 6, 2009, Dr. Durrani performed a surgery on **Jessica Cochran** at WCH.

269.     On July 3, 2009, Dr. Durrani performed a surgery on **Diana Ashcraft** at WCH.

**270.     On July 7, 2009, a warrant was served to Dr. Durrani for assault of his wife. West Chester/UC Health learned of this fact.**

**271.     The following surgery schedule factual allegations are to substitute overwhelming number of surgeries Dr. Durrani was doing to the delight of the officers, management, Board of West Chester and Defendants. It's to support all claims.**

272. **This chronological sequence further fulfils the requirements under R.C. 2305.251 that Defendants knew of Dr. Durrani's "pattern of incompetence," "otherwise inappropriate behavior" and "fraudulent medical treatment" and their fraud.**

273. On August 21, 2009, Dr. Durrani performed a surgery on **Ryan Hensley** at WCH.

274. On August 28, 2009, Dr. Durrani performed a surgery on **Frieda Aaron** at WCH.

275. On August 28, 2009, Dr. Durrani performed a surgery on **Kathryn Howell** at WCH.

276. On September 1, 2009, Dr. Durrani performed a surgery on **Jessica Cochran** at WCH.

277. **On September 2, 2009, Jane Dresselhaus emailed Rohlfing and Hawk regarding a complaint about Dr. Durrani not doing progress notes.**

278. On September 4, 2009, Dr. Durrani performed surgery on **Irene Hyde** at WCH from 8 to 11.

279. On September 4, 2009, Dr. Durrani performed surgery on **Caiden Bailey** from 11 to 12 at WCH.

280. On September 4, 2009, Dr. Durrani performed a surgery from 12 to 1 at WCH.

281. On September 4, 2009, Dr. Durrani performed a surgery from 1 to 2 at WCH.

282. On September 4, 2009, Dr. Durrani performed a surgery from 2 to 5 at WCH.

283. **On September 7, 2009, Rohlfing sent an email to Durrani – "Dr. Durrani – We have not been seeing progress notes on your patients and the patient below is one example. Obviously this is a JCAHO and 3rd party requirement of many payors. Please help us avoid the exposure of these violations. Thank you – Ron."**

284. **On September 8, 2009, Ron Rohlfing sent an email to Dr. Durrani-Complaint- "We have not been seeing progress notes on your patients…"**

285. On September 8, 2009, Dr. Durrani performed a surgery on **Evelyn Helton** from 8 to 11:29 at WCH.

286. On September 8, 2009, Dr. Durrani performed surgery on **Lonnie Wheeler**, from 1:00 to 3:59 at WCH.

287. On September 8, 2009, Dr. Durrani performed surgery at WCH from 4 to 6.

288. On September 14, 2009, Dr. Durrani performed a surgery from 8:30 to 10 at WCH.

289. On September 14, 2009, Dr. Durrani performed a surgery on **Lisa Hall** from 9:30 to 3 at WCH.

290. On September 14, 2009, Dr. Durrani performed a surgery from 3 to 5:15 at WCH.

291. On September 18, 2009, Dr. Durrani performed a surgery from 8:30 to 9:30 at WCH.

292. On September 18, 2009, Dr. Durrani performed a surgery from 9 to 10 at WCH.

293. On September 18, 2009, Dr. Durrani performed a surgery on **Nicole Baker** from 10 to 6 at WCH.

294. On September 21, 2009, Dr. Durrani performed surgery on **Dannie Mae Owens** from 9 to 1 at West Chester.

295. On September 21, 2009, Dr. Durrani performed surgery from 3 to 5:15 at WCH.

296. On September 25, 2009, Dr. Durrani performed surgery from 7:30 to 8:30 at WCH.

297.     On September 25, 2009, Dr. Durrani performed surgery from 8:30 to 10:15 at WCH.

298.     On September 25, 2009, Dr. Durrani performed surgery on **Judy Young** from 10:15 to 12:15 at WCH.

299.     On September 25, 2009, Dr. Durrani performed surgery from 12:15 from 6:45 at WCH.

300.     On September 28, 2009, Dr. Durrani performed a surgery from 8:30 to 10:30 at WCH.

301.     On September 28, 2009, Dr. Durrani performed surgery on **Stephanie Jobe** from 10:30 to 12:30 at WCH.

302.     On September 28, 2009, Dr. Durrani performed surgery on **Dannie Mae Owens** from 12:30 to 3:17 at WCH.

303.     On September 28, 2009, Dr. Durrani performed surgery from 3:30 to 5 at WCH.

304.     On September 30, 2009, Dr. Durrani performed surgery on **Jenny Grimm** from 10:30 to 1 at WCH.

305.     On September 30, 2009, Dr. Durrani performed surgery from 8:30 to 10:30 at WCH.

306.     On September 30, 2009, Dr. Durrani performed a surgery from 1 to 3 at WCH.

307.     On October 2, 2009, Dr. Durrani performed surgery from 8:30-11:30 at WCH.

308.     On October 2, 2009, Dr. Durrani performed surgery on **Christine Geralds** at WCH from 11:30-1:30.

309.     On October 2, 2009, Dr. Durrani performed surgery at WCH from 1:30-3:15.

310. On October 2, 2009, Dr. Durrani performed surgery on **Margaret Radenheimer** at WCH from 3:15-5:15.

311. On October 2, 2009, Dr. Durrani performed surgery at WCH from 2:30-3:45.

312. On October 5, 2009, Dr. Durrani performed surgery at WCH from 8:30-11:00.

313. On October 5, 2009, Dr. Durrani performed surgery at WCH from 11:00-1:00.

314. On October 5, 2009, Dr. Durrani performed surgery on **Lisa Reynolds** Surgery at WCH from 1:00-2:30.

315. On October 5, 2009, Dr. Durrani performed surgery at WCH from 3:45-5:00.

316. **On October 5, 2009, Elaine Kunko emailed Marc Feldman, Carol King, Cyndi Trafficant, Ann Simpson- Informing Dr. Durrani is buying products off contract- Orthovita, Trans One, Vitoss, Vitagel, AxiaLIF, Interventional Spine, Perpose, X Close, X2M.**

317. On October 9, 2009, Dr. Durrani performed surgery from 8:30-11:00 at WCH.

318. On October 9, 2009, Dr. Durrani performed surgery on, **Michael Watkins** at WCH from 11:00-1:30.

319. On October 9, 2009, Dr. Durrani performed surgery on **Rebecca Applegate** at WCH from 1:30-3:00.

320. On October 9, 2009, Dr. Durrani performed surgery at WCH from 3:00-5:00.

321. On October 12, 2009, Dr. Durrani performed surgery at WCH from 8:30-11:00.

322. On October 12, 2009, Dr. Durrani performed surgery on **Ollie Deaton** at WCH from 11:00-2:30.

323. On October 12, 2009, Dr. Durrani performed surgery at WCH from 2:30-3:30.

324. On October 12, 2009, Dr. Durrani performed surgery on **Irene Hyde** at WCH.

325.     On October 21, 2009, Dr. Durrani performed surgery at WCH from 8:30-11:30.

326.     On October 21, 2009, Dr. Durrani performed surgery on **Jennifer Ballinger** at WCH from 11:30-1:00.

327.     On October 21, 2009, Dr. Durrani performed surgery at WCH from 1:00-3:30.

**328.     On October 26, 2009, Paula Hawk sent an email and copied to Ron Rohlfing, Gina Witko and Cyndi Trafficant regarding a complaint that Dr. Durrani did not timely discharge patients.**

329.     On October 28, 2009, Dr. Durrani performed surgery on **Lynn Haley** at WCH from 8:30-12:30.

330.     On October 28, 2009, Dr. Durrani performed surgery at WCH from 2:00-3:00.

331.     On October 28, 2009, Dr. Durrani performed surgery on **Debbie Rodriguez** at WCH from 2:00-3:00.

332.     On October 30, 2009, Dr. Durrani performed surgery on **Clarence Phillips** at WCH from 8:30-11:30.

333.     On October 30, 2009, Dr. Durrani performed surgery on **Michael Cook** at WCH from 11:30-1:30.

334.     On October 30, 2009, Dr. Durrani performed a surgery at WCH from 1:30-11:30.

335.     On November 2, 2009, Dr. Durrani performed surgery on **Amanda Franks** at WCH.

336.     On November 6, 2009, Dr. Durrani performed surgery on **Valarie Kopp** at WCH.

337.     On November 6, 2009, Dr. Durrani performed surgery at WCH from 12:15-3:15.

338.     On November 6, 2009, Dr. Durrani performed surgery at WCH from 3:15-5:30.

339. On November 6, 2009, Dr. Durrani performed surgery on **Priscilla Wittmeyer** at WCH from 3:15-5:30.

340. On November 9, 2009, Dr. Durrani performed surgery at WCH from 8:30-10:30.

341. On November 6, 2009, Dr. Durrani performed surgery at WCH from 10:30-12:30.

342. On November 9, 2009, Dr. Durrani performed surgery on **Lonnie Wheeler** at WCH from 12:30-2:30.

343. On November 6, 2009, Dr. Durrani performed surgery at WCH from 2:30-5:12.

344. On November 11, 2009, Dr. Durrani performed surgery on **Tammy Hughes** at WCH.

345. On November 13, 2009, Dr. Durrani performed surgery on **Joseph Baumgardner** at WCH.

346. On November 13, 2009, Dr. Durrani performed surgery on **Rhonda Scott,** Rhonda at WCH.

347. On November 18, 2009, Dr. Durrani performed surgery on **Connie Ellington,** at WCH from 8:30-2:30.

348. On November 18, 2009, Dr. Durrani performed surgery at WCH from 2:30-5:10.

349. On November 20, 2009, Dr. Durrani performed surgery at WCH on **Cathy Beil**.

350. On November 23, 2009, Dr. Durrani performed surgery at WCH on **Kevin Elfers** from 8:30-11:30.

351. On November 23, 2009, Dr. Durrani performed surgery at WCH from 11:30-2:30.

352. On November 23, 2009, Dr. Durrani performed surgery at WCH from 2:30-5:00.

353. On November 23, 2009, Dr. Durrani performed surgery on **Sherri Spangenberg** at WCH.

354. On November 25, 2009, Dr. Durrani performed surgery on **Christina Brashear** at WCH.

355. On November 30, 2009, Dr. Durrani performed surgery at WCH from 8:30-2:30.

356. On November 30, 2009, Dr. Durrani performed surgery on **Kathleen Bushelman** at WCH from 2:30-5:00.

357. On December 2, 2009, Dr. Durrani performed surgery on **Lyndsey Middendorf** at WCH 8:30-10:30.

358. On December 2, 2009, Dr. Durrani performed surgery at WCH from 10:30-12:50.

359. On December 2, 2009, Dr. Durrani performed surgery at WCH from 1:00-4:00.

360. On December 2, 2009, Dr. Durrani performed surgery at WCH from 4:00-5:00.

361. On December 4, 2009, Dr. Durrani performed surgery on **Melissa Braucher** at WCH.

362. On December 4, 2009, Dr. Durrani performed surgery on **Samantha Hamilton** at WCH.

363. On December 7, 2009, Dr. Durrani performed surgery on **Joi Crowe** at WCH.

364. On December 9, 2009, Dr. Durrani performed surgery on **Carol Pummell** at WCH.

365. On December 20, 2009, Dr. Durrani performed surgery on **Kirstin Weisman** at WCH.

366. On December 20, 2009, Dr. Durrani performed surgery on **Kelly Hennessy** at WCH.

367. On December 28, 2009, Dr. Durrani performed surgery on **Lindsey Bray** at WCH

*368.* ***In 2009, West Chester's Net Loss was $13,319,102.00.***

369. **In 2009, there were 159 total West Chester Durrani Surgeries for the year.**

370. **In 2009, Lesley Gilbertson, MD left West Chester.**

371. On January 1, 2010, Dr. Tayeb begins working at CAST.

372. On January 1, 2010, Dr. Durrani performed surgery on **Kerry McNeal** at WCH.

373. On January 4, 2010, Dr. Durrani performed surgery on **Edward Thiessen** at WCH.

374. On January 6, 2010, Dr. Durrani performed surgery at WCH from 8:30-10:30.

375. On January 6, 2010, Dr. Durrani performed surgery at WCH from 10:30-2:00.

376. On January 6, 2010, Dr. Durrani performed surgery on **Edythe Bishop** at WCH from 2:00-5:30.

377. On January 6, 2010, Dr. Durrani performed surgery at WCH from 5:30-8:30.

378. On January 6, 2010, Dr. Durrani performed surgery on **Chelsea Johnson** at WCH.

379. On January 11, 2010, Dr. Durrani performed surgery at WCH from 8:00-9:00.

380. On January 11, 2010, Dr. Durrani performed surgery on **Ollie Deaton** at WCH 9:00-1:00.

381. On January 11, 2010, Dr. Durrani performed surgery on Todd Ray at WCH 3:30-5:00.

382. On January 13, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:00.

383. On January 13, 2010, Dr. Durrani performed surgery at WCH from 11:00-1:29.

384. On January 13, 2010, Dr. Durrani performed surgery on **Valarie Kopp** at WCH from 1:30-3:28.

385.  On January 13, 2010, Dr. Durrani performed surgery on **Christine Goldstein** at WCH from 3:30-5:30.

386.  On January 18, 2010, Dr. Durrani performed surgery on **Jenny Grimm** at WCH from 8:00-11:00.

387.  On January 18, 2010, Dr. Durrani performed surgery at WCH from 11:00-2:00.

388.  On January 18, 2010, Dr. Durrani performed surgery on **Melissa Habermehl** at WCH from 3:30-5:00.

389.  On January 18, 2010, Dr. Durrani performed surgery at WCH from 3:30-5:00.

390.  On January 20, 2010, Dr. Durrani performed surgery on **Diane Bess** at WCH.

391.  On January 22, 2010, Dr. Durrani performed surgery at WCH from 8:00-10:00.

392.  On January 22, 2010, Dr. Durrani performed surgery on **Phyllis Bechtold** at WCH from 10:00-1:00.

393.  On January 22, 2010, Dr. Durrani performed surgery on Ellington, Robert at WCH from 1:00-3:00.

394.  On January 22, 2010, Dr. Durrani performed surgery at WCH from 3:00-5:00.

395.  On January 25, 2010, Dr. Durrani performed surgery on **Shannon Koehler** at WCH from 8:00-1:00.

396.  On January 25, 2010, Dr. Durrani performed surgery at WCH from 1:00-5:00.

397.  On January 27, 2010, Dr. Durrani performed surgery at WCH from 8:00-12:00.

398.  On January 27, 2010, Dr. Durrani performed surgery on **Tonia McQueary** at 12:00-2:30.

399.  On January 27, 2010, Dr. Durrani performed surgery at WCH from 2:30-5:00.

400.     On January 29, 2010, Dr. Durrani performed surgery on **Jason Riley** at WCH 8:00-10:55.

401.     On January 29, 2010, Dr. Durrani performed surgery at WCH from 11:00-1:00.

402.     On January 29, 2010, Dr. Durrani performed surgery at WCH from 1:00-2:59.

403.     On January 29, 2010, Dr. Durrani performed surgery at WCH from 3:00-5:00.

404.     On January 29, 2010, Dr. Durrani performed surgery on **Tim Osborn** at WCH.

405.     On February 5, 2010, Dr. Durrani performed surgery on **Andrew Carr** at WCH 8:00-12:00.

406.     On February 5, 2010, Dr. Durrani performed surgery at WCH from 12:00-3:00.

407.     On February 5, 2010, Dr. Durrani performed surgery at WCH from 3:00-4:30.

408.     On February 8, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:00.

409.     On February 8, 2010, Dr. Durrani performed surgery on **Rhonda Scott** at WCH from 11:00-1:30.

410.     On February 8, 2010, Dr. Durrani performed surgery at WCH from 1:30-3:30.

411.     On February 8, 2010, Dr. Durrani performed surgery on **Sherri Spangenberg** at WCH 3:30-5:30.

412.     On February 9, 2010, Dr. Durrani performed surgery on **David Conger** at WCH.

413.     On February 17, 2010, Dr. Durrani performed surgery at WCH from 8:00-10:00.

414.     On February 17, 2010, Dr. Durrani performed surgery on **Brian Thien** at WCH 8:00-1:00.

415.     On February 17, 2010, Dr. Durrani performed surgery on **Loretta Hon** at WCH 1:00-5:00.

416.     On February 22, 2010, Dr. Durrani performed surgery on **Terry Beil** at WCH.

417.    On February 22, 2010, Dr. Durrani performed surgery at WCH from 8:00-12:00.

418.    On February 22, 2010, Dr. Durrani performed surgery on **Rhonda Mains** at
WCH 12:00-2:50.

419.    On February 22, 2010, Dr. Durrani performed surgery at WCH from 3:00-5:00.

420.    On February 26, 2010, Dr. Durrani performed surgery on **Kenneth Pfetsch** at
WCH 8:00-10:00.

421.    On February 26, 2010, Dr. Durrani performed surgery at WCH from 10:00-12:30.

422.    On February 26, 2010, Dr. Durrani performed surgery on **Jenna McCall** at WCH
12:30-3:30.

423.    On February 26, 2010, Dr. Durrani performed surgery at WCH from 3:30-5:30.

424.    On March 5, 2010, Dr. Durrani performed surgery on **Ryan Hensley** at WCH.

**425.    On March 5, 2010, Elaine Kunko sent an email to Debbie Blimline and
copied to Denise Evans.  Complaint- Dr. Durrani not marking a surgical site before
bringing the patient into OR.**

426.    On March 7, 2010, Dr. Durrani performed surgery on **Debbie Rodriguez** at
WCH.

427.    On March 8, 2010, Dr. Durrani performed surgery on **Wendy Oberlander** at
WCH.

428.    On March 8, 2010, Dr. Durrani performed surgery at WCH from 8:30-11:00.

429.    On March 8, 2010, Dr. Durrani performed surgery at WCH from 11:00-3:00.

430.    On March 8, 2010, Dr. Durrani performed surgery on **Tonya Chisman** at WCH
3:00-5:00.

431.    On March 10, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:00.

432.    On March 10, 2010, Dr. Durrani performed surgery on **Penny Brackett** at WCH 11:00-1:00.

433.    On March 10, 2010, Dr. Durrani performed surgery at WCH from 1:00-3:00.

434.    On March 10, 2010, Dr. Durrani performed surgery at WCH from 3:00-5:00.

435.    On March 10, 2010, Dr. Durrani performed surgery on **Amanda Franks** at WCH.

436.    On March 12, 2010, Dr. Durrani performed surgery on **Wayne Hatfield** at WCH 8:00-10:30.

437.    On March 12, 2010, Dr. Durrani performed surgery on **Brenda Shell** at WCH.

438.    On March 12, 2010, Dr. Durrani performed surgery at WCH from 1:00-3:00.

439.    On March 12, 2010, Dr. Durrani performed surgery at WCH from 3:00-5:00.

440.    On March 17, 2010, Dr. Durrani performed surgery on **Kimberly Underwood** at WCH.

441.    On March 19, 2010, Dr. Durrani performed surgery at WCH from 7:30-8:00.

442.    On March 19, 2010, Dr. Durrani performed surgery on **Robin Schiller** at WCH 8:00-10:59.

443.    On March 19, 2010, Dr. Durrani performed surgery at WCH from 11:00-1:00.

444.    On March 19, 2010, Dr. Durrani performed surgery on **Valerie Kopp** at WCH 1:00-3:00.

445.    On March 22, 2010, Dr. Durrani performed surgery at WCH from 8:00-10:00.

446.    On March 22, 2010, Dr. Durrani performed surgery on **Deena Borchers** at WCH 10:00-1:00.

447.    On March 22, 2010, Dr. Durrani performed surgery at WCH from 1:00-3:00.

448.    On March 22, 2010, Dr. Durrani performed surgery at WCH from 3:00-5:00.

449.    On March 31, 2010, Dr. Durrani performed surgery on **Sherri Lynn Allen** at WCH 8:00-10:00.

450.    On March 31, 2010, Dr. Durrani performed surgery at WCH from 10:00-12:00.

451.    On March 31, 2010, Dr. Durrani performed surgery at WCH from 12:00-3:00.

452.    On March 31, 2010, Dr. Durrani performed surgery at WCH from 3:00-6:41.

453.    On April 5, 2010, Dr. Durrani performed surgery on **Mike Sand** Surgery at WCH.

**454.    On April 7, 2010, Carol King, Senior VP was fired.**

455.    On April 7, 2010, Dr. Durrani performed surgery on **Judy Beck** at WCH 8:00-11:00.

456.    On April 7, 2010, Dr. Durrani performed surgery at WCH from 11:00-1:30.

457.    On April 7, 2010, Dr. Durrani performed surgery on **Keith Young** at WCH 1:30-4:00.

458.    On April 7, 2010, Dr. Durrani performed surgery at WCH from 4:00-5:00.

**459.    On April 8, 2010, Kevin Joseph, M.D. becomes President of West Chester. He also is on the ER staff there. He's also a Senior VP of UC Health. He remains in these positions. Per his deposition: The CEO claims to know nothing about surgery operations is his hospital. The CEO claims a hospital must protect patients from unnecessary harm "as much as they can." The CEO claims they don't have oversight of surgeons doing what all plaintiffs claim Durrani was doing (despite what his bylaws state). The CEO denies the hospital has any responsibility if Dr. Durrani did an unnecessary surgery. The CEO, despite his finance office tracking it, denies any knowledge of BMP-2 use. The CEO, denies knowing about any**

complaints about **Dr. Durrani. The CEO admits they benefited financially from Dr. Durrani, including his own pay.**

460. On April 19, 2010, Dr. Durrani performed surgery at WCH from 7:30-10:00.

461. On April 19, 2010, Dr. Durrani performed surgery on **Jennifer Hickey** at WCH 10:00-1:30.

462. On April 19, 2010, Dr. Durrani performed surgery on **Michael Cook** at WCH 1:30-5:00.

463. On April 23, 2010, Dr. Durrani performed surgery at WCH from 8:30-10:00.

464. On April 23, 2010, Dr. Durrani performed surgery at WCH from 9:00-10:00.

465. On April 23, 2010, Dr. Durrani performed surgery at WCH from 10:00-12:30.

466. On April 23, 2010, Dr. Durrani performed surgery on **Rhonda Mains** at WCH 12:30-3:30.

467. On April 26, 2010, Dr. Durrani performed surgery at WCH from 8:30-11:00.

468. On April 26, 2010, Dr. Durrani performed surgery at WCH from 11:00-2:00.

469. On April 26, 2010, Dr. Durrani performed surgery on **Ryan Miller** at WCH 2:00-5:00.

470. On April 29, 2010, Dr. Durrani performed surgery on **Debbie Rodriguez** at WCH.

471. On May 3, 2010, Dr. Durrani performed surgery at WCH from 8:00-10:00.

472. On May 3, 2010, Dr. Durrani performed surgery on **Sandra Radeke** at WCH 10:00-12:30.

473. On May 3, 2010, Dr. Durrani performed surgery at WCH from 12:30-3:36.

474. On May 7, 2010, Dr. Durrani performed surgery at WCH from 8:00-10:30.

475.    On May 7, 2010, Dr. Durrani performed surgery at WCH from 10:30-1:00.

476.    On May 7, 2010, Dr. Durrani performed surgery on **Tamala Lovette** at WCH 1:00-3:00.

477.    On May 7, 2010, Dr. Durrani performed surgery at WCH from 3:00-5:00.

478.    On May 9, 2010, Dr. Durrani performed surgery on **Douglas Drafts** at WCH.

479.    On May 10, 2010, Dr. Durrani performed surgery on **Sharon Brice** at WCH.

480.    On May 12, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:30.

481.    On May 12, 2010, Dr. Durrani performed surgery at WCH from 11:30-2:00.

482.    On May 12, 2010, Dr. Durrani performed surgery on **Carol Pummell** at WCH 2:00-4:00.

483.    On May 12, 2010, Dr. Durrani performed surgery at WCH from 4:00-5:00.

484.    On May 17, 2010, Dr. Durrani performed surgery at WCH from 7:30-8:30.

485.    On May 17, 2010, Dr. Durrani performed surgery on **Doug Callahan** at WCH 8:00-10:30.

486.    On May 17, 2010, Dr. Durrani performed surgery at WCH from 10:30-1:00.

487.    On May 17, 2010, Dr. Durrani performed surgery on **Sharon Brice** at WCH 1:00-3:00.

488.    On May 17, 2010, Dr. Durrani performed surgery at WCH from 3:00-5:00.

489.    On May 19, 2010, Dr. Durrani performed surgery on **Jennifer Bookman** at WCH 8:00-10:00.

490.    On May 19, 2010, Dr. Durrani performed surgery at WCH from 10:00-12:30.

491.    On May 19, 2010, Dr. Durrani performed surgery on **Douglas Drafts** at WCH 12:30-3:00.

492.     On May 19, 2010, Dr. Durrani performed surgery at WCH from 3:00-5:00.

493.     On May 20, 2011, Dr. Durrani performed surgery on **Dawn Dunklin** at WCH.

494.     On May 24, 2010, Dr. Durrani performed surgery at WCH from 8:00-10:00.

495.     On May 24, 2010, Dr. Durrani performed surgery at WCH from 10:00-1:00.

496.     On May 24, 2010, Dr. Durrani performed surgery at WCH from 1:00-3:00.

497.     On May 24, 2010, Dr. Durrani performed surgery on **Kelly Hennessy** at WCH.

498.     On May 24, 2010, Dr. Durrani performed surgery on **Neil Favaron** at WCH 3:00-
         5:00.

499.     On May 24, 2010, Dr. Durrani performed surgery at WCH from 4:00-5:00.

500.     On May 24, 2010, Dr. Durrani performed surgery at WCH from 5:00-6:00.

501.     On May 30, 2010, Dr. Durrani performed surgery on **Wayne Hatfield** at WCH.

502.     On June, 2010, Dr. Durrani performed surgery on **Deena Borchers** at WCH.

503.     On June, 2010, Dr. Durrani performed surgery on **Kerry McNeal** at WCH.

504.     On June 2, 2010, Dr. Durrani performed surgery on **Elaine Waxler** at WCH 8:00-
         10:30.

505.     On June 2, 2010, Dr. Durrani performed surgery at WCH from 10:30-12:30.

506.     On June 2, 2010, Dr. Durrani performed surgery on **Tammie Little** at WCH
         12:30-3:00.

507.     On June 2, 2010, Dr. Durrani performed surgery at WCH from 3:00-5:00.

508.     On June 2, 2010, Dr. Durrani performed surgery at WCH from 4:00-5:00.

**509.     On June 2, 2010, there was an email between Blimline and Joseph-"Just**

**wanted to let you know that Dr. Durrani admitted two patients today and deemed**

**them emergency procedures for tomorrow, Saturday 2/3/10. We have recruited**

**extra people to do back up call for the OR as this will tie the OR call team up from approximately 0800-1500. I have consulted with Rosemary Kiser who is aware of the plan."**

510. On June 14, 2010, Dr. Durrani performed surgery on **Danielle Reed** at WCH 8:00-12:00.

511. On June 14, 2010, Dr. Durrani performed surgery at WCH from 12:00-2:00.

512. On June 14, 2010, Dr. Durrani performed surgery on **Samantha Hamilton** at WCH 2:00-2:30.

513. On June 16, 2010, Dr. Durrani performed surgery at WCH from 7:30-11:30.

514. On June 16, 2010, Dr. Durrani performed surgery on **Kaitlyn Boggs** at WCH 4:00-5:00.

515. On June 16, 2010, Dr. Durrani performed surgery at WCH from 4:00-5:00.

516. On June 18, 2010, Dr. Durrani performed surgery on **Patrick Dugan** at WCH 8:00-10:27.

517. On June 18, 2010, Dr. Durrani performed surgery at WCH from 10:30-12:48.

518. On June 23, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:00.

519. On June 23, 2010, Dr. Durrani performed surgery on **Lynn Haley** at WCH 11:00-1:30.

520. On June 23, 2010, Dr. Durrani performed surgery on **Karen Leger** at WCH 1:30-4:30.

521. On June 25, 2010, Dr. Durrani performed surgery on **Gary Coots** at WCH.

522. On June 25, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:30.

523. On June 25, 2010, Dr. Durrani performed surgery on **Elsa Ieraci** at WCH 11:30-2:00.

524. On June 25, 2010, Dr. Durrani performed surgery at WCH from 2:00-4:30.

525. On June 25, 2010, Dr. Durrani performed surgery on **Chelsea Hortman** at WCH.

526. On June 30, 2010, Dr. Durrani performed surgery at WCH from 8:30-12:00.

527. On June 30, 2010, Dr. Durrani performed surgery at WCH from 12:00-2:00.

528. On June 30, 2010, Dr. Durrani performed surgery at WCH from 2:00-3:30.

529. On June 30, 2010, Dr. Durrani performed surgery on **David Snider** at WCH 3:30-7:13.

**530. In July 2010, Elizabeth Dean left her employment at West Chester.**

531. On July 5, 2010, Dr. Durrani performed surgery at WCH from 8:00-10:00.

532. On July 5, 2010, Dr. Durrani performed surgery at WCH from 10:00-1:00.

533. On July 5, 2010, Dr. Durrani performed surgery at WCH from 1:00-4:00.

534. On July 5, 2010, Dr. Durrani performed surgery on **Tammy Hughes** at WCH 4:00-6:30.

535. On July 14, 2010, Dr. Durrani performed surgery at WCH from 11:00-2:00.

536. On July 14, 2010, Dr. Durrani performed surgery at WCH from 2:00-3:30.

537. On July 14, 2010, Dr. Durrani performed surgery on **Carol Pummell** at WCH 3:30-5:00.

538. On July 14, 2010, Dr. Durrani performed surgery at WCH from 5:00-7:00.

539. On July 17, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:00.

540. On July 17, 2010, Dr. Durrani performed surgery on **Mark McMurren** at WCH 11:00-2:00.

541.     On July 19, 2010, Dr. Durrani performed surgery on **Mike Sander** at WCH.

542.     On July 19, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:00.

543.     On July 19, 2010, Dr. Durrani performed surgery on **Sandra Dennis** at WCH
11:00-2:00.

544.     On July 19, 2010, Dr. Durrani performed surgery on **Robert Houghton** at WCH
2:00-5:00.

545.     On July 19, 2010, Dr. Durrani performed surgery on **Troy Wilder** at WCH 5:00-
6:00.

546.     On July 19, 2010, Dr. Durrani performed surgery at WCH from 6:00-7:00.

547.     On July 30, 2010, Dr. Durrani performed surgery at WCH from 8:30-10:00.

548.     On July 30, 2010, Dr. Durrani performed surgery on **Arlene Fait** at WCH 10:00-
12:30.

549.     On July 30, 2010, Dr. Durrani performed surgery on **Margaret Radenheimer** at
WCH 2:30-5:02.

**550.     On July 2, 2010, there was an email from Joseph to Blimline- "Thanks for
the heads up and keeping me in the loop.  Do you know diagnosis and what makes
them emergent operations?  We should certainly keep track of these.**

**551.     On July 2, 2010, there was an email from Blimline to Joseph-"HIPAA-
Diagnosis Lumbar DDD, Lumbar Spinal Stenosis, and Procedure:  Direct Lateral
Interbody Fusion, L3-L4, posterior spinal fusion, L3-4, L4-L5 Laminectomy.  I do
not know the symptoms these patients are having that could possibly make them
emergent.  I do know he wanted to have the day scheduled tomorrow and we are not
ready to grant that at this time.  Yesterday in a meeting it was determined by**

George, Cyndi, and Rosemary that all of the costs would be considered before
granting him Saturday time and this was communicated to his office yesterday when
they tried to schedule this Saturday.  I know there are other surgeons who have
wanted Saturday time.  My concern is if we offer it to Dr. Durrani for a few
Saturdays and cover it with all staff (including anesthesia) on OT then other Drs.
will also expect this to happen for them."

552.     On July 2, 2010, there was an email from Joseph to Blimline- "Thank you for
the info.  I called Durrani to discuss urgency and explain significant cost
implications, logistical implications with call team and also lifestyle implications
with call team.  Thank you for making me aware."

553.     On July 2, 2010, there was an email from Blimline to
Joseph/Trafficant/Rosemary Keiser- "I appreciate your follow up.  I have a
correction to make about the earlier information.  The patients were admitted on
Wed and they were told their cases would be on Saturday.  This came from
(Kathy/Melissa H.)

554.     On August 2010, Gerry Goodman begins as Interim Director of Nursing in
Operating Room at West Chester.

555.     On August 2, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:30.

556.     On August 2, 2010, Dr. Durrani performed surgery at WCH from 11:30-2:00.

557.     On August 2, 2010, Dr. Durrani performed surgery on **Cindy Bartlett** at WCH
2:00-4:30.

558.     On August 2, 2010, Dr. Durrani performed surgery at WCH from 5:00-6:26.

**559.** On August 6, 2010 Brian Isaacs, Medical Record Transcriptionist, informs law firm Santen & Hughes that Dr. Durrani privileges are suspended until his charts are completed (West Chester). Brian Isaacs confirms this suspension through at least October 5, 2010.

560. On August 11, 2010, Dr. Durrani performed surgery on **Christina Brashear** at WCH.

561. On August 11, 2010, Dr. Durrani performed surgery on **Jackie Couch** at WCH.

562. On August 13, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:00.

563. On August 13, 2010, Dr. Durrani performed surgery on **Richard Stanfield**, at WCH 11:00-2:00.

564. On August 13, 2010, Dr. Durrani performed surgery at WCH from 2:00-4:00.

565. On August 13, 2010, Dr. Durrani performed surgery at WCH from 4:00-6:30.

566. On August 13, 2010, Dr. Durrani performed surgery on **Connie Underwood** at WCH.

567. On August 16, 2010, Dr. Durrani performed surgery on **Tonia McQueary** at WCH.

**568.** On August 23, 2010, there was an email from Gerry Goodman to Yvette Kauffman, Cyndi Trafficant, Debbie Blimline- "Durrani wants it a full day's schedule. States he has already booked 5 cases (which of course, he has not). He wants either to proceed with Monday cases or schedule them for the Saturday before. Your view?"

569. On August 23, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:00.

570.     On August 23, 2010, Dr. Durrani performed surgery on **Gerald Botner** at WCH 11:00-2:00.

571.     On August 23, 2010, Dr. Durrani performed surgery at WCH from 2:00-3:30.

572.     On August 23, 2010, Dr. Durrani performed surgery on **Robert Houghton** at WCH 3:30-5:16.

573.     On August 25, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:00.

574.     On August 25, 2010, Dr. Durrani performed surgery on Ross, Carol at WCH 11:00-1:00.

575.     On August 25, 2010, Dr. Durrani performed surgery at WCH from 1:00-3:00.

576.     On August 25, 2010, Dr. Durrani performed surgery on **Ronald Rowley** at WCH 3:00-4:30.

577.     On August 27, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:00.

578.     On August 27, 2010, Dr. Durrani performed surgery on **Rebekah Brady** at WCH 11:00-1:30.

579.     On August 27, 2010, Dr. Durrani performed surgery at WCH from 1:00-2:00.

580.     On August 27, 2010, Dr. Durrani performed surgery at WCH from 4:00-6:30.

581.     On August 27, 2010, Dr. Durrani performed surgery at WCH from 4:00-6:30.

582.     On August 27, 2010, Dr. Durrani performed surgery on **Patrick Stephenson** at WCH.

**583.     On August 27, 2010, there was an email from Goodman to Kauffman, Trafficant, Blimline, Willenborg, Parker, Kunko- "Please be aware that reps support Dr. Durrani have been bringing in trays "just in case." Dr. D does a case the Saturday before Labor Day.  Sounds a little suspect to me."**

584. On August 30, 2010, Dr. Durrani performed surgery at WCH from 8:00-12:00.

585. On August 30, 2010, Dr. Durrani performed surgery at WCH from 12:00-2:00.

586. On August 30, 2010, Dr. Durrani performed surgery at WCH from 2:00-4:00.

587. On August 30, 2010, Dr. Durrani performed surgery on **Sherri Lynn Allen** at WCH 4:00-5:30.

588. On August 30, 2010, Dr. Durrani performed surgery on **Linda Kallmeyer-Ward** at WCH.

589. On September 8, 2010, Dr. Durrani performed surgery at WCH from 8:30-9:30.

590. On September 8, 2010, Dr. Durrani performed surgery at WCH from 9:30-11:00.

591. On September 8, 2010, Dr. Durrani performed surgery at WCH from 11:00-12:30.

592. On September 8, 2010, Dr. Durrani performed surgery on **Fay Rosebery** at WCH 12:30-3:30.

593. On September 8, 2010, Dr. Durrani performed surgery at WCH from 3:30-5:30.

594. On September 10, 2010, Dr. Durrani performed surgery on **David Shempert** at WCH.

595. On September 15, 2010, Dr. Durrani performed surgery at WCH from 8:00-9:00.

596. On September 15, 2010, Dr. Durrani performed surgery at WCH from 8:15-12:15.

597. On September 15, 2010, Dr. Durrani performed surgery on **Gayle Bachmann** at WCH 12:00-2:30.

598. On September 15, 2010, Dr. Durrani performed surgery on **Sarah Juergens** at WCH 2:30-5:00.

599. On September 16, 2010, there was an email from Cyndi Trafficant to Kathy Lebowitz and Reply Same: Complaint Dr. Durrani wanted air cast splint. OR refused. He went to ED. Registered himself as patient and got an air cast.

600. On September 17, 2010, Dr. Durrani performed surgery on **Marcia Quinn** at WCH.

601. On September 15, 2010, Dr. Durrani performed surgery at WCH from 8:00-10:00.

602. On September 15, 2010, Dr. Durrani performed surgery at WCH from 10:00-12:00.

603. On September 15, 2010, Dr. Durrani performed surgery at WCH from 12:00-2:00.

604. On September 17, 2010, Dr. Durrani performed surgery on **Billy Spivy** at WCH 2:00-3:00.

605. On September 15, 2010, Dr. Durrani performed surgery at WCH from 3:00-4:30.

606. On September 15, 2010, Dr. Durrani performed surgery on **Ruvimbo Nyemba** at WCH.

607. On September 17, 2010, Dr. Durrani performed surgery on **Debbie Rodriguez** at WCH 4:30-6:30.

608. On September 18, 2010, Dr. Durrani performed surgery on **Kevin Hartness** at WCH.

609. On September 20, 2010, Dr. Durrani performed surgery on **Latoya Bradshaw** at WCH.

610. On September 20, 2010, Dr. Durrani performed surgery at WCH from 8:00-10:00.

611. On September 20, 2010, Dr. Durrani performed surgery at WCH from 10:00-12:00.

612. On September 20, 2010, Dr. Durrani performed surgery at WCH from 12:00-1:30.

613. On September 20, 2010, Dr. Durrani performed surgery on **Amanda Koch** at WCH 1:30-3:00.

614. On September 20, 2010, Dr. Durrani performed surgery at WCH from 3:00-4:30.

**615.** **On September 21, 2010, Durrani was still suspended, according to Isaacs.**

616. On September 22, 2010, Dr. Durrani performed surgery on **Mike Sander** at WCH.

617. On September 22, 2010, Dr. Durrani performed surgery on **Kaitlyn Kauffman** at WCH 8:00-11:00.

618. On September 22, 2010, Dr. Durrani performed surgery on **Neil Favaron** at WCH 8:30-10:30.

619. On September 22, 2010, Dr. Durrani performed surgery on **Christopher Atwood** at WCH 10:30-2:30.

620. On September 22, 2010, Dr. Durrani performed surgery at WCH from 11:00-1:00.

621. On September 22, 2010, Dr. Durrani performed surgery at WCH from 1:00-3:00.

622. On September 22, 2010, Dr. Durrani performed surgery at WCH from 2:30-5:30.

**623.** **On September 23, 2010, there was an email from Cyndi Trafficant to Kevin Joseph and Paula Hawk: Complaint- Durrani cases ran long and had to call in on call team. Resulted in another doctor taking a surgery to another place. "Schedules know that they are not to take Durrani's office staff word for how long a case will take." "Durrani played the system last night and stuck the team."**

624. On September 24, 2010, Dr. Durrani performed surgery on **Christine Goldstein** at WCH 8:00-11:00.

625.    On September 24, 2010, Dr. Durrani performed surgery at WCH from 8:30-12:00.

626.    On September 24, 2010, Dr. Durrani performed surgery at WCH from 11:00-2:00.

627.    On September 24, 2010, Dr. Durrani performed surgery at WCH from 12:00-3:00.

628.    On September 24, 2010, Dr. Durrani performed surgery at WCH from 3:00-6:00.

629.    On September 29, 2010, Dr. Durrani performed surgery on **Todd Ray** at WCH 7:30-11:30.

630.    On September 29, 2010, Dr. Durrani performed surgery at WCH from 11:00-12:00.

631.    On September 29, 2010, Dr. Durrani performed surgery at WCH from 11:30-2:30.

632.    On September 29, 2010, Dr. Durrani performed surgery at WCH from 2:00-5:00.

633.    On September 29, 2010, Dr. Durrani performed surgery at WCH from 5:00-9:00.

634.    On October 1, 2010, Dr. Durrani performed surgery on **Jennifer Hickey** at WCH.

635.    On October 1, 2010, Dr. Durrani performed surgery on **Carolyn Hursong** at WCH 8:00-10:34.

636.    On October 4, 2010, Dr. Durrani performed surgery on **Linda Kallmeyer-Ward** at WCH 8:00-11:00.

637.    On October 4, 2010, Dr. Durrani performed surgery on **Louise Bayliss** at WCH 10:00-12:35.

638.    On October 4, 2010, Dr. Durrani performed surgery on **Hiram McCauley** at WCH 11:45-2:55.

639.    On October 4, 2010, Dr. Durrani performed surgery at WCH from 1:30-4:30.

640.    On October 4, 2010, Dr. Durrani performed surgery at WCH from 3:30-6:30.

641. On October 4, 2010, Dr. Durrani performed surgery on **Paul Marksberry** at WCH 6:30-9:00.

**642. On October 5, 2010, Dr. Durrani still suspended at West Chester, according to Brian Isaacs.**

643. On October 6, 2010, Dr. Durrani performed surgery at WCH from 8:30-11:30.

644. On October 6, 2010, Dr. Durrani performed surgery at WCH from 11:00-2:00.

645. On October 6, 2010, Dr. Durrani performed surgery at WCH from 1:30-6:00.

646. On October 6, 2010, Dr. Durrani performed surgery on **Elizabeth Compo** at WCH 5:00-8:00.

647. On October 6, 2010, Dr. Durrani performed surgery at WCH from 8:00p-9:15p.

648. On October 6, 2010, Dr. Durrani performed surgery on **Jeffrey Remley** at WCH.

649. On October 8, 2010, Dr. Durrani performed surgery on **Samantha Hamilton** at WCH 8:00-10:30.

650. On October 8, 2010, Dr. Durrani performed surgery at WCH from 10:00-2:00.

651. On October 8, 2010, Dr. Durrani performed surgery at WCH from 1:30-3:30.

652. On October 8, 2010, Dr. Durrani performed surgery on **Nick Battista** at WCH 3:00-4:30.

653. On October 8, 2010, Dr. Durrani performed surgery on **Valerie Kopp** at WCH 4:00-5:30.

654. On October 11, 2010, Dr. Durrani performed surgery on **Lennie Fossett** at WCH.

655. On October 13, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:00.

656. On October 13, 2010, Dr. Durrani performed surgery on **Nicole Baker** at WCH 11:00-2:00.

657.     On October 13, 2010, Dr. Durrani performed surgery at WCH from 2:00-5:00.

658.     On October 18, 2010, Dr. Durrani performed surgery at WCH from 8:00-10:30.

659.     On October 18, 2010, Dr. Durrani performed surgery at WCH from 10:30-12:30.

660.     On October 18, 2010, Dr. Durrani performed surgery at WCH from 12:30-3:00.

661.     On October 18, 2010, Dr. Durrani performed surgery on **Danielle Reed** at WCH 2:00-3:00.

662.     On October 18, 2010, Dr. Durrani performed surgery on **Karen Higgenbothan** at WCH 3:00-6:00.

663.     On October 25, 2010, Dr. Durrani performed surgery at WCH from 8:30-11:15.

664.     On October 25, 2010, Dr. Durrani performed surgery on **Ollie Deaton** at WCH 11:00-1:50.

665.     On October 25, 2010, Dr. Durrani performed surgery on **Dorothy Hamilton** at WCH 1:30-5:01.

666.     On October 25, 2010, Dr. Durrani performed surgery at WCH from 4:30-8:08.

667.     **On October 26, 2010, emails between Debbie Blimline and Cyndi Trafficant, Rosemary Keiser, Kevin Joseph regarding a complaint that Dr. Durrani runs late on cases outside his block.**

668.     **On October 26, 2010, there was an email from Kevin Joseph, M.D. to Trafficant and Blimline- "For now, we will be sticking with the current scheduled, until 7 PM. With that said, we know that he has a habit of running late, which I am going to talk to him about and try to get under control. Also make sure the schedulers are using his average time of cases, not the time his office says it takes to do his cases. I agree with Cyndi, that if you want to schedule the staff on his days**

**until 9 PM, so that they are scheduled instead of last minute late ending, then it may add job satisfaction to our nurses. At this time, we will not be extending hours until 11 PM."**

669.    On October 27, 2010, Dr. Durrani performed surgery at WCH from 8:30-12:30.

670.    On October 27, 2010, Dr. Durrani performed surgery on **Fay Rosebery** at WCH 12:00-4:27.

671.    On October 27, 2010, Dr. Durrani performed surgery on **Sarah Juergens** at WCH 4:00-8:27.

672.    On October 29, 2010, Dr. Durrani performed surgery on **Michelle Walters** at WCH.

673.    On November 1, 2010, Dr. Durrani performed surgery at WCH from 8:30-12:58.

674.    On November 1, 2010, Dr. Durrani performed surgery at WCH from 12:00-3:46.

675.    On November 1, 2010, Dr. Durrani performed surgery at WCH from 3:15-5:00.

676.    On November 1, 2010, Dr. Durrani performed surgery on **Robert Runtz** at WCH 4:30-7:20.

677.    On November 3, 2010, Dr. Durrani performed surgery at WCH from 8:30-12:30.

678.    On November 3, 2010, Dr. Durrani performed surgery on **Sarah Juergens** at WCH 10:30-12:10.

679.    On November 3, 2010, Dr. Durrani performed surgery on **Damon Deck** at WCH 12:30-4:30.

680.    On November 3, 2010, Dr. Durrani performed surgery at WCH from 12:45-2:00.

681.    On November 5, 2010, Dr. Durrani performed surgery on **Nicole Baker** at WCH 8:00-10:00.

682.    On November 5, 2010, Dr. Durrani performed surgery at WCH from 8:30-12:21.

683.    On November 5, 2010, Dr. Durrani performed surgery at WCH from 12:45-4:36.

684.    On November 5, 2010, Dr. Durrani performed surgery on **Debbie Worley** at WCH.

685.    On November 10, 2010, Dr. Durrani performed surgery at WCH from 9:00-12:03.

686.    On November 10, 2010, Dr. Durrani performed surgery on **Michael Cook** at WCH 9:00-10:30.

687.    On November 10, 2010, Dr. Durrani performed surgery at WCH from 12:30-4:11.

688.    On November 10, 2010, Dr. Durrani performed surgery at WCH from 3:20-4:20.

689.    On November 10, 2010, Dr. Durrani performed surgery on **Jeff McClure** at WCH 4:40-6:10.

690.    On November 12, 2010, Dr. Durrani performed surgery on **Patricia Adams** at WCH 8:30-12:20.

691.    On November 12, 2010, Dr. Durrani performed surgery on **Karen Miller** at WCH 11:50-3:35.

692.    On November 12, 2010, Dr. Durrani performed surgery on **Edythe Bishop** at WCH 3:00-5:45.

693.    On November 15, 2010, Dr. Durrani performed surgery on **Violet Whalen** at WCH.

694.    On November 17, 2010, Dr. Durrani performed surgery at WCH from 8:30-11:00.

695.    On November 17, 2010, Dr. Durrani performed surgery at WCH from 11:30-2:30.

696.    On November 17, 2010, Dr. Durrani performed surgery on **Billie Moore** at WCH 11:30-2:04.

697.    On November 17, 2010, Dr. Durrani performed surgery on **Paul Marksberry** at WCH 2:30-6:15.

698.    On November 24, 2010, Dr. Durrani performed surgery on **Valerie Reeves** at WCH 8:30-10:42.

699.    On November 24, 2010, Dr. Durrani performed surgery at WCH from 11:00-2:45.

700.    On November 29, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:30.

701.    On November 29, 2010, Dr. Durrani performed surgery on **Erma Gilbert** at WCH 8:30-11:30.

702.    On November 29, 2010, Dr. Durrani performed surgery on **Arlene Fait** at WCH 12:00-3:45.

703.    On November 29, 2010, Dr. Durrani performed surgery at WCH from 12:00-3:42.

704.    On December 1, 2010, Dr. Durrani performed surgery at WCH from 8:00-10:30.

705.    On December 1, 2010, Dr. Durrani performed surgery on **Carol Wilson** at WCH 8:30-12:12.

706.    On December 1, 2010, Dr. Durrani performed surgery on **Connie Huser** at WCH 10:45-3:00.

707.    On December 1, 2010, Dr. Durrani performed surgery at WCH from 3:15-6:57.

708.    On December 3, 2010, Dr. Durrani performed surgery on **Neil Favaron** at WCH 8:30-10:59.

709.    On December 3, 2010, Dr. Durrani performed surgery at WCH from 11:00-2:42.

710.    On December 3, 2010, Dr. Durrani performed surgery at WCH from 2:30-5:30.

711.    On December 3, 2010, Dr. Durrani performed surgery on **Lonnie Wheeler** at WCH.

712.    On December 6, 2010 , Dr. Durrani performed surgery at WCH from 8:30-11:30.

713.    On December 6, 2010 , Dr. Durrani performed surgery at WCH from 11:15-12:15.

714.    On December 6, 2010 , Dr. Durrani performed surgery on **Ollie Deaton** at WCH 11:45-2:53.

715.    On December 6, 2010 , Dr. Durrani performed surgery at WCH from 12:00-3:00.

716.    On December 6, 2010 , Dr. Durrani performed surgery at WCH from 3:00-5:35.

717.    On December 8, 2010 , Dr. Durrani performed surgery at WCH from 8:30-11:04.

718.    On December 8, 2010, Dr. Durrani performed surgery on **Ronald Schuster** at WCH 11:15-2:52.

719.    On December 8, 2010 , Dr. Durrani performed surgery at WCH from 11:00-2:42.

720.    On December 10, 2010, Dr. Durrani performed surgery on **Robert Ellington**, at WCH.

721.    On December 13, 2010, Dr. Durrani performed surgery at WCH from 8:00-11:05.

722.    On December 13, 2010, Dr. Durrani performed surgery on **Teresa McMillen** at WCH 8:30-12:30.

723.    On December 13, 2010, Dr. Durrani performed surgery at WCH from 11:30-2:50.

724.    On December 13, 2010, Dr. Durrani performed surgery on **Paula Wilson** at WCH 3:30-5:14.

725.    On December 13, 2010, Dr. Durrani performed surgery on **Lisa Reynolds** at WCH 3:45-6:06.

726.    On December 13, 2010, Dr. Durrani performed surgery on **Mike Sander** at WCH.

727.    On December 17, 2010, Dr. Durrani performed surgery on **Teresa Nichols** at WCH 8:00-1:00.

728.     On December 17, 2010, Dr. Durrani performed surgery at WCH from 8:30-12:55.

729.     On December 20, 2010, Dr. Durrani performed surgery at WCH from 8:30-12:30.

730.     On December 20, 2010, Dr. Durrani performed surgery on **Haley Payne** at WCH
         11:15-2:24.

731.     On December 20, 2010, Dr. Durrani performed surgery at WCH from 12:30-2:30.

732.     On December 22, 2010, Dr. Durrani performed surgery on **Kelly Robinson** at
         WCH 8:30-2:30.

733.     On December 29, 2010, Dr. Durrani performed surgery on **Brian Atkins** at WCH
         8:00-11:00.

734.     On December 29, 2010, Dr. Durrani performed surgery at WCH from 8:30-12:00.

735.     On December 29, 2010, Dr. Durrani performed surgery at WCH from 12:00-2:29.

736.     On December 29, 2010, Dr. Durrani performed surgery at WCH from 2:00-5:00.

737.     On December 29, 2010, Dr. Durrani performed surgery at WCH from 5:15-6:33.

738.     **In 2010, West Chester's Net Loss was $5,195,431.00.**

739.     **In 2010, there were 534 total West Chester Durrani Surgeries for the year.**

740.     On January 3, 2011, Dr. Durrani performed surgery on Erma Gilbert at WCH
         12:15-4:00.

741.     On January 3, 2011, Dr. Durrani performed surgery at WCH from 12:00-3:58.

742.     On January 3, 2011, Dr. Durrani performed surgery at WCH from 4:15-6:00.

743.     On January 7, 2011, Dr. Durrani performed surgery on **Debra Henderson** at
         WCH 8:00-12:00.

744.     On January 7, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

745.     On January 7, 2011, Dr. Durrani performed surgery at WCH from 11:45-3:29.

746.     On January 7, 2011, Dr. Durrani performed surgery on **Tim Osborn** at WCH 12:15-2:15.

747.     On January 10, 2011, Dr. Durrani performed surgery at WCH from 8:00-12:48.

748.     On January 10, 2011, Dr. Durrani performed surgery on **Rachel Jones** at WCH 8:30-12:11.

749.     On January 10, 2011, Dr. Durrani performed surgery at WCH from 12:15-2:47.

750.     On January 10, 2011, Dr. Durrani performed surgery at WCH from 1:00-2:00.

751.     On January 14, 2011, Dr. Durrani performed surgery on **Gayle Bachmann** at WCH 8:30-11:30.

752.     On January 14, 2011, Dr. Durrani performed surgery at WCH from 11:30-1:48.

753.     On January 14, 2011, Dr. Durrani performed surgery at WCH from 11:30-3:30.

754.     On January 15, 2011, Dr. Durrani performed surgery on **Wendy Oberlander** at WCH.

755.     On January 19, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:30.

756.     On January 19, 2011, Dr. Durrani performed surgery on **Theresa Robbinson-Woods** at WCH 12:30-4:30.

757.     On January 21, 2011, Dr. Durrani performed surgery on **Rebecca Applegate** at WCH 8:30-12:30.

758.     On January 21, 2011, Dr. Durrani performed surgery at WCH from 11:15-2:15.

759.     On January 21, 2011, Dr. Durrani performed surgery at WCH from 12:30-4:00.

760.     On January 21, 2011, Dr. Durrani performed surgery on **Irene Hyde** at WCH 2:30-4:32.

761.    On January 24, 2011, Dr. Durrani performed surgery on **Jason Riley** at WCH 8:30-12:19.

762.    On January 24, 2011, Dr. Durrani performed surgery at WCH from 12:00-3:00.

763.    On January 24, 2011, Dr. Durrani performed surgery at WCH from 3:00-5:30.

764.    On January 24, 2011, Dr. Durrani performed surgery on **Irene Hyde** at WCH 5:30-7:20.

765.    On January 26, 2011, Dr. Durrani performed surgery on **Sandra Dennis** at WCH 8:30-12:00.

766.    On January 26, 2011, Dr. Durrani performed surgery at WCH from 10:00-11:58.

767.    On January 26, 2011, Dr. Durrani performed surgery at WCH from 12:00-4:00.

768.    On January 26, 2011, Dr. Durrani performed surgery at WCH from 3:00-5:00.

769.    On January 28, 2011, Dr. Durrani performed surgery on **Valarie Reeves** at WCH 8:30-11:52.

770.    On January 28, 2011, Dr. Durrani performed surgery at WCH from 9:00-12:00.

771.    On January 28, 2011, Dr. Durrani performed surgery on **Tracey Walsh** at WCH 12:00-2:00.

772.    On January 28, 2011, Dr. Durrani performed surgery on **Tammie Little** at WCH 12:00-2:30.

773.    On February 7, 2011, Dr. Durrani performed surgery at WCH from 8:00-11:00.

774.    On February 7, 2011, Dr. Durrani performed surgery on **Edythe Bishop** at WCH 11:00-3:00.

775.    On February 7, 2011, Dr. Durrani performed surgery on **Robert Wilson** at WCH 12:00-3:00.

776.     On February 7, 2011, Dr. Durrani performed surgery at WCH from 3:00-5:29.

777.     On February 7, 2011, Dr. Durrani performed surgery on **Tracey Walsh** at WCH 6:00-7:00.

778.     On February 8, 2011, Dr. Durrani performed surgery on **Tonia McQueary** at WCH 12:00-6:00.

779.     On February 9, 2011, Dr. Durrani performed surgery on **Brenda Conley** at WCH 8:00-11:18.

780.     On February 9, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

781.     On February 9, 2011, Dr. Durrani performed surgery on **Dorothy Hamilton** at WCH 11:30-1:59.

782.     On February 9, 2011, Dr. Durrani performed surgery at WCH from 11:45-3:45.

783.     On February 9, 2011, Dr. Durrani performed surgery at WCH from 2:15-5:24.

784.     **On February 10, 2011, there was a letter to Pam Kinane, Patient Advocate-copied to Kevin Joseph- 4 Pages- Complaint from Parent Regarding Dr. Durrani-Serious Care Issue.**

785.     On February 11, 2011, Dr. Durrani performed surgery at WCH from 8:00-12:14.

786.     On February 11, 2011, Dr. Durrani performed surgery on **Susan Griffin** at WCH 8:30-12:00.

787.     On February 11, 2011, Dr. Durrani performed surgery at WCH from 12:30-2:59.

788.     On February 11, 2011, Dr. Durrani performed surgery on **Lois Hughes** at WCH 12:15-3:58.

789.     On February 11, 2011, Dr. Durrani performed surgery on **Robert Ellington** at WCH.

790.    On February 18, 2011, Dr. Durrani performed surgery on **Katrina Allen** at WCH 8:00-12:00.

791.    On February 18, 2011, Dr. Durrani performed surgery on **Leona Beyer** at WCH 8:30-12:47.

792.    On February 18, 2011, Dr. Durrani performed surgery at WCH from 12:00-4:20.

793.    On February 18, 2011, Dr. Durrani performed surgery at WCH from 1:00-3:05.

794.    On February 18, 2011, Dr. Durrani performed surgery at WCH from 3:30-5:32.

795.    On February 24, 2011, Dr. Durrani performed surgery on **Ben Williams** at WCH.

796.    On March 5, 2011, Dr. Durrani performed surgery on **Kevin Elfers** at WCH.

797.    On March 7, 2011, Dr. Durrani performed surgery on **Debbie Worley** at WCH.

798.    On March 7, 2011, Dr. Durrani performed surgery at WCH from 10:00-12:00.

799.    On March 7, 2011, Dr. Durrani performed surgery at WCH from 12:15-3:15.

800.    On March 7, 2011, Dr. Durrani performed surgery on **Debbie Worley** at WCH 12:00-3:59.

801.    On March 11, 2011, Dr. Durrani performed surgery on **Susan Griffin** at WCH 8:00-11:30.

802.    On March 11, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:34.

803.    On March 11, 2011, Dr. Durrani performed surgery at WCH from 11:45-3:15.

804.    On March 11, 2011, Dr. Durrani performed surgery at WCH from 12:00-4:00.

805.    On March 11, 2011, Dr. Durrani performed surgery at WCH from 3:30-5:30.

806.    On March 14, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:35.

807.    On March 14, 2011, Dr. Durrani performed surgery on **Samantha Hamilton** at WCH 12:00-14:00.

808.  On March 14, 2011, Dr. Durrani performed surgery at WCH from 12:45-3:45.

809.  On March 16, 2011, Dr. Durrani performed surgery on **Courtney Hammons** at WCH.

810.  On March 18, 2011, Dr. Durrani performed surgery at WCH from 8:00-10:30.

811.  On March 18, 2011, Dr. Durrani performed surgery at WCH from 8:00-11:30.

812.  On March 18, 2011, Dr. Durrani performed surgery at WCH from 10:30-2:30.

813.  On March 18, 2011, Dr. Durrani performed surgery on **Ricky Hounchell** at WCH 11:30-1:30.

814.  On March 23, 2011, Dr. Durrani performed surgery on **Kevin Hartness** at WCH.

815.  On March 23, 2011, Dr. Durrani performed surgery on **Jonathan Atwell** at WCH.

816.  On March 23, 2011, Dr. Durrani performed surgery on **Larry Krech** at WCH.

817.  On March 23, 2011, Dr. Durrani performed surgery on **Christina Brashear** at WCH.

818.  On March 23, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:45.

819.  On March 23, 2011, Dr. Durrani performed surgery at WCH from 10:00-2:17.

820.  On March 23, 2011, Dr. Durrani performed surgery at WCH from 12:00-3:39.

821.  On March 23, 2011, Dr. Durrani performed surgery at WCH from 2:30-4:30.

822.  On March 25, 2011, Dr. Durrani performed surgery at WCH from 8:00-11:30.

823.  On March 25, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

824.  On March 25, 2011, Dr. Durrani performed surgery on **Debbie Worley** at WCH.

825.  On March 25, 2011, Dr. Durrani performed surgery on **Kyra McClendon** at WCH 11:45-3:45.

826.  On March 25, 2011, Dr. Durrani performed surgery at WCH from 3:30-5:00.

827.    On March 25, 2011, Dr. Durrani performed surgery on **Margie Newman** at WCH.

828.    On March 28, 2011, Dr. Durrani performed surgery on **Elaine Waxler** at WCH.

829.    On March 28, 2011, Dr. Durrani performed surgery on **Patrick Stephenson** at WCH.

830.    On March 30, 2011, Dr. Durrani performed surgery on **Jeffrey Remley** at WCH 8:00-11:00.

831.    On March 30, 2011, Dr. Durrani performed surgery at WCH from 11:00-3:00.

832.    On March 30, 2011, Dr. Durrani performed surgery at WCH from 12:00-2:10.

833.    On March 30, 2011, Dr. Durrani performed surgery on **Kathy Telscher** at WCH 3:15-5:15.

834.    On March 30, 2011, Dr. Durrani performed surgery at WCH from 5:30-7:03.

835.    On April 1, 2011, Dr. Durrani performed surgery on **William Benton** at WCH.

836.    On April 1, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:00.

837.    On April 1, 2011, Dr. Durrani performed surgery at WCH from 11:15-2:30.

838.    On April 1, 2011, Dr. Durrani performed surgery on **Susan Schock** at WCH 12:15-3:45.

839.    On April 1, 2011, Dr. Durrani performed surgery at WCH from 2:30-4:30.

840.    On April 4, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:00.

841.    On April 4, 2011, Dr. Durrani performed surgery on **Jeff Peddicord** at WCH 12:00-3:26.

842.    On April 4, 2011, Dr. Durrani performed surgery at WCH from 3:30-6:15.

843. **On April 6, 2011, there was an email from Hanner to Cyndi Trafficant and Karen Ghaffari:  Complaint- Dr. Durrani failed to see his patients- unhappy.  "In addition, it raises the question if their medical needs were addressed."**

844. On April 8, 2011, Dr. Durrani performed surgery at WCH from 8:00-11:30.

845. On April 8, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:00.

846. On April 8, 2011, Dr. Durrani performed surgery on **Randall Metcalf** at WCH 11:00-2:00.

847. On April 8, 2011, Dr. Durrani performed surgery at WCH from 3:30-5:00.

848. On April 11, 2011, Dr. Durrani performed surgery at WCH from 8:00-11:55.

849. On April 11, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

850. On April 11, 2011, Dr. Durrani performed surgery on **Carol Pummell** at WCH 11:45-1:15.

851. On April 11, 2011, Dr. Durrani performed surgery on **Latoya Bradshaw** at WCH 12:00-2:00.

852. On April 11, 2011, Dr. Durrani performed surgery at WCH from 1:30-3:30.

853. On April 11, 2011, Dr. Durrani performed surgery on **Annette Buskirk** at WCH 4:00-7:56.

854. On April 11, 2011, Dr. Durrani performed surgery on **Shirley Mains** at WCH.

855. On April 11, 2011, Dr. Durrani performed surgery at WCH from 8:00-11:30.

856. On April 15, 2011, Dr. Durrani performed surgery at WCH from 10:45-1:55.

857. On April 15, 2011, Dr. Durrani performed surgery at WCH from 11:30-3:00.

858. On April 15, 2011, Dr. Durrani performed surgery on **Vera Moffitt** at WCH 11:30-3:00.

859.     On April 15, 2011, Dr. Durrani performed surgery at WCH from 2:00-5:05.

860.     On April 20, 2011, Dr. Durrani performed surgery on **Derek Mayfield** at WCH.

861.     On April 25, 2011, Dr. Durrani performed surgery on **Robert Wilson** at WCH 8:00-12:00.

862.     On April 25, 2011, Dr. Durrani performed surgery on **Debbie Worley** at WCH.

863.     On April 25, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:00.

864.     On April 25, 2011, Dr. Durrani performed surgery at WCH from 11:00-3:00.

865.     On April 27, 2011, Dr. Durrani performed surgery on **Evelyn Helton** at WCH 8:00-11:30.

866.     On April 27, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:00.

867.     On April 27, 2011, Dr. Durrani performed surgery at WCH from 11:45-1:15.

868.     On April 27, 2011, Dr. Durrani performed surgery on **Vicky Wilson** at WCH 12:15-2:15.

869.     On April 27, 2011, Dr. Durrani performed surgery at WCH from 1:30-3:30.

870.     On April 29, 2011, Dr. Durrani performed surgery at WCH from 8:00-1:03.

871.     On April 29, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

872.     On April 29, 2011, Dr. Durrani performed surgery on **Debbie Rodriguez** at WCH 11:30-1:30.

873.     On April 29, 2011, Dr. Durrani performed surgery at WCH from 1:15-5:15.

**874.     In May 2011, Jeff Drapalik CFO joined West Chester.  He is currently still there.**

875.     On May 2, 2011, Dr. Durrani performed surgery at WCH from 9:00-10:10.

876.  On May 2, 2011, Dr. Durrani performed surgery on **Todd Ray** at WCH 12:45-4:45.

877.  On May 4, 2011, Dr. Durrani performed surgery at WCH from 8:00-11:00.

878.  On May 4, 2011, Dr. Durrani performed surgery on **Patrick Stephenson** at WCH 8:30-12:00.

879.  On May 4, 2011, Dr. Durrani performed surgery on **David Conger** at WCH 12:00-4:00.

**880.  On May 4, 2011, there was an email from Jennifer Krause to mtaylor@castworld.com copy Wendy Gilkey- Complaint on four cases with insurance pay issues: 1. No operative report dictated. 2. "There is no MRI report or H&P to justify why this patient had this procedure." 3. There is no dictation. 4. No dictation.**

881.  On May 6, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:30.

882.  On May 6, 2011, Dr. Durrani performed surgery on **Nick Battista** at WCH 10:45-12:45.

883.  On May 6, 2011, Dr. Durrani performed surgery at WCH from 1:00-4:30.

884.  On May 9, 2011, Dr. Durrani performed surgery on **Shirley Mains** at WCH.

885.  On May 9, 2011, Dr. Durrani performed surgery at WCH from 8:00-12:00.

886.  On May 9, 2011, Dr. Durrani performed surgery on **Tonya Neal** at WCH 8:30-12:30.

887.  On May 9, 2011, Dr. Durrani performed surgery on **Paula Wilson** at WCH 12:15-4:15.

888.  On May 9, 2011, Dr. Durrani performed surgery at WCH from 12:45-4:45.

889.   On May 9, 2011, Dr. Durrani performed surgery at WCH from 5:00-6:00.

890.   On May 11, 2011, Dr. Durrani performed surgery on **Brenda Conley** at WCH 10:30-2:00.

891.   On May 11, 2011, Dr. Durrani performed surgery at WCH from 10:30-1:30.

892.   On May 13, 2011, Dr. Durrani performed surgery at WCH from 8:00-12:00.

893.   On May 13, 2011, Dr. Durrani performed surgery on **Nancy Begley** at WCH 8:30-11:30.

894.   On May 13, 2011, Dr. Durrani performed surgery at WCH from 12:15-2:15.

895.   On May 16, 2011, Dr. Durrani performed surgery at WCH from 8:00-11:43.

896.   On May 16, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

897.   On May 16, 2011, Dr. Durrani performed surgery on **Maurice Grabow** at WCH 11:45-3:45.

898.   On May 16, 2011, Dr. Durrani performed surgery on **Karen Higgenbothan** at WCH 12:00-3:02.

**899.   On May 18, 2011, there was an email from Kevin Joseph to Mike Jeffers-Complaint about Dr. Durrani on hospital eating expenses on a case.  Email from Paula Hawk to Kevin Joseph and Mike Jeffers-  Complaint about Dr. Durrani - delinquent dictations, no clinical documentation, Aetna denial, Op notes are supposed to be dictated within 24 hours in our bylaws," My daily conversations with Dr. Durrani don't seem to be working.**

900.   On June 1, 2011, Dr. Durrani performed surgery on **William Benton** at WCH.

901.   On June 1, 2011, Dr. Durrani performed surgery on **Francine Ford** at WCH 8:30-11:30.

902.    On June 1, 2011, Dr. Durrani performed surgery at WCH from 10:15-2:45.

903.    On June 1, 2011, Dr. Durrani performed surgery at WCH from 11:00-12:15.

904.    On June 1, 2011, Dr. Durrani performed surgery at WCH from 11:45-3:15.

905.    On June 4, 2011, Dr. Durrani performed surgery on **Donna Good** at WCH.

906.    On June 6, 2011, Dr. Durrani performed surgery on **Phyllis Bechtold** at WCH
        8:00-11:30.

907.    On June 6, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:20.

908.    On June 6, 2011, Dr. Durrani performed surgery at WCH from 11:30-12:30.

909.    On June 6, 2011, Dr. Durrani performed surgery at WCH from 12:00-3:00.

910.    On June 6, 2011, Dr. Durrani performed surgery on **Billy Dugger** at WCH 12:45-
        3:45.

911.    On June 8, 2011, Dr. Durrani performed surgery on **Sheila Krabacher** at WCH
        8:00-11:00.

912.    On June 8, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

913.    On June 8, 2011, Dr. Durrani performed surgery at WCH from 11:15-3:45.

914.    On June 10, 2011, Dr. Durrani performed surgery on **Donna Rister** at WCH 8:00-
        11:30.

915.    On June 10, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:00.

916.    On June 10, 2011, Dr. Durrani performed surgery at WCH from 11:45-3:45.

917.    On June 10, 2011, Dr. Durrani performed surgery on **Gayle Bachmann** at WCH
        12:15-2:15.

918.    On June 13, 2011, Dr. Durrani performed surgery at WCH from 8:00-10:00.

919.    On June 13, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

920. On June 13, 2011, Dr. Durrani performed surgery on **Rhonda Mains** at WCH 10:15-1:45.

921. On June 13, 2011, Dr. Durrani performed surgery at WCH from 11:45-3:45.

922. On June 20, 2011, Dr. Durrani performed surgery on **Jonathan Brunner** at WCH 8:00-12:00.

923. On June 20, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:00.

924. On June 20, 2011, Dr. Durrani performed surgery at WCH from 11:15-1:15.

925. On June 20, 2011, Dr. Durrani performed surgery at WCH from 12:15-2:15.

926. On June 20, 2011, Dr. Durrani performed surgery at WCH from 2:45-3:45.

927. On June 20, 2011, Dr. Durrani performed surgery on **Nellie Davis** at WCH.

928. On June 24, 2011, Dr. Durrani performed surgery on **Donald Moore** at WCH 8:00-12:00.

929. On June 24, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

930. On June 24, 2011, Dr. Durrani performed surgery at WCH from 11:45-3:15.

931. On June 24, 2011, Dr. Durrani performed surgery at WCH from 12:15-2:45.

932. On June 24, 2011, Dr. Durrani performed surgery at WCH from 3:30-5:00.

933. On June 27, 2011, Dr. Durrani performed surgery at WCH from 8:00-10:00.

934. On June 27, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

935. On June 27, 2011, Dr. Durrani performed surgery on **Brenda Conley** at WCH 11:30-2:30.

**936. In July 2011, the Medical Staff Office Policies and Procedures Adopted-West Chester (Peer Review).**

937. On July 1, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:00.

938.     On July 1, 2011, Dr. Durrani performed surgery at WCH from 10:00-12:00.

939.     On July 1, 2011, Dr. Durrani performed surgery on **Charlotte King** at WCH 12:00-4:30.

940.     On July 1, 2011, Dr. Durrani performed surgery at WCH from 12:00-3:00.

941.     On July 6, 2011, Dr. Durrani performed surgery on **Kaitlyn Boggs** at WCH 8:00-10:30.

942.     On July 6, 2011, Dr. Durrani performed surgery at WCH from 8:00-9:30.

943.     On July 6, 2011, Dr. Durrani performed surgery at WCH from 9:45-12:30.

944.     On July 6, 2011, Dr. Durrani performed surgery at WCH from 10:45-2:45.

945.     On July 6, 2011, Dr. Durrani performed surgery at WCH from 12:45-4:15.

946.     On July 8, 2011, Dr. Durrani performed surgery on **Phyllis Judkins** at WCH.

947.     On July 11, 2011, Dr. Durrani performed surgery at WCH from 8:00-11:45.

948.     On July 11, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:00.

949.     On July 11, 2011, Dr. Durrani performed surgery on **Carolyn Hursong** at WCH 12:00-2:08.

950.     On July 13, 2011, Dr. Durrani performed surgery at WCH from 8:00-12:30.

951.     On July 13, 2011, Dr. Durrani performed surgery at WCH from 10:15-12:45.

952.     On July 13, 2011, Dr. Durrani performed surgery at WCH from 12:45-3:45.

953.     On July 13, 2011, Dr. Durrani performed surgery on **Debbie Rodriguez** at WCH 1:00-3:57.

954.     On July 15, 2011, Dr. Durrani performed surgery on **Sharon Pritchard** at WCH.

955.     On July 16, 2011, Dr. Durrani performed surgery on **Barbara Boggs** at WCH 11:45-2:56.

956.    On July 22, 2011, Dr. Durrani performed surgery at WCH from 8:00-10:00.

957.    On July 22, 2011, Dr. Durrani performed surgery on **Kimberly Mayer** at WCH 8:30-11:30.

958.    On July 22, 2011, Dr. Durrani performed surgery on **Billy Dugger** at WCH 10:15-12:15.

959.    On July 22, 2011, Dr. Durrani performed surgery at WCH from 11:45-3:15.

960.    On July 22, 2011, Dr. Durrani performed surgery at WCH from 12:30-3:30.

961.    On August 1, 2011, Dr. Durrani performed surgery on **Shirley Mains** at WCH.

962.    On August 5, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:00.

963.    On August 5, 2011, Dr. Durrani performed surgery at WCH from 11:15-2:15.

964.    On August 5, 2011, Dr. Durrani performed surgery at WCH from 12:15-3:15.

965.    On August 5, 2011, Dr. Durrani performed surgery on **Sheila Krabacher** at WCH 2:30-5:00.

966.    On August 8, 2011, Dr. Durrani performed surgery on **Dorothy Rose** at WCH.

967.    On August 10, 2011, Dr. Durrani performed surgery on **Wendy Oberlander** at WCH.

968.    On August 12, 2011, Dr. Durrani performed surgery on **Ralph Dawson** at WCH.

969.    On August 17, 2011, Dr. Durrani performed surgery at WCH from 8:00-10:30.

970.    On August 17, 2011, Dr. Durrani performed surgery on **Nellie Davis** at WCH 8:30-2:00.

971.    On August 17, 2011, Dr. Durrani performed surgery at WCH from 11:00-1:00.

972.    On August 19, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

973. On August 19, 2011, Dr. Durrani performed surgery on **Sandra Dennis** at WCH 11:45-3:15.

974. On August 19, 2011, Dr. Durrani performed surgery at WCH from 12:15-3:45.

975. On August 22, 2011, Dr. Durrani performed surgery at WCH from 8:00-12:00.

976. On August 22, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:30.

977. On August 22, 2011, Dr. Durrani performed surgery on **Nancy Boland** at WCH 12:15-4:15.

978. On August 22, 2011, Dr. Durrani performed surgery at WCH from 12:45-2:45.

979. On August 22, 2011, Dr. Durrani performed surgery at WCH from 4:30-5:38.

980. On August 24, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

981. On August 24, 2011, Dr. Durrani performed surgery at WCH from 11:45-2:15.

982. On August 24, 2011, Dr. Durrani performed surgery on **Elizabeth Compo** at WCH 2:30-4:30.

983. On August 24, 2011, Dr. Durrani performed surgery on **Bill Dugger** at WCH.

984. On August 26, 2011, Dr. Durrani performed surgery on **Celeste Hoffman** at WCH.

985. On August 26, 2011, Dr. Durrani performed surgery on **Brian Atkins** at WCH 8:00-12:00.

986. On August 26, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:30.

987. On August 26, 2011, Dr. Durrani performed surgery at WCH from 12:15-4:15.

988. On August 26, 2011, Dr. Durrani performed surgery on **Elaine Waxler** at WCH 12:45-2:15.

989. On August 26, 2011, Dr. Durrani performed surgery at WCH from 2:30-4:30.

990. On September 2, 2011, Dr. Durrani performed surgery on **Ricky Hounchell** at WCH.

991. On September 7, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:30.

992. On September 7, 2011, Dr. Durrani performed surgery on **Kristine Dority** at WCH 11:15-2:45.

993. On September 7, 2011, Dr. Durrani performed surgery at WCH from 12:45-2:45.

994. On September 9, 2011, Dr. Durrani performed surgery at WCH from 8:00-12:00.

995. On September 9, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:30.

996. On September 9, 2011, Dr. Durrani performed surgery on **Charlotte King** at WCH 12:15-3:15.

997. On September 9, 2011, Dr. Durrani performed surgery at WCH from 12:45-4:15.

998. On September 14, 2011, Dr. Durrani performed surgery on **Valerie Kopp** at WCH.

999. On September 14, 2011, Dr. Durrani performed surgery on **Robert Masters** at WCH.

1000. **On September 14, 2011, there was an email from Stegman to Joseph, Daskalakis, Rohlfing and Hawk reporting a lawsuit being filed against Dr. Durrani.**

1001. On September 19, 2011, Dr. Durrani performed surgery on **Nancy Boland** at WCH 8:30-12:30.

1002. On September 19, 2011, Dr. Durrani performed surgery at WCH from 10:15-12:15.

1003. On September 19, 2011, Dr. Durrani performed surgery at WCH from 12:30-1:30.

1004. On September 19, 2011, Dr. Durrani performed surgery at WCH from 12:45-3:15.

1005. On September 19, 2011, Dr. Durrani performed surgery at WCH from 2:00-3:08.

1006. On September 21, 2011, Dr. Durrani performed surgery on **Greg Gordon** at WCH 8:30-3:30.

1007. On September 21, 2011, Dr. Durrani performed surgery on **Brenda Conley** at WCH 12:00-4:00.

1008. On September 23, 2011, Dr. Durrani performed surgery at WCH from 8:00-11:00.

1009. On September 23, 2011, Dr. Durrani performed surgery at WCH from 8:30-10:30.

1010. On September 23, 2011, Dr. Durrani performed surgery at WCH from 10:45-12:45.

1011. On September 23, 2011, Dr. Durrani performed surgery on **Robert Wilson**, at WCH 11:15-3:15.

1012. On September 26, 2011, Dr. Durrani performed surgery on **Steven Andrew Schultz** at WCH.

1013. On September 28, 2011, Dr. Durrani performed surgery on **Tiffany Meadows** at WCH 8:00-1:00.

1014. On September 28, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:00.

1015. On September 28, 2011, Dr. Durrani performed surgery at WCH from 12:15-3:15.

1016. On October 3, 2011, Dr. Durrani performed surgery at WCH from 8:30-10:30.

1017. On October 3, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1018. On October 3, 2011, Dr. Durrani performed surgery at WCH from 10:45-12:45.

1019. On October 3, 2011, Dr. Durrani performed surgery on **Amanda Franks** at WCH 12:00-2:00.

1020. On October 3, 2011, Dr. Durrani performed surgery at WCH from 1:00-4:30.

1021.    On October 5, 2011, Dr. Durrani performed surgery on **Michelle Stephens** at WCH.

1022.    On October 10, 2011  UC Health begins purchasing PureGen from Alphatec.

1023.    On October 10, 2011, Dr. Durrani performed surgery on **Michael Crail** at WCH.

1024.    On October 12, 2011, Dr. Durrani performed surgery on **Leah Wright** at WCH.

1025.    On October 14, 2011, Dr. Durrani performed surgery on **Jordan Vance** at WCH 8:30-11:30.

1026.    On October 14, 2011, Dr. Durrani performed surgery at WCH from 11:45-2:45.

1027.    On October 14, 2011, Dr. Durrani performed surgery on **Tammy Dale** at WCH 12:15-3:45.

1028.    On October 14, 2011, Dr. Durrani performed surgery at WCH from 4:00-6:00.

**1029.    On October 15, 2011, there was an email from Janet Thompson to many including Hawk. "There was a patient that was going to go to 1 pct and at 2243 they said Dr. Durrani insisted that the patient go to 3 pct even though they were infected. That meant that 1 pct was to lose a nurse. I told them that they had to send a nurse home by 2 a.m. if they did not get an admission. Thanks, Janette E. Thompson MSN, RN Clinical Supervisor UC Health-West Chester Medical Center.**

1030.    On October 17, 2011, Dr. Durrani performed surgery at WCH from 8:30-12:00.

1031.    On October 17, 2011, Dr. Durrani performed surgery on **Debbie Rodriguez** at WCH 10:15-12:45.

1032.    On October 17, 2011, Dr. Durrani performed surgery at WCH from 12:30-4:00.

1033.    On October 17, 2011, Dr. Durrani performed surgery at WCH from 1:00-2:23.

1034. On October 19, 2011, Dr. Durrani performed surgery on **Connie Underwood** at WCH.

1035. On October 22, 2011, Dr. Durrani performed surgery on **Ollie Deaton** at WCH.

1036. On October 26, 2011, Dr. Durrani performed surgery at WCH from 8:00-10:00.

1037. On October 26, 2011, Dr. Durrani performed surgery on **Mark McMurren** at WCH 8:30-11:30.

1038. On October 26, 2011, Dr. Durrani performed surgery on **Sherri Cinquina** at WCH 10:15-12:45.

1039. On October 26, 2011, Dr. Durrani performed surgery at WCH from 11:45-3:15.

1040. On October 31, 2011, Dr. Durrani performed surgery on **Vicki Buschur** at WCH.

1041. On October 31, 2011, Dr. Durrani performed surgery on **Robert Mounce** at WCH.

1042. On November 4, 2011, Dr. Durrani performed surgery at WCH from 8:00-12:00.

1043. On November 4, 2011, Dr. Durrani performed surgery on **Elizabeth Compo** at WCH 11:30-1:30.

1044. On November 4, 2011, Dr. Durrani performed surgery at WCH from 12:15-2:15.

1045. On November 4, 2011, Dr. Durrani performed surgery on **Patrick Willoughby** at WCH.

1046. On November 7, 2011, Dr. Durrani performed surgery on **Patricia Boone** at WCH.

1047. On November 9, 2011, Dr. Durrani performed surgery on **Rhonda Scott** at WCH 8:30-12:30.

1048. On November 9, 2011, Dr. Durrani performed surgery at WCH from 12:15-2:15.

1049.   On November 9, 2011, Dr. Durrani performed surgery on **Glenna Shafer** at WCH 12:45-4:01.

1050.   On November 16, 2011, Dr. Durrani performed surgery on **Nancy Bowman** at WCH 8:00-10:23.

1051.   On November 16, 2011, Dr. Durrani performed surgery at WCH from 8:30-10:30.

1052.   On November 16, 2011, Dr. Durrani performed surgery at WCH from 10:45-11:45.

1053.   On November 18, 2011, Dr. Durrani performed surgery at WCH from 8:00-10:00.

1054.   On November 18, 2011, Dr. Durrani performed surgery on **Katie Prater** at WCH 8:30-11:30.

1055.   On November 18, 2011, Dr. Durrani performed surgery at WCH from 10:00-12:30.

1056.   On November 18, 2011, Dr. Durrani performed surgery at WCH from 11:45-1:45.

1057.   On November 21, 2011, Dr. Durrani performed surgery on **Patricia Bruce** at WCH 8:30-12:30.

1058.   On November 21, 2011, Dr. Durrani performed surgery at WCH from 12:15-3:15.

1059.   On November 21, 2011, Dr. Durrani performed surgery at WCH from 12:45-3:15.

1060.   On November 21, 2011, Dr. Durrani performed surgery at WCH from 3:30-5:30.

1061.   On November 23, 2011, Dr. Durrani performed surgery on **Phyllis Judkins** at WCH.

1062.   On November 24, 2011, Dr. Durrani performed surgery on **Elizabeth Compo** at WCH.

1063.   On November 28, 2011, Dr. Durrani performed surgery on **Valerie Reeves** at
        WCH 8:30-10:30.

1064.   On November 28, 2011, Dr. Durrani performed surgery at WCH from 10:45-1:00.

1065.   On November 28, 2011, Dr. Durrani performed surgery on **David Conger** at
        WCH 11:15-1:15.

1066.   On December 1, 2011, Dr. Durrani performed surgery on **James Brown** at WCH.

1067.   On December 7, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1068.   On December 7, 2011, Dr. Durrani performed surgery on **Sherri Cinquina** at
        WCH 11:45-1:45.

1069.   On December 7, 2011, Dr. Durrani performed surgery at WCH from 12:15-2:15.

1070.   On December 7, 2011, Dr. Durrani performed surgery on **Carol Wilson** at WCH
        2:00-4:30.

1071.   On December 9, 2011, Dr. Durrani performed surgery on **Valerie Kopp** at WCH
        12:00-2:00.

1072.   On December 9, 2011, Dr. Durrani performed surgery at WCH from 2:15-4:15.

1073.   On December 13, 2011, Dr. Durrani performed surgery on **Valerie Reeves** at
        WCH.

1074.   On December 14, 2011, Dr. Durrani performed surgery on **Jetton Wilson** at
        WCH.

1075.   On December 19, 2011, Dr. Durrani performed surgery on **Patricia Bruce** at
        WCH.

1076.   On December 21, 2011, Dr. Durrani performed surgery on **Erin Greelish** at
        WCH 8:30-11:30.

1077.   On December 21, 2011, Dr. Durrani performed surgery at WCH from 11:45-1:45.

1078.   On December 21, 2011, Dr. Durrani performed surgery on **Kelly Williams** at WCH 12:15-2:15.

1079.   On December 21, 2011, Dr. Durrani performed surgery on **James Brown** at WCH 2:00-4:00.

1080.   On December 21, 2011, Dr. Durrani performed surgery on **Valerie Reeves** at WCH 2:45-4:00.

1081.   On December 23, 2011, Dr. Durrani performed surgery at WCH from 8:30-10:30.

1082.   On December 23, 2011, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1083.   On December 23, 2011, Dr. Durrani performed surgery on **Jason Romer** at WCH 10:45-12:55.

1084.   On December 23, 2011, Dr. Durrani performed surgery at WCH from 11:45-1:55.

1085.   On December 28, 2011, Dr. Durrani performed surgery on **Diane Meyer** at WCH.

**1086.   In 2011, West Chester's Net Loss was $8,365,918.00.**

**1087.   In 2011, there were 536 total West Chester Durrani surgeries for the year.**

**1088.   On January 2012, Mike Jeffers, Director of Finance, left West Chester.**

1089.   On January 6, 2012, Dr. Durrani performed surgery on **Tammy Dale** at WCH.

1090.   On January 6, 2012, Dr. Durrani performed surgery on **Debbie Moore** at WCH 9:15.

1091.   On January 6, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1092.   On January 6, 2012, Dr. Durrani performed surgery at WCH from 11:30-2:00.

1093.   On January 6, 2012, Dr. Durrani performed surgery at WCH from 11:45-1:45.

1094.   On January 7, 2012, Dr. Durrani performed surgery on **Donald Moore** at WCH.

1095.    On January 9, 2012, Dr. Durrani performed surgery on **Elaine Waxler** at WCH 8:30-10:30.

1096.    On January 9, 2012, Dr. Durrani performed surgery at WCH from 8:30-12:30.

1097.    On January 9, 2012, Dr. Durrani performed surgery at WCH from 12:45-2:45.

1098.    On January 11, 2012, Dr. Durrani performed surgery on **Patricia Bruce** at WCH.

1099.    On January 21, 2012, Dr. Durrani performed surgery on **Karen Taylor** at WCH.

1100.    On January 23, 2012, Dr. Durrani performed surgery at WCH from 8:30-10:30.

1101.    On January 23, 2012, Dr. Durrani performed surgery at WCH from 11:45-3:45.

1102.    On January 23, 2012, Dr. Durrani performed surgery on **Leah Wright** at WCH 12:45-4:45.

1103.    On January 23, 2012, Dr. Durrani performed surgery at WCH from 5:00-7:00.

1104.    On January 27, 2012, Dr. Durrani performed surgery at WCH from 8:30-10:30.

1105.    On January 27, 2012, Dr. Durrani performed surgery on **Julie Martin** at WCH 11:45-2:45.

1106.    On January 27, 2012, Dr. Durrani performed surgery on **James Pumpelly** at WCH 10:45-12:56.

1107.    On January 30, 2012, Dr. Durrani performed surgery on **Duane Pelfrey** at WCH 8:30-12:30.

1108.    On January 30, 2012, Dr. Durrani performed surgery at WCH from 12:00-3:00.

1109.    On January 30, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:15.

1110.    On February 2, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:00.

1111.    On February 1, 2012, Dr. Durrani performed surgery on **Christine Geralds** at WCH 10:45-1:45.

1112. On February 1, 2012, Dr. Durrani performed surgery on **Gayle Bachmann** at WCH 11:15-2:54.

**1113.** **On February 2, 2012, there was an email from Tom Blank to Durrani and Marc Feldman and Thomas Harris at UC Health- "Thanks for your time on the phone this morning to discuss Dr. Durrani's request for spine implant products. Back in November when we first submitted formulary pricing, we included all the Alphatec Spine products and met or exceeded your formulary pricing. FYI, since that time we have added products from Spinal USA per Dr. Durrani's request. Please verify that you have all the Spinal USA information. Dr. Durrani and Dr. Shanti have been utilizing the Alphatec Spine biologics including PureGen and Profuse. We are able to provide a great savings with many of the biologics products while providing implants that are approved per the indication and safe for use. After you speak to Tom Harris, I look forward to talking with you in regards finalizing the agreement. As mentioned, the terms and conditions have been signed, the pricing met and all necessary papers have been submitted. I am at the ready to supply anything you need to move forward and take care of Dr. Durrani's request. Thanks again for your time and consideration as we look forward to furthering our relationship.**

1114. On February 6, 2012, Dr. Durrani performed surgery on **Gayle Bachmann** at WCH 11:00-12:15.

1115. On February 6, 2012, Dr. Durrani performed surgery at WCH from 12:00-2:30.

1116. On February 6, 2012, Dr. Durrani performed surgery on **Tammy Dale** at WCH 1:00-2:15.

1117.   On February 15, 2012 , Dr. Durrani performed surgery on **Denise Helton** at WCH.

1118.   On February 22, 2012 , Dr. Durrani performed surgery on **Christine Goldstein**, at WCH 8:30-11:30.

1119.   On February 22, 2012 , Dr. Durrani performed surgery at WCH from 11:45-3:45.

1120.   On February 24, 2012 , Dr. Durrani performed surgery on **David Smith** at WCH 8:30-11:30.

1121.   On February 24, 2012 , Dr. Durrani performed surgery at WCH from 9:00-11:15.

1122.   On February 24, 2012 , Dr. Durrani performed surgery at WCH from 11:30-1:30.

1123.   On February 29, 2012 , Dr. Durrani performed surgery at WCH from 8:30-11:30.

1124.   On February 29, 2012 , Dr. Durrani performed surgery at WCH from 11:45-2:15.

1125.   On February 29, 2012, Dr. Durrani performed surgery on **Carla Wooten** at WCH.

1126.   On February 29, 2012 , Dr. Durrani performed surgery on **Elizabeth Compo** at WCH 12:45-3:15.

1127.   On February 29, 2012 , Dr. Durrani performed surgery on **Ailene LeVan** at WCH.

1128.   On March 2, 2012, Dr. Durrani performed surgery at WCH from 8:30-12:00.

1129.   On March 2, 2012, Dr. Durrani performed surgery on **Michael Hillard** at WCH 12:45-3:45.

1130.   On March 5, 2012, Dr. Durrani performed surgery at WCH from 8:30-10:00.

1131.   On March 5, 2012, Dr. Durrani performed surgery at WCH from 8:30-12:00.

1132.   On March 5, 2012, Dr. Durrani performed surgery on **Timothy Hannon** at WCH 12:15-2:15.

1133.   On March 5, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:15.

1134.    On March 7, 2012, Dr. Durrani performed surgery on **Andrew Schultz** at WCH.

1135.    On March 9, 2012, Dr. Durrani performed surgery on **Tim Osborn** at WCH 8:30-11:30.

1136.    On March 9, 2012, Dr. Durrani performed surgery on **Gayle Bachmann** at WCH 9:00-10:45.

1137.    On March 9, 2012, Dr. Durrani performed surgery at WCH from 11:00-2:00.

1138.    On March 9, 2012, Dr. Durrani performed surgery at WCH from 12:30-1:30.

1139.    On March 14, 2012, Dr. Durrani performed surgery on **Duane Pelfrey** at WCH.

1140.    On March 16, 2012, Dr. Durrani performed surgery at WCH from 8:30-10:30.

1141.    On March 16, 2012, Dr. Durrani performed surgery on **Carrie Britten** at WCH 8:30-12:30.

1142.    On March 16, 2012, Dr. Durrani performed surgery on **Laura Kranbuhl-McKee** at WCH 10:45-12:15.

1143.    On March 16, 2012, Dr. Durrani performed surgery on Kimberly Jenkins at WCH 12:30-2:30.

1144.    On March 16, 2012, Dr. Durrani performed surgery at WCH from 12:45-4:05.

1145.    On March 19, 2012, Dr. Durrani performed surgery on **Teresa McMillen** at WCH 8:30-12:30.

1146.    On March 19, 2012, Dr. Durrani performed surgery at WCH from 11:15-2:15.

1147.    On March 19, 2012, Dr. Durrani performed surgery on **Robert Moore** at WCH 12:45-4:00.

1148.    On March 19, 2012, Dr. Durrani performed surgery on **Joann Young** at WCH 2:30-5:00.

1149.    On March 21, 2012, Dr. Durrani performed surgery on **Lonnie Wheeler** at WCH 8:30-11:30.

1150.    On March 21, 2012, Dr. Durrani performed surgery at WCH from 11:45-3:15.

1151.    On March 26, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1152.    On March 26, 2012, Dr. Durrani performed surgery on **George Arnold** at WCH 11:45-2:04.

1153.    On March 30, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1154.    On March 30, 2012, Dr. Durrani performed surgery on **Latoya Bradshaw** at WCH 11:45-2:45.

1155.    On March 30, 2012, Dr. Durrani performed surgery at WCH from 12:45-4:45.

1156.    On March 30, 2012, Dr. Durrani performed surgery on **Timothy Whalen** at WCH.

1157.    On April 4, 2012, Dr. Durrani performed surgery at WCH from 8:30-12:37.

1158.    On April 4, 2012, Dr. Durrani performed surgery on **Billy Wolsing** at WCH 12:45-3:45.

1159.    On April 4, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:45.

1160.    On April 4, 2012, Dr. Durrani performed surgery on **Sandra Lemmel** at WCH 4:00-7:41.

1161.    On April 11, 2012, Dr. Durrani performed surgery on **Ailene LeVan** at WCH 8:30-10:30.

1162.    On April 11, 2012, Dr. Durrani performed surgery at WCH from 10:45-1:45.

1163.    On April 11, 2012, Dr. Durrani performed surgery on **Brenda Conley** at WCH 1:00-4:00.

1164.　On April 16, 2012, Dr. Durrani performed surgery on **Dorothy Rose** at WCH 8:30-11:30.

1165.　On April 16, 2012, Dr. Durrani performed surgery on **Nancy Boland** at WCH 11:45-2:45.

1166.　On April 16, 2012, Dr. Durrani performed surgery at WCH from 12:45-4:15.

1167.　On April 16, 2012, Dr. Durrani performed surgery at WCH from 3:00-5:00.

**1168.　On April 19, 2012, Dr. Durrani had a seminar at West Chester (Claimed he was an Assistant Professor at UC and Children's when he is neither. West Chester allows this to happen.)**

1169.　On April 20, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1170.　On April 20, 2012, Dr. Durrani performed surgery on **Glenna Shafer** at WCH 11:45-3:15.

1171.　On April 20, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:15.

1172.　On April 23, 2012, Dr. Durrani performed surgery on **William Wolder** at WCH 8:30-11:00.

1173.　On April 23, 2012, Dr. Durrani performed surgery at WCH from 11:15-3:15.

1174.　On April 23, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:45.

1175.　On April 23, 2012, Dr. Durrani performed surgery at WCH from 3:45-5:45.

1176.　On April 27, 2012, Dr. Durrani performed surgery on **Lennie Fossett** at WCH 8:30-12:00.

1177.　On April 27, 2012, Dr. Durrani performed surgery at WCH from 10:30-1:30.

1178.　On April 27, 2012, Dr. Durrani performed surgery at WCH from 12:45-4:45.

1179.　On May 2, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1180.    On May 2, 2012, Dr. Durrani performed surgery at WCH from 11:45-3:59.

1181.    On May 2, 2012, Dr. Durrani performed surgery on **Paul Wilson** at WCH 12:45-3:45.

1182.    On May 4, 2012, Dr. Durrani performed surgery on **Elizabeth Compo** at WCH.

1183.    On May 4, 2012, Dr. Durrani performed surgery on **William Dabney** at WCH.

1184.    On May 9, 2012, Dr. Durrani performed surgery on **Holly Reifenberger** at WCH.

1185.    On May 11, 2014, Dr. Durrani performed surgery at WCH from 8:30-11:00.

1186.    On May 11, 2012, Dr. Durrani performed surgery on **Gerald Botner** at WCH 10:00-12:00.

1187.    On May 11, 2012, Dr. Durrani performed surgery at WCH from 11:45-2:15.

1188.    On May 11, 2012, Dr. Durrani performed surgery on **Rhonda Mains** at WCH 1:30-4:30.

1189.    On May 14, 2012, Dr. Durrani performed surgery on **William Dabney** WCH 8:30-11:30.

1190.    On May 14, 2012, Dr. Durrani performed surgery on **Tamathy Wilder** at WCH 11:45-2:45.

1191.    On May 14, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:15.

**1192.    On May 16, 2012, there was an email from Heather Waugh to Debbie Blimline, Mark Tromba and Virginia Craig. Complaint- "post op sheets not being signed and orders not being completed." "This is difficult to track MDs down to do orders, while taking care of two patients."**

**1193.    On May 17, 2012, there was an email from Mark Tromba to Heather Waugh, Debbie Blimline and Virginia Craig- "I know that the reason it has happened to Dr.**

Durrani is because his partner has not been here certain days to do his dirty work. This is going to continue and I have talked to Dr. Durrani." "Most of the physicians are compliant." "Please let Ginney or I know about the issue when it happens again. (Because I know it will)." "Dr. Durrani has been addressed many times. What is the next step?" (Blimline response).

1194.   On May 18, 2012, Dr. Durrani performed surgery at WCH from 8:30-10:30.

1195.   On May 18, 2012, Dr. Durrani performed surgery on **Ruhama Hall** at WCH 8:30-12:00.

1196.   On May 18, 2012, Dr. Durrani performed surgery at WCH from 10:45-2:45.

1197.   On May 18, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:45.

1198.   On May 18, 2012, Dr. Durrani performed surgery on **Natasha Lainhart** at WCH.

1199.   On May 25, 2012, Dr. Durrani performed surgery on **Timothy Whalen** at WCH.

1200.   On May 31, 2012, Dr. Durrani performed surgery on **Judith Gardner** at WCH.

1201.   On June, 2012 , Dr. Durrani performed surgery on **Nancy Begley** at WCH.

1202.   On June 4, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1203.   On June 4, 2012, Dr. Durrani performed surgery on **Robbie Gregory** at WCH 11:45-1:54.

1204.   On June 4, 2012, Dr. Durrani performed surgery on **Valerie Reeves** at WCH 12:45-3:45.

1205.   On June 6, 2012, Dr. Durrani performed surgery on **Leah Wright** at WCH.

1206.   On June 6, 2012, Dr. Durrani performed surgery on **Candi McKinney** at WCH.

1207.   On June 8, 2012, Dr. Durrani performed surgery at WCH from 8:30-12:30.

1208. On June 8, 2012, Dr. Durrani performed surgery on **Lennie Fossett** at WCH 10:30-11:30.

1209. On June 8, 2012, Dr. Durrani performed surgery at WCH from 11:45-2:45.

1210. On June 8, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:45.

1211. On June 8, 2012, Dr. Durrani performed surgery on **Laura Batsche** at WCH 3:00-5:09.

1212. On June 11, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:00.

1213. On June 11, 2012, Dr. Durrani performed surgery on **Katherine Walls** at WCH 8:30-12:30.

1214. On June 11, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:15.

1215. On June 13, 2012, Dr. Durrani performed surgery on **Teresa Nichols** at WCH 8:30-12:05.

1216. On June 13, 2012, Dr. Durrani performed surgery at WCH from 10:45-2:45.

1217. On June 15, 2012, Dr. Durrani performed surgery on **Robert Runtz** at WCH.

1218. On June 18, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1219. On June 18, 2012, Dr. Durrani performed surgery on **Carol Wilson** at WCH 11:45-4:45.

1220. On June 18, 2012, Dr. Durrani performed surgery on **Holly Reifenberger** at WCH.

1221. On June 20, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1222. On June 20, 2012, Dr. Durrani performed surgery on **William Hayes** at WCH 11:45-2:45.

1223. On June 20, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:45.

1224.    On June 25, 2012, Dr. Durrani performed surgery at WCH from 8:00-8:30.

1225.    On June 25, 2012, Dr. Durrani performed surgery at WCH from 8:45-11:45.

1226.    On June 25, 2012, Dr. Durrani performed surgery on **Shannon Koehler** at WCH 12:00-3:30.

1227.    On June 25, 2012, Dr. Durrani performed surgery at WCH from 1:00-4:30.

1228.    On June 27, 2012, Dr. Durrani performed surgery on **Wendy Oberlander** at WCH.

1229.    On July 6, 2012, Dr. Durrani performed surgery on **Regina Wesley** at WCH 8:30-12:30.

1230.    On July 6, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:15.

1231.    On July 6, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:15.

**1232.    On July 6, 2012, there was an email from Kathie Hays to Mark Tromba- "He bold face lies.  Does Kevin and Patrick know?"**

**1233.    On July 6, 2012, there was an email from Tromba to Hays- "Durrani screwed us over!  Lied to Patrick and I about the patient being in too much pain to fly... the patient is having surgery tomorrow at his surgery center.... And one our instruments are going to!!!  Kevin is being notified... not much else.  Have a great rest of your trip! See you Monday!"**

**1234.    On July 6, 2012, there was an email from Tromba to Hays-"Yeah, I asked him why his patient canceled for today and he said he couldn't fly because he was in so much pain. Yet was currently on a flight to Cinci.  Patrick said he would address it with senior leadership... I'll update you on Monday!"**

1235. On July 9, 2012, Dr. Durrani performed surgery on **Michael Crail** at WCH 8:30-11:00.

1236. On July 9, 2012, Dr. Durrani performed surgery at WCH from 11:15-1:45.

1237. On July 9, 2012, Dr. Durrani performed surgery at WCH from 12:45-2:45.

1238. On July 16, 2012, Dr. Durrani performed surgery on **Elaine Waxler** at WCH.

1239. On July 23, 2012, Dr. Durrani performed surgery on **Marcia Quinn** at WCH.

1240. On July 20, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1241. On July 20, 2012, Dr. Durrani performed surgery on **Kathryn Rueve** at WCH 11:45-2:45.

**1242. On July 20, 2012, UC Health began purchasing PureGen from Evolution Medical, LLC.**

1243. On July 23, 2012, Dr. Durrani performed surgery on **Tim Marshall** at WCH 8:30-11:30.

1244. On July 23, 2012, Dr. Durrani performed surgery at WCH from 10:00-1:30.

1245. On July 23, 2012, Dr. Durrani performed surgery at WCH from 11:45-2:15.

1246. On July 25, 2012, Dr. Durrani performed surgery on **Heather McCann** at WCH 8:30-11:30.

1247. On July 25, 2012, Dr. Durrani performed surgery at WCH from 9:30-10:30.

1248. On July 25, 2012, Dr. Durrani performed surgery on **Charlotte King** at WCH 11:45-1:45.

1249. On July 25, 2012, Dr. Durrani performed surgery on **Edythe Bishop** at WCH 1:45-2:15.

1250. On July 27, 2012, Dr. Durrani performed surgery at WCH from 8:30-10:30.

1251.   On July 27, 2012, Dr. Durrani performed surgery on **Carolyn Dotson** at WCH 9:30-12:45.

1252.   On July 27, 2012, Dr. Durrani performed surgery at WCH from 10:45-12:45.

1253.   On July 30, 2012, Dr. Durrani performed surgery at WCH from 8:00-11:30.

1254.   On July 30, 2012, Dr. Durrani performed surgery at WCH from 8:30-12:00.

1255.   On July 30, 2012, Dr. Durrani performed surgery at WCH from 11:45-3:15.

1256.   On July 30, 2012, Dr. Durrani performed surgery on **Darrell Earls** at WCH 12:15-2:15.

1257.   On August 1, 2012, Dr. Durrani performed surgery at WCH from 8:30-11:30.

1258.   On August 1, 2012, Dr. Durrani performed surgery on **Larry Krech** at WCH 11:45-3:45.

1259.   On August 1, 2012, Dr. Durrani performed surgery on **Sandra Dennis** at WCH 12:45-3:45.

1260.   On August 1, 2012, Dr. Durrani performed surgery at WCH from 4:00-6:00.

1261.   On August 3, 2012, Dr. Durrani performed surgery at WCH from 8:30-10:30.

1262.   On August 3, 2012, Dr. Durrani performed surgery at WCH from 10:45-12:45.

1263.   On August 3, 2012, Dr. Durrani performed surgery on **Heather Heffner** at WCH 8:30-10:30.

**1264.   On August 6, 2012, there was an email from Kathie Hays to Virginia Craig and Mark Tromba- "It's a shame Durrani was actually here on time for the first time and we weren't able to get the patient started."**

**1265.   On August 6, 2012, there was an email from Joseph to Daskalakis – "Reporting new lawsuit being filed."**

1266.   On August 6, 2012, Dr. Durrani performed surgery at WCH from 8:30-12:00.

1267.   On August 6, 2012, Dr. Durrani performed surgery on **Donna Good** at WCH 8:30-12:30.

1268.   On August 6, 2012, Dr. Durrani performed surgery at WCH from 12:15-3:30.

1269.   On August 6, 2012, Dr. Durrani performed surgery on **Chris Scheper** at WCH 12:45-5:22.

1270.   On August 6, 2012, Dr. Durrani performed surgery on **Dawn Wingert** at WCH 3:45-7:10.

1271.   On August 10, 2012, Dr. Durrani performed surgery on **Sheila Krabacher** at WCH 8:30-11:30.

1272.   On August 10, 2012, Dr. Durrani performed surgery on **Timothy Schulze** at WCH 10:30-1:30.

1273.   On August 10, 2012, Dr. Durrani performed surgery at WCH from 11:45-3:15.

1274.   On August 13, 2012, Dr. Durrani performed surgery at WCH from 8:30-12:00.

1275.   On August 13, 2012, Dr. Durrani performed surgery at WCH from 12:15-3:15.

1276.   On August 13, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:15.

1277.   On August 13, 2012, Dr. Durrani performed surgery at WCH from 3:30-5:01.

1278.   On August 13, 2012, Dr. Durrani performed surgery on **Heather Heffner** at WCH 3:30-4:52.

1279.   On August 13, 2012, Dr. Durrani performed surgery on **Deborah Kidd** at WCH.

1280.   On August 15, 2012, Dr. Durrani performed surgery on **Carol Pummell** at WCH 8:45-11:45.

1281.    On August 15, 2012, Dr. Durrani performed surgery on **Michelle Byar** at WCH
12:00-3:30.

1282.    On August 15, 2012, Dr. Durrani performed surgery on **Nick Battista** at WCH
1:00-4:00.

1283.    On August 15, 2012, Dr. Durrani performed surgery at WCH from 3:45-5:45.

1284.    On August 15, 2012, Dr. Durrani performed surgery on **Joseph Schimmel** at
WCH.

1285.    On August 17, 2012, Dr. Durrani performed surgery on **Kelly Hennessy** at WCH.

1286.    On August 17, 2012, Dr. Durrani performed surgery at WCH from 8:45-11:45.

1287.    On August 17, 2012, Dr. Durrani performed surgery at WCH from 12:00-3:30.

1288.    On August 17, 2012, Dr. Durrani performed surgery at WCH from 12:45-2:45.

1289.    On August 17, 2012, Dr. Durrani performed surgery on **Amanda Koch** at WCH
3:00-5:00.

1290.    On August 17, 2012, Dr. Durrani performed surgery on **Corinne Zachry** at WCH
3:45-7:45.

1291.    On August 17, 2012, Dr. Durrani performed surgery at WCH from 5:15-6:15.

1292.    On August 20, 2012, Dr. Durrani performed surgery at WCH from 8:45-11:15.

1293.    On August 20, 2012, Dr. Durrani performed surgery at WCH from 11:30-2:00.

1294.    On August 20, 2012, Dr. Durrani performed surgery on **Tammie Little** at WCH
12:45-3:15.

1295.    On August 22, 2012, Dr. Durrani performed surgery on **Teresa McMillen** at
WCH 8:45-12:15.

1296.    On August 22, 2012, Dr. Durrani performed surgery at WCH from 12:30-2:30.

1297.　On August 22, 2012, Dr. Durrani performed surgery at WCH from 1:15-2:40.

1298.　On August 22, 2012, Dr. Durrani performed surgery on **Jane Reeder** at WCH.

1299.　On August 27, 2012, Dr. Durrani performed surgery on **Shannon Brice** at WCH.

**1300.　On August 27, 2012, there was an email from Tromba to Hays – Subject: RE: Attendance Certificate – Well Managed OR "Do I still get this even though we were talking to Durrani about cussing out Amy??"**

1301.　On August 27, 2012, Dr. Durrani performed surgery at WCH from 8:45-10:45.

1302.　On August 27, 2012, Dr. Durrani performed surgery at WCH from 12:45-3:45.

1303.　On August 27, 2012, Dr. Durrani performed surgery at WCH from 2:15-4:15.

1304.　On August 27, 2012, Dr. Durrani performed surgery at WCH from 4:30-6:31.

1305.　On August 27, 2012, Dr. Durrani performed surgery on **Paula Wilson** at WCH 11:00-2:00.

1306.　On August 27, 2012, Dr. Durrani performed surgery on **Tim Marshall** at WCH 4:00-5:22.

1307.　On August 29, 2012, Dr. Durrani performed surgery on **Kimberly Jenkins** at WCH.

1308.　On August 29, 2012, Dr. Durrani performed surgery at WCH from 8:45-11:45.

1309.　On August 29, 2012, Dr. Durrani performed surgery at WCH from 12:00-2:30.

1310.　On August 29, 2012, Dr. Durrani performed surgery at WCH from 12:45-2:45.

1311.　On August 29, 2012, Dr. Durrani performed surgery at WCH from 3:00-4:13.

1312.　On August 29, 2012, Dr. Durrani performed surgery at WCH from 3:00-5:00.

1313.　On August 29, 2012, Dr. Durrani performed surgery on **Sharon Brice** at WCH 4:45-5:45.

1314. **On August 29, 2012, there was an email from Tom Blank to Griggs- RE: Evolution Alphatec Spine Par Level. Attachment: Evolution Medical West Chester MedAssets Biologics Par Level 071312.**

1315. On September 5, 2012, Dr. Durrani performed surgery at WCH from 8:45-11:45.

1316. On September 5, 2012, Dr. Durrani performed surgery on **Regina Wesley** at WCH 12:00-2:30.

1317. On September 5, 2012, Dr. Durrani performed surgery at WCH from 12:45-4:15.

1318. On September 5, 2012, Dr. Durrani performed surgery at WCH from 2:45-4:45.

1319. On September 5, 2012, Dr. Durrani performed surgery at WCH from 4:45-6:08.

1320. On September 10, 2012, Dr. Durrani performed surgery on **Marsha Martin** at WCH.

1321. On September 11, 2012, Dr. Durrani performed surgery on **Carol Ross** at WCH.

1322. On September 17, 2012, Dr. Durrani performed surgery on **Carla Wooten** at WCH.

1323. On September 26, 2012, Dr. Durrani performed surgery at WCH from 8:45-12:15.

1324. On September 26, 2012, Dr. Durrani performed surgery at WCH from 12:30-3:30.

1325. On September 26, 2012, Dr. Durrani performed surgery on **Michael Hillard** at WCH 1:00-3:00.

1326. On September 26, 2012, Dr. Durrani performed surgery on **Karen Taylor** at WCH 3:15-5:15.

1327. On September 26, 2012, Dr. Durrani performed surgery on **Joseph Schimmel** at WCH.

1328. On October 3, 2012, Dr. Durrani performed surgery at WCH from 8:45-11:45.

1329.    On October 3, 2012, Dr. Durrani performed surgery at WCH from 12:00-1:30.

1330.    On October 3, 2012, Dr. Durrani performed surgery on **John Richardson** Surgery at WCH 12:45-3:45.

1331.    On October 3, 2012, Dr. Durrani performed surgery at WCH from 1:45-3:45.

1332.    On October 3, 2012, Dr. Durrani performed surgery at WCH from 4:00-7:00.

**1333.    On October 4, 2012, there was an email from Tom Blank to Willenborg and Griggs- "Yesterday, Paula asked me to help her find a PureGen vial and track it. I was able to track where the item was used and the patient's name. I don't have Paula's email or number so I hope you can help here. Item 67010-050. Lot vial #AS3000 31470 Implanted HIPAA L5-S1 Fusion. Please confirm and let me know how this helps."**

**1334.    On October 4, 2012, there was an email to Griggs to Tom Blank- "I send the info to Paula, thanks for following up and thanks again for the heads up on the VToss."**

1335.    On October 8, 2012, Dr. Durrani performed surgery on **Brenda Errgang** at WCH 11:15-12:45.

1336.    On October 8, 2012, Dr. Durrani performed surgery at WCH from 12:00-3:30.

1337.    On October 8, 2012, Dr. Durrani performed surgery at WCH from 1:00-4:00.

1338.    On October 15, 2012, Dr. Durrani performed surgery on **James Brown** at WCH.

1339.    On October 29, 2012, Dr. Durrani performed surgery at WCH from 8:45.

1340.    On October 29, 2012, Dr. Durrani performed surgery at WCH from 12:45.

1341.    On October 29, 2012, Dr. Durrani performed surgery at WCH from 1:01.

1342.    On October 29, 2012, Dr. Durrani performed surgery at WCH from 3:15.

1343. On October 31, 2012, Dr. Durrani performed surgery on **Karen Higginbothan** at WCH 8:45.

1344. On October 31, 2012, Dr. Durrani performed surgery on **Robert Densler** at WCH 12:30.

1345. On November 5, 2012, Dr. Durrani performed surgery at WCH from 8:45.

1346. On November 5, 2012, Dr. Durrani performed surgery at WCH from 11:00.

1347. On November 5, 2012, Dr. Durrani performed surgery on John Richardson at WCH from 12:45.

1348. On November 7, 2012, Dr. Durrani performed surgery on **Joann Young** at WCH 8:45.

1349. On November 7, 2012, Dr. Durrani performed surgery on **Patrick Stephenson** at WCH 12:00.

1350. On November 7, 2012, Dr. Durrani performed surgery at WCH from 1:15.

1351. On November 7, 2012, Dr. Durrani performed surgery at WCH from 1:35.

1352. On November 12, 2012, Dr. Durrani performed surgery on **Sophia White** at WCH.

1353. On November 12, 2012, Dr. Durrani performed surgery at WCH from 8:00.

1354. On November 12, 2012, Dr. Durrani performed surgery at WCH from 11:15.

1355. On November 12, 2012, Dr. Durrani performed surgery at WCH from 4:45.

1356. On November 14, 2012, Dr. Durrani performed surgery at WCH from 8:45.

1357. On November 14, 2012, Dr. Durrani performed surgery at WCH from 12:00.

1358. On November 14, 2012, Dr. Durrani performed surgery on **Rita Hounchell** at WCH 12:45.

1359. On November 14, 2012, Dr. Durrani performed surgery on **Rhonda Mains** at WCH.

1360. On November 19, 2012, Dr. Durrani performed surgery at WCH from 8:45.

1361. On November 19, 2012, Dr. Durrani performed surgery on **Laura Batsche** at WCH 12:00.

1362. On November 19, 2012, Dr. Durrani performed surgery on **Jessica Hastings** at WCH 12:45.

1363. On November 21, 2012, Dr. Durrani performed surgery at WCH from 8:30.

1364. On November 21, 2012, Dr. Durrani performed surgery on **Arletta Bowling** at WCH 9:00.

1365. On November 26, 2012, Dr. Durrani performed surgery at WCH from 12:45.

1366. On November 26, 2012, Dr. Durrani performed surgery on **Donna Rister** at WCH 8:45.

1367. On November 26, 2012, Dr. Durrani performed surgery on **Elizabeth Compo** at WCH 1:00.

1368. On November 28, 2012, Dr. Durrani performed surgery on **John Richardson** at WCH 8:45.

1369. On November 28, 2012, Dr. Durrani performed surgery at WCH from 12:00.

1370. On November 28, 2012, Dr. Durrani performed surgery at WCH from 12:45.

1371. On November 30, 2012, Dr. Durrani performed surgery at WCH from 8:30.

1372. On November 30, 2012, Dr. Durrani performed surgery at WCH from 8:45.

1373. On November 30, 2012, Dr. Durrani performed surgery at WCH from 12:05.

1374. On December 3, 2012 , Dr. Durrani performed surgery at WCH from 8:45.

1375.   On December 3, 2012, Dr. Durrani performed surgery at WCH from 10:00.

1376.   On December 3, 2012, Dr. Durrani performed surgery on **Eileen Brorein** at WCH 12:00.

1377.   On December 3, 2012, Dr. Durrani performed surgery on **Tom Meyers** at WCH 12:15.

1378.   On December 3, 2012, Dr. Durrani performed surgery on **Heather Pickett** at WCH 4:15.

1379.   On December 5, 2012, Dr. Durrani performed surgery on **Gayle Bachmann** at WCH 8:45.

1380.   On December 5, 2012, Dr. Durrani performed surgery on **Darrell Earls** at WCH 12:00.

1381.   On December 5, 2012, Dr. Durrani performed surgery on **Carol Ross** at WCH 12:00.

1382.   On December 7, 2012, Dr. Durrani performed surgery on **Randal Brewer** at WCH 4:00.

1383.   On December 10, 2012, Dr. Durrani performed surgery at WCH from 8:45.

1384.   On December 10, 2012, Dr. Durrani performed surgery at WCH from 12:00.

1385.   On December 10, 2012, Dr. Durrani performed surgery on **Priscilla Wittmeyer**, at WCH 12:15.

1386.   On December 10, 2012, Dr. Durrani performed surgery at WCH from 1:45.

1387.   On December 12, 2012, Dr. Durrani performed surgery at WCH from 8:45.

1388.   On December 12, 2012, Dr. Durrani performed surgery at WCH from 12:00.

1389.   On December 12, 2012, Dr. Durrani performed surgery at WCH from 12:15.

1390. **On December 16, 2012, there was an email from Griggs to Sheldon & Hays- "Gary – Several of our Spine surgeons are consistently using Medtronic Magnifuse Bone Graft. The Rep. Dave Rattigan has been bringing this in for the surgeons to use for approximately one year. Since Infuse it not being used, our usage of Magnifuse has increased. To ensure the product is here, when we need it, we want to keep it on our shelf. Dave can supply us a Pyxis to keep the Magnifuse in. Also, this would be very helpful in tracking the bone product. I spoke with Kathy and she ok'd the Pyxis but would like to run it by you before I give Dave the OK. Please let me know. Thank you, Becky**

1391. On December 17, 2012, Dr. Durrani performed surgery at WCH from 8:45.

1392. On December 17, 2012, Dr. Durrani performed surgery at WCH from 12:45.

1393. On December 17, 2012, Dr. Durrani performed surgery at WCH from 1:45.

1394. On December 17, 2012, Dr. Durrani performed surgery at WCH from 4:15.

1395. **On December 19, 2012, there was an email from Sheldon to Griggs, Hayes and Dwayne Brown "Becky – UC Health's standard practice is not to accept equipment from suppliers. If additional clarification is needed, I recommend contacting Dennis Robb's office.**

1396. On December 19, 2012, Dr. Durrani performed surgery at WCH from 8:45.

1397. On December 19, 2012, Dr. Durrani performed surgery at WCH from 12:00.

1398. On December 19, 2012, Dr. Durrani performed surgery on **Gloria Greene** at WCH 12:20.

1399. On December 19, 2012, Dr. Durrani performed surgery on **Celeste Hoffman** at WCH 3:15.

1400.   On December 20, 2012, Dr. Durrani performed surgery on **Kimberly Jenkins** at WCH.

1401.   On December 21, 2012, Dr. Durrani performed surgery at WCH from 8:45.

1402.   On December 21, 2012, Dr. Durrani performed surgery at WCH from 12:30.

1403.   On December 21, 2012, Dr. Durrani performed surgery at WCH from 12:45.

1404.   On December 26, 2012, Dr. Durrani performed surgery on **Sherri Puckett-Morrisette** at WCH 8:45.

1405.   On December 26, 2012, Dr. Durrani performed surgery on **Dana Setters** at WCH 12:10.

1406.   On December 26, 2012, Dr. Durrani performed surgery at WCH from 12:15.

1407.   On December 26, 2012, Dr. Durrani performed surgery on **William Hayes** at WCH 1:25.

**1408.   In 2012, West Chester's Net Loss was $8,366,000.00.**

**1409.   In 2012, there were 437 total West Chester Durrani surgeries for the year.**

**1410.   On January 2013, Dr. Thomas Brown left West Chester as Chief of Radiology.**

1411.   On January 2, 2013, Dr. Durrani performed surgery on **Derrill Reynolds** at WCH 8:45.

1412.   On January 2, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1413.   On January 2, 2013, Dr. Durrani performed surgery on **Dirk Hitchcock** at WCH 12:15.

1414.   On January 2, 2013, Dr. Durrani performed surgery at WCH from 3:10.

1415.    On January 7, 2013, Dr. Durrani performed surgery on **Donald Moore** at WCH 8:45.

1416.    On January 7, 2013, Dr. Durrani performed surgery at WCH from 11:00.

1417.    On January 9, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1418.    On January 9, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1419.    On January 9, 2013, Dr. Durrani performed surgery at WCH from 12:30.

1420.    On January 9, 2013, Dr. Durrani performed surgery at WCH from 3:15.

1421.    On January 14, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1422.    On January 14, 2013, Dr. Durrani performed surgery on **Kim Underwood** at WCH 12:00.

1423.    On January 14, 2013, Dr. Durrani performed surgery at WCH from 12:30.

1424.    On January 16, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1425.    On January 16, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1426.    On January 16, 2013, Dr. Durrani performed surgery on **Francine Ford** at WCH 2:00.

1427.    On January 16, 2013, Dr. Durrani performed surgery at WCH from 3:35.

1428.    On January 21, 2013, Dr. Durrani performed surgery on **Michelle Byar** at WCH.

1429.    On January 21, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1430.    On January 21, 2013, Dr. Durrani performed surgery on **Amber Work** at WCH 11:00.

1431.    On January 21, 2013, Dr. Durrani performed surgery at WCH from 11:30.

1432.    On January 21, 2013, Dr. Durrani performed surgery at WCH from 2:15.

1433.    On January 23, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1434. On January 23, 2013, Dr. Durrani performed surgery on **Eddie Stallings** at WCH 12:00.

1435. On January 23, 2013, Dr. Durrani performed surgery at WCH from 12:15.

1436. On January 23, 2013, Dr. Durrani performed surgery at WCH from 3:15.

1437. On January 23, 2013, Dr. Durrani performed surgery on **Tamathy Wilder** at WCH 4:00.

**1438.** **On January 24, 2013, there was an email from Joseph to Durrani- "Atiq – I hope all is well with you, your family and your practice. Can you please review the below email and take some time to complete the below deficiencies ASAP. I know completing medical records is the most painful part of our jobs (I hate it too), but prompt medical record completion is needed for financial as well as mediolegal reasons. Thanks, Atiq. KJ (This matter involved a chart missing, a d/c summary and a $119,098.45 claim BWC would not process without it.)**

1439. On February 1, 2013, Dr. Durrani performed surgery on **Chris Clark** at WCH.

**1440.** **On February 8, 2013, UC Health stops purchasing PureGen from Evolution Medical, LLC.**

1441. On February 11, 2013 , Dr. Durrani performed surgery at WCH from 8:45.

1442. On February 11, 2013, Dr. Durrani performed surgery on **Joetta Nafe** at WCH 12:00.

1443. On February 11, 2013 , Dr. Durrani performed surgery at WCH from 12:45.

1444. On February 11, 2013, Dr. Durrani performed surgery on **Lenora Haggard** at WCH 3:15.

1445. On February 13, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1446.   On February 13, 2013, Dr. Durrani performed surgery on **Dana Conley** at WCH
12:00.

1447.   On February 13, 2013, Dr. Durrani performed surgery on **Sandra Dennis** at
WCH 12:40.

1448.   On February 15, 2013, Dr. Durrani performed surgery on **Veronica Yeakle** at
WCH.

1449.   On February 18, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1450.   On February 18, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1451.   On February 18, 2013, Dr. Durrani performed surgery at WCH from 12:30.

1452.   On February 18, 2013, UC Health ends purchasing PureGen from Alphatec.

1453.   On February 18, 2013, Dr. Durrani performed surgery on **James McCain** at
WCH 2:20.

1454.   On February 18, 2013, Dr. Durrani performed surgery at WCH from 5:45.

1455.   On February 20, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1456.   On February 20, 2013, Dr. Durrani performed surgery on **Elaine Waxler** at WCH
9:15.

1457.   On February 20, 2013, Dr. Durrani performed surgery at WCH from 11:30.

1458.   On February 20, 2013, Dr. Durrani performed surgery at WCH from 12:00.

    a.   On February 20, 2013, Dr. Durrani performed surgery on **Joan Jones** at WCH
2:10.

1459.   On February 25, 2013, Dr. Durrani performed surgery on **Heather McCann** at
WCH 10:30.

1460.   On February 25, 2013, Dr. Durrani performed surgery at WCH from 10:45.

1461.   On February 25, 2013, Dr. Durrani performed surgery on **Marcia Quinn** at WCH 1:50.

1462.   On February 25, 2013, Dr. Durrani performed surgery on **Eileen Brorein** at WCH 5:10.

1463.   On February 25, 2013, Dr. Durrani performed surgery at WCH from 2:05.

1464.   On February 27, 2013, Dr. Durrani performed surgery on **Paul Wilson** at WCH 8:45.

1465.   On February 27, 2013, Dr. Durrani performed surgery at WCH from 11:00.

1466.   On February 27, 2013, Dr. Durrani performed surgery at WCH from 12:30.

1467.   On February 27, 2013, Dr. Durrani performed surgery on **Karen Taylor** at WCH 1:15.

1468.   On March 4, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1469.   On March 4, 2013, Dr. Durrani performed surgery at WCH from 1:30.

1470.   On March 4, 2013, Dr. Durrani performed surgery at WCH from 3:30.

1471.   On March 4, 2013, Dr. Durrani performed surgery at WCH from 3:30.

1472.   On March 6, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1473.   On March 6, 2013, Dr. Durrani performed surgery at WCH from 12:30.

1474.   On March 6, 2013, Dr. Durrani performed surgery on **Bunnavuth Chhun** at WCH 12:30.

1475.   **On March 6, 2013, there was an email from Tammy Benzinger to Tromba, Hays, Hawk, Stephens, and Talbot.  "Today I was at the surgical desk and an employee stated to me that Dr. Durrani is going to get himself in a lot of trouble.  He call an employee "Mexican" all the time and had just called another employee a**

**Jew. As part of management team I felt I needed to pass this information along to the team. Thanks, Tammy."**

1476.   On March 11, 2013, Dr. Durrani performed surgery on **Marcella McDonald** at WCH 8:45.

1477.   On March 11, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1478.   On March 11, 2013, Dr. Durrani performed surgery on **Debbie Rodriguez** at WCH 12:15.

1479.   On March 11, 2013, Dr. Durrani performed surgery at WCH from 3:20.

1480.   On March 13, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1481.   On March 13, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1482.   On March 13, 2013, Dr. Durrani performed surgery on **Lawrence Pridemore** at WCH at 12:00.

1483.   On March 13, 2013, Dr. Durrani performed surgery at WCH from 3:00.

1484.   On March 20, 2013, Dr. Durrani performed surgery on **Terry Wilson** at WCH.

1485.   On March 20, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1486.   On March 20, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1487.   On March 20, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1488.   On March 25, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1489.   On March 25, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1490.   On March 25, 2013, Dr. Durrani performed surgery at WCH from 12:15.

1491.   On March 25, 2013, Dr. Durrani performed surgery at WCH from 2:15.

1492.   On March 27, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1493.   On March 27, 2013, Dr. Durrani performed surgery at WCH from 1:00.

1494.    On March 27, 2013, Dr. Durrani performed surgery at WCH from 4:15.

1495.    On April 1, 2013, Dr. Durrani performed surgery on **Jane Reeder** at WCH.

1496.    On April 1, 2013, Dr. Durrani performed surgery on **Carol Pummell** at WCH
8:45.

1497.    On April 1, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1498.    On April 1, 2013, Dr. Durrani performed surgery on **Tim Osborn** at WCH 12:00.

1499.    On April 1, 2013, Dr. Durrani performed surgery on **Derrill Reynolds** at WCH
3:15.

1500.    On April 1, 2013, Dr. Durrani performed surgery at WCH from 4:20.

1501.    On April 3, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1502.    On April 3, 2013, Dr. Durrani performed surgery on **Roger Johnson** at WCH
11:30.

1503.    On April 3, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1504.    On April 3, 2013, Dr. Durrani performed surgery at WCH from 3:15.

1505.    On April 8, 2013, Dr. Durrani performed surgery on **Patricia Adams** at WCH
8:45.

1506.    On April 8, 2013, Dr. Durrani performed surgery at WCH from 11:55.

1507.    On April 8, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1508.    On April 8, 2013, Dr. Durrani performed surgery at WCH from 1:15.

1509.    On April 8, 2013, Dr. Durrani performed surgery at WCH from 3:20.

1510.    On April 10, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1511.    On April 10, 2013 Dr. Durrani performed surgery on **Karen Higginbothan** at
WCH at 9:50.

1512. On April 10, 2013, Dr. Durrani performed surgery at WCH from 11:45.

1513. On April 10, 2013, Dr. Durrani performed surgery at WCH from 1:30.

1514. On April 10, 2013, Dr. Durrani performed surgery at WCH from 3:25.

1515. On April 15, 2013, Dr. Durrani performed surgery at WCH from 8:45.

1516. On April 15, 2013, Dr. Durrani performed surgery on **Valerie Reeves** at WCH at 11:00.

1517. On April 15, 2013, Dr. Durrani performed surgery at WCH from 12:00.

1518. On April 15, 2013, Dr. Durrani performed surgery at WCH from 2:15.

1519. On April 22, 2013, Dr. Durrani performed surgery on **Christine Goldstein**, at WCH 8:45.

1520. On April 22, 2013, Dr. Durrani performed surgery at WCH at 11:45.

1521. On April 22, 2013, Dr. Durrani performed surgery on **Vicky Mains** at WCH 2:40.

1522. On April 24, 2013, Dr. Durrani performed surgery at WCH from 8:00.

1523. On April 24, 2013, Dr. Durrani performed surgery at WCH from 10:30.

**1524. In May 2013, the Policy "Stop the Line" Adopted at WCH.**

**1525. In May 2013, Paula Hawk states West Chester begins a policy: "Stop the Line" A policy called "stop the line" was implemented the same year and month they kicked out Dr. Durrani. Paula Hawk admits at her deposition money is not supposed to trump patient safety. She admits peer review is for hospitals to protect each other. She admits hospitals are interested in volume, something Dr. Durrani provided.**

1526. On May 23, 2013, Dr. Durrani performed surgery on **Judith Gardner** at WCH.

1527. On June 29, 2013, Dr. Durrani performed surgery on **Donna Rister** at WCH.

1528. On July 22, 2013, Federal Criminal Complaint against Dr. Durrani was filed.

1529. On July 25, 2013, Dr. Durrani was arrested for Health Care Fraud and Making False Statements.

1530. On July 27, 2013, Elizabeth Dean emailed Eric Deters providing information regarding Dr. Durrani at West Chester.

1531. On July 29, 2013, Dr. Durrani performed surgery on **Joann Frazier** at WCH.

1532. On August 2, 2013, Vickie Scott emailed Eric Deters providing information regarding Dr. Durrani at West Chester.

1533. On August 7, 2013, Dr. Durrani was indicted.

1534. On September 13, 2013, Dr. Durrani performed surgery on Dolores Scott, at WCH (Our last known Dr. Durrani surgery at West Chester. We were informed he left in May.)

## INFUSE/BMP-2

I. **BACKGROUND INFORMATION**

1535. The Deters Law Firm, P.S.C., represents approximately 500 Plaintiffs in medical malpractice actions against a former Northern Kentucky/Cincinnati-area spine surgeon named Abubakar Atiq Dr. Durrani (Dr. Durrani), his company, Center for Advanced Spine Technologies, Inc. (CAST), and several area hospitals including, but not limited to, West Chester Hospital (WCH), University of Cincinnati Health (UC Health), Cincinnati Children's Hospital Medical Center (CCHMC), Christ Hospital, Deaconess Hospital,

Good Samaritan Hospital and Journey Lite of Cincinnati, LLC (Journey Lite)
(collectively Hospitals).

1536.    Dr. Durrani performed unnecessary, fraudulent, dangerous, and ultimately
damaging surgeries on these Plaintiffs while working for and with these Hospitals.

1537.    The scheme and artifice to defraud that Dr. Durrani devised, executed, and
attempted to execute while working for and with the Hospitals included the following
patterns and practices:

    a.  Dr. Durrani persuaded the patient that surgery was the only option, when in fact
the patient did not need surgery.

    b.  Dr. Durrani told the patient that the medical situation was urgent and required
immediate surgery. He also falsely told the patient that he/she was at risk of grave
injuries without the surgery.

    c.  Dr. Durrani often told his cervical spine patients that they risked paralysis or that
his/her head would fall off if he/she was involved in a car accident, ostensibly
because there was almost nothing attaching the head to the patient's body.

    d.  Dr. Durrani often ordered imaging studies such as x-rays, CT scans, or MRIs for
patients but either did not read or ignored the resulting radiology reports.

    e.  Dr. Durrani often provided his own exaggerated and dire reading of the patient's
imaging study that was either inconsistent with or was plainly contradicted by the
radiologist's report. At times, Dr. Durrani provided a false reading of the imaging.

    f.  Dr. Durrani often dictated that he had performed certain physical examinations
and procedures on patients that he did not actually perform.

g. Dr. Durrani often ordered a pain injection for a level of the spine that was inconsistent with the pain stated by the patient or with that indicated by the imaging. Dr. Durrani also scheduled patients for surgeries without learning of or waiting for the results of certain pain injections or related therapies.

h. Dr. Durrani often dictated his operative reports or other patient records months after the actual treatment had occurred.

i. Dr. Durrani's operative reports and treatment records contained false statements about the patient's diagnosis, the procedure performed, and the instrumentation used in the procedure.

j. When a patient experienced complications resulting from the surgery, Dr. Durrani at times failed to inform the patient of, or misrepresented the nature of, the complications.

k. All of the above-mentioned actions were done with the knowledge, cooperation, or intentional ignorance of the Hospitals because Dr. Durrani was one of the biggest moneymakers for the Hospitals.

1538.    In addition to the civil medical malpractice actions against Dr. Durrani, on August 7, 2013, he was indicted by the Federal Government for performing unnecessary surgeries and for defrauding the Medicare and Medicaid programs. Specifically, the ten-count complaint charged Dr. Durrani with health care fraud, in violation of 18 U.S.C. § 1347, and making false statements in health care matters, in violation of 18 U.S.C. § 1035. There was a subsequent superseding indictment adding over 30 counts.

1539.    Following these criminal indictments, in December of 2013 and prior to the first Plaintiff's trial in these actions, Dr. Durrani fled the United States and returned to

Pakistan. He has not returned to the United States to face allegations of either criminal or civil liability.

1540.     Among Dr. Durrani's and the Hospitals' professional failings was the use of a synthetic bone-morphogenetic protein called BMP-2, which was marketed under the trade name "Infuse." Dr. Durrani used BMP-2/Infuse in ways that were either not approved by the federal Food and Drug Administration (FDA) or that were specifically contraindicated as noted on the FDA-approved product labeling. The Defendants had full knowledge of this fact.

1541.     BMP-2/Infuse was, at the time of the surgeries in question, and currently still is manufactured by a company called Medtronic, Inc. (Medtronic).

1542.     Dr. Durrani predominantly used BMP-2/Infuse on patients at WCH, which is owned by UC Health.

1543.     It is Plaintiffs' position that this non-FDA-approved use of BMP-2/Infuse was not only negligent, and fraudulent, but criminal based upon the manner in which it was allowed to be used by Dr. Durrani at West Chester, all with the knowledge and full support of the Defendants.

## II.     THE PLAYERS REGARDING BMP-2

**1544.**     Dr. Durrani is a citizen of the Republic of Pakistan and was a permanent resident of the United States who, from approximately 2005 to 2013, worked as a spine surgeon in and around Cincinnati, Ohio, until he fled the United States to escape civil liability and criminal prosecution.

1545.     Medtronic is an Irish corporation, with its principal executive office located in Dublin, Ireland, and its operational headquarters located in Minneapolis, Minnesota.

Medtronic is the world's third largest medical device company and manufactures and markets BMP-2/Infuse. Medtronic sales representatives were also present during the experimental surgeries performed on Plaintiffs, who are clients of the Deters Law Firm.

1546.    CAST was a corporation organized under the laws of Ohio and had business and medical offices in Florence, Kentucky and Evendale, Ohio. CAST was owned, in whole or in part, by Dr. Durrani.

1547.    Bahler Medical, Inc. is a manufacturer of medical implants and is a corporation located in the state of Ohio.

1548.    David Rattigan is an Ohio resident and was and is a sales representative for Medtronic. Further, he is affiliated with Bahler Medical, Inc., was involved in many of the transactions involving BMP-2, and was present for the experimental surgeries in which BMP-2 was used.

1549.    West Chester Hospital, LLC is a corporation organized under the laws of Ohio. It provides medical facilities and billing support to physicians, including Dr. Durrani, in the state of Ohio. WCH is owned by UC Health.

1550.    UC Health is a private, non-profit corporation organized under the laws of Ohio. It provides medical facilities, management, administrative, ancillary, and billing support to physicians, and it owns WCH.

1551.    CCHMC is a medical facility in Ohio where Dr. Durrani was an employee until approximately 2008.

### III.    WHAT IS BMP-2/INFUSE?

**1552.**    The full name of BMP-2 is "Recombinant Human Morphogenetic Protein-2" (also called rhBMP-2). The following definitions apply:

a. Recombinant – Artificially created in a lab;

b. Morphogenetic – Evolutionary development of an organism;

c. Protein – Essential for growth and repair of tissue.

1553.    Recombinant human protein (rhBMP-2) is currently available for orthopedic usage in the United States.

1554.    Medtronic manufactured, marketed, sold, and distributed BMP-2 under the trade name "Infuse."

1555.    BMP-2 has been shown to stimulate the production of bone.

1556.    Implantation of BMP-2 in a collagen sponge induces new bone formation and can be used for the treatment of bony defects, delayed union, and non-union.

## BMP-2 AS A BIOLOGIC

1557.    BMP-2 is not a device, but instead it is a biologic. *See* July 2009 American Medical Association Article and 2011 Stanford School of Medicine Article.

1558.    According to the FDA, "[a] 'biological product' means a virus, therapeutic serum, toxin, antitoxin, vaccine, blood, blood component or derivative, allergenic product, or analogous product, or arsphenamine or derivative of arsphenamine (or any other trivalent organic arsenic compound), applicable to the prevention, treatment, or cure of a disease or condition of human beings (Public Health Service Act Sec. 351(i)1." Available at http://www.fda.gov/ICECI/Inspections/IOM/ucm122535.htm.

1559.    BMP-2 is a Bone-Morphogenetic Protein that is used to promote bone creation and remolding and falls under the definition of a biologic. *See* AMA article ("bone forming properties") and Stanford Article. BMP-2 differs from a medical device in that

---

[1] It should be noted that a biologic can also meet the definitions of drug or device.
http://www.fda.gov/ICECI/Inspections/IOM/ucm122535.htm

once implanted, it can only be removed days after surgery. If a patient had a complication due to BMP-2 and did not discover this complication until year after surgery, the patient could not have BMP-2 removed to reduce the complication because BMP-2 is so integrated into the patient's bone.

1560.    A patient has a right to determine what happens to his or her body and the preservation of that right requires that the patient be informed when a bone growth product, that causes irreversible harm, is placed in his or her body.

**WHEN IS IT USED?**

1561.    Recombinant human BMPs are used in orthopedic applications such as spinal fusions, non-unions, and oral surgery.

1562.    The bone graft contains two parts. The first is a solution of human bone growth protein or morphogenetic protein-2. This protein is found in the human body in small dosages and is important for the healing and formation of bones. The protein is genetically engineered to be utilized in the Infuse Bone Graft product, and it is employed for the stimulation of formation and growth in bones.

1563.    The second part of the bone graft is an absorbable collagen sponge.

1564.    Both components of the Infuse Bone Graft structure are used to fill the LT-Cage Lumbar Tapered Fusion Device. This chamber is intended to restore the deteriorated disc space to its original height.

1565.    FDA-approved use for the Infuse Bone Graft product is only for lower back surgery using an anterior lumbar interbody fusion (ALIF), a technique where the operation on the spine is conducted through the abdomen.

1566.    In addition, the Infuse Bone Graft product must be used in conjunction with Medtronic's LT-Cage. Use of BMP-2 without the LT-Cage is considered an "off-label" use.

## CONTRAINDICATIONS OF USE

1567.    The FDA specifically warns against the use of Infuse in the cervical spine, citing reports of "life-threatening complications."

1568.    Any use of Infuse other than in lumbar spine surgeries with the LT-Cage is considered "off-label" use

1569.    Infuse should never be used on the skeletally immature patient, i.e., in patients less than 18 years of age or those with no radiographic evidence of epiphyseal closure.

1570.    Infuse should never be used in the vicinity of a resected or extant tumor.

1571.    Infuse should never be used in those patients known to have active infection at the surgical site.

## RISKS ASSOCIATED WITH OFF-LABEL USE

1572.    When used in an off-label manner, patients may experience problems with pregnancy, including but not limited to: complications in fetal development; allergic reactions to titanium, bovine type I collagen, or bone morphogenetic protein–2; infection; the creation or intensification of tumors; liver or kidney disease; lupus or human immunodeficiency virus (HIV/AIDS); problems with radiation, chemotherapy, or steroids if a patient is malignant; paralysis; bowel and/or bladder dysfunctions; sexual disorders, including sterilization and incompetence; respiratory failure; excessive bleeding, and; death.

## IV.    THE REGULATORY PROCESS

1573.    The Medical Device Amendments (MDA) to the federal Food, Drug, and Cosmetic Act, 21 U.S.C. § 301 et seq., established two separate approval processes for medical devices: Pre–Market Approval (PMA) and Pre–Market Notification.[2]

1574.    The FDA's PMA process is lengthy and involves extensive investigation by the FDA. The PMA application requires manufacturers to submit extensive animal and human data to establish their devices' safety and effectiveness. 21 C.F.R. § 814.20. Frequently, an experimental program under close FDA scrutiny must be successfully completed before FDA approval can be obtained under this process. FDA regulations also require PMA applicants to submit copies of all proposed labeling for the device. 21 C.F.R. § 814.20(b)(10). The FDA approves a PMA application only after extensive review by the agency and an advisory committee composed of outside experts. 21 C.F.R. § 814.40.[3]

1575.    In contrast, the FDA's Pre–Market Notification process is more abbreviated and involves less FDA oversight. This process requires applicants to submit descriptions of their devices and other information necessary for the agency to determine whether the devices are substantially equivalent. Pre–Market Notification applicants must also submit their proposed labeling. 21 C.F.R. § 807.87. If the FDA determines that a device is substantially equivalent to a device that was on the market prior to the enactment of the MDA in 1976, the applicant is free to market the device.

---

[2] *Fender v. Medtronic,* 887 F.Supp. 1326 fn 1 (E.D. Cal.1995).

[3] *Fender v. Medtronic,* 887 F.Supp. 1326 fn 1 (E.D. Cal.1995).

1576.    BMP-2 received PMA (PMA number P000058) for the Infuse/BMP-2 Lumbar

Tapered Fusion Device, which PMA provided for limited use with specific requirements

for its use on individuals. See Medtronic Package Insert.

## SCOPE OF THE PMA AND PRODUCT LABELING

1577.    The PMA for BMP-2 provided that the product may only be used in patients with

the following characteristics:

   d.  Skeletally mature patient, AND

   e.  At levels L2-S1, AND

   f.  Confirmed degenerative disc disease (DDD), AND

   g.  Using only an open anterior or anterior laparoscopic approach, AND[4]

   h.  Six months of non-operative treatment prior to treatment with the device, AND

   i.  In combination with the metallic LT-CAGE.[5]

See Medtronic Package Insert, "INDICATIONS."

1578.    According to Medtronic's package insert for BMP-2/Infuse as well as other

industry literature, the following risks are associated with the use of BMP-2/Infuse:

   A.  Male Sterility

   B.  Cancer

   C.  Increased progression of cancer

   D.  Suffocation of the cervical region

   E.  Bone fracture

---

[4] The anterior interbody fusion approach was developed because the risk of non-union (pseudarthrosis) is significantly higher in posterior approaches. The biggest risk factor for fusion surgery is non-union.
[5] Instrumented fusions involve hardware and are more stable fusions with a shorter recovery time than non-instrumented fusions.

F. Bowel/bladder problems

G. Loss of spinal mobility or function

H. Change in mental status

I. Damage to blood vessels and cardiovascular system compromise

J. Excessive bone mass blocking the ability to treat pain

K. Damage to internal organs and connective tissue

L. Death

M. Respiratory problems

N. Disassembly and migration of components

O. Dural tears

P. Ectopic and exuberant bone formation

Q. Fetal development complications (birth defects)

R. Foreign body (allergic) reaction

S. Gastrointestinal complications

T. Incisional complications

U. Infection

V. Insufflation complications

W. Neurological system compromise

X. Non-union

Y. Delayed union

Z. Mal-union

AA. Change in curvature of spine

BB. Retrograde ejaculation

CC. Scars

DD. Tissue and nerve damage

EE. Itching

FF. Pain

GG. Hematoma

HH. Anaphylactic reaction

II. Elevated erythrocyte sedimentation rate

1579.    Injury Percentages:

j.    Ectopic Bone Growth-63%

k.    Inflammatory Neuritis-15%

l.    Osteolysis/Subsidence-13%

m.    Acute Swelling-7%

n.    Retrograde Ejaculation-2%

o.    85% of time, BMP-2 implanted in off-label use

1580.    Not a single one of these risks in the last two paragraphs were ever explained to a single patient at West Chester by Dr. Durrani.

1581.    BMP-2 was NOT approved by the FDA for use in the cervical and thoracic spine and BMP-2 was NOT safe or approved for use in children less than 21 years of age. These uses are considered "off-label."

**"OFF-LABEL" USE**

1582.    A use of a device is considered "off-label" if it is not approved under the Pre-Market Approval process OR cleared for such use pursuant to 21 U.S.C. § 360c(f) (also known as "the 510k premarket notification process").

1583.   Infuse can be implanted in an off-label manner in three ways:

    p.   Approach/position: Any approach other than an anterior approach;

    q.   Product: Failure to use LT-Cage (or any cage); mixing rhBMP-2 with other grafting products like Allograft or Autograft;

    r.   Discs: Use on multiple levels or on a level outside of L2-S1.

1584.   Dr. Durrani and the Hospitals in which he performed surgeries repeatedly used BMP-2 in these non-FDA-approved manners.

## THE NON-COMPLIANCE WITH THE REGULATORY PROCESS

1585.   The PMA 000058 "Conditions of Approval" specifies the following condition: "Before making any change affecting the safety or effectiveness of the device, submit a PMA supplement for review and approval by the FDA ... [a] PMA supplement or alternate submission shall comply with applicable requirements under 21 C.F.R. 814.39[.]"

1586.   21 C.F.R. 814.39 requires a PMA supplement pursuant to subsection (a)(1) for new indications of use of the device and pursuant to subsection (a)(6) for changes in components.

1587.   The PMA 000058 "Conditions of Approval" notes the post-marketing reporting requirement imposed by 21 C.F.R. 814.84, particularly "Identification of changes described in 21 C.F.R. 814.39(a)." Medtronic did not comply with this requirement relating to the intended uses and componentry.

1588.   The FDA can impose post-approval requirements in the PMA pursuant to 21 C.F.R. 814.82, and this fact results in the device being characterized as "restricted" pursuant to 21 U.S.C. § 360j(e) for purposes of 21 U.S.C. § 352(q). Section 352(q) states

that any restricted device that is distributed or offered for sale with false or misleading advertising is "misbranded."

1589.    "Indications for use" is a necessary part of the PMA application and the "Indications for use" are required to be limited by the application. Any different use is inconsistent with the PMA.

1590.    A device that fails to meet the requirements of the PMA or 21 C.F.R. 814 is "adulterated" as defined by 21 U.S.C. § 351(f).

1591.    21 C.F.R. 801.6 defines a misleading statement related to a DIFFERENT device contained in the label delivered with the device intended to be used will render the device to be used misbranded.

1592.    Medtronic did not apply for a PMA supplement, as required by the FDA generally and PMA 000058 specifically, for the off-label uses, nor did it provide warnings of the risks known about the off-label uses. All named Defendants in these cases knew about the occurrences of off-label use.

1593.    The PMA requires an application prior to marketing for new indicated uses by incorporating the federal requirements and explicitly reciting the text of 21 C.F.R. 814.39 and 814.84 and by specifically stating the range of indicated uses on the PMA.

## V.    **MEDTRONIC**

1594.    In or about 2001, Medtronic began preparing for the launch of two spinal fusion products, PYRAMID and INFUSE (BMP-2), which it projected would enjoy broad application with spinal surgeons and their patients on a nationwide basis.

1595.    Medtronic anticipated that both products would initially be limited in application.

1596.     Motivated by greed and a desire to gain competitive advantage in the marketplace, Medtronic began a course of conduct designed to broaden the application of both products by end-users. The course of conduct involved fraud, false statements, material misrepresentation, and deceit for the purpose of broadening the sales of these products beyond that which the usual acceptance within the scientific community or regulatory approval would otherwise allow.

1597.     On or after July 2, 2002, Medtronic received notification that its Pre-Market Approval application for its BMP-2/Infuse bone graft products had been approved by the FDA. However, such approval was limited to the application of the device from the L4 through S1 levels. Further, the approval mandated the conduct of post-approval studies to evaluate the long-term performance of the BMP-2 bone graft and to study the potential side effects and complications such as the promotion of tumors by the bone morphogenetic protein component of BMP-2. Other studies were conducted as well. See "Allegations against Medtronic in the Unsealed Mississippi False Claims Case."

1598.     Medtronic engaged in a fraudulent course of conduct designed to maximize its revenues from BMP-2, regardless of whether it would eventually be allowed to remain on the market.

1599.     One of the physicians Medtronic co-opted into its fraudulent scheme was a Thomas A. Zdeblick, M.D. Dr. Zdeblick was an orthopedic surgeon whose invention, the LT-Cage, was the only approved device to act as the delivery vehicle for BMP-2 into the body.

1600.    Dr. Zdeblick enjoyed a position within the scientific community as a Key Opinion Leader, and he was both a practicing orthopedic surgeon and professor at the University of Wisconsin.

1601.    In one of Dr. Zdeblick's first attempts to tout his LT-Cage and rhBMP-2, which would become the active ingredient in the ultimate Infuse/BMP-2 product, he encountered some drawbacks to his goal of promoting his and Medtronic's products, which arose from the policy of certain industry journals, including the journal *Spine,* which followed industry standards before printing peer-reviewed material. See article in the journal *Spine,* published in 2000.

1602.    Not only were the drawbacks related to industry publishing standards, but the National Consumer Health Information and Health Promotion Act of 1976 enacted certain provisions at 42 U.S.C. § 300u, et seq., whereby the Federal Government had entered the field of medical research publication. Such standards promulgated by the Secretary of the predecessor to the U.S. Department of Health and Human Services required that applications for grants and contracts must be subject to "appropriate peer review." See 42 U.S.C. § 300u-1.

1603.    The drawbacks encountered with the peer-reviewed *Spine* article were as follows:

    a.    Attribution that the study was "sponsored by Medtronic Sofamor Danek, Inc.;"

    b.    The study was conducted under FDA regulations, and was "…designed as a prospective, multicenter, nonblinded, randomized, and controlled pilot study;" and

    c.    It was accompanied by a cautionary comment, or Point of View, which minimized the exuberance and import of the article.

1604.    In the article, BMP-2 was touted by Zdeblick and the co-authors as the potential realization of a dream of Dr. Marshall Urist, a revered pioneer in the industry and discoverer of BMP, where it closed with the following: "…it is encouraging to note that Marshall Urist's seminal observation made more than 34 years ago may finally come to clinical fruition."

1605.    In the Point of View, a Dr. John O'Brien of London questioned whether there could be long-term problems associated with the product. He treated Zdeblick's study with caution and pointed out that simple plaster of Paris has achieved the same or similar results more than 50 years prior. He posited that, "[p]erhaps vascularization…fixation procedures are as important as the biochemical composition of the 'filler.'"

1606.    Vascularization is achieved through removal of the disc material between two vertebral bodies and then the scraping of the surfaces of the vertebral bodies in a fusion procedure; fixation is the process of securing the motion segment through medical hardware. In other, if the alternative proposed by Dr. O'Brien proved to achieve equivalent or better results, Zdeblick and Medtronic's Infuse/BMP-2 products would be useless and unnecessary.

1607.    Certain efforts would follow in an attempt to alleviate the drawbacks encountered with the 2000 *Spine* journal article.

1608.    In 2002, Dr. Zdeblick was installed as the sole editor-in-chief of a medical journal known prior to his installation as the *Journal of Spinal Disorders*. Prior to his installation, the journal enjoyed a fourteen year history under the co-editorship of Dr. Dan Spangler and Dr. Tom Ducker. Once installed, Dr. Zdeblick successfully supplanted Drs. Dan Spengler and Tom Ducker and became the sole editor-in-chief, a position which would

enable him to have greater control and would aid his participation in the fraudulent scheme.

1609.    During this same time period, Dr. Zdeblick also enjoyed a position on the associate editorial board of the medical journal *Spine*, the leading publication covering all disciplines relating to the spine.

1610.    In one of Dr. Zdeblick's actions as editor-in-chief, he set about re-purposing the journal in a way that would aid him in the furtherance of the fraudulent scheme through the streamlining of the publication process.

1611.    In furtherance of the fraudulent scheme, Dr. Zdeblick re-purposed the journal and renamed it the *Journal of Spinal Disorders and Techniques* (JSDT), announcing that the new journal was "entering a new partnership with *Spine*." As part of this partnership, *Spine* would "continue to function as a broad-based scientific journal" tailored to both clinicians and scientists. However, the *Journal of Spinal Disorders and Techniques* would be directed solely to physicians in clinical practice.

1612.    Dr. Zdeblick's stated goal was "to provide a forum for up-to-date techniques…", and in furtherance of that goal, Dr. Zdeblick announced that his journal would publish Class II or better clinical articles but would "occasionally accept cutting edge articles with less than one year follow-up." To justify this streamlined process, Dr. Zdeblick claimed as his goal the ability of his journal "to keep up with the fast pace of progress in the treatment of spinal patients."

1613.    Arm-in-arm with Medtronic and others, Dr. Zdeblick would in short order abuse his position of trust as the editor-in-chief of JSDT.

1614.    In the October 2002 edition, JSDT published an article entitled, "Anterior Lumbar Interbody Fusion using rhBMP-2 with Tapered Interbody Cages." This article was co-authored by, among others, Curtis A. Dickman, M.D., who was a developer of Medtronic's PYRAMID plate and who has been paid significant sums by Medtronic through royalty agreements, consulting agreements, and education training and speaking agreements.

1615.    In addition to his interest in the PYRAMID plate, Dr. Dickman had assisted Medtronic in the approval process for Infuse/BMP-2. As part of the pre-approval hearing process, Dr. Dickman and his Barrow Neurological Associates Group of Phoenix, Arizona had submitted a letter to the meeting of the FDA's Orthopedics and Rehabilitation Devices Advisory Panel, which met on January 10, 2002. In that letter, Dr. Dickman represented that "approval of BMP would provide a significant advance for patient outcome and satisfaction following spinal fusion."

1616.    In the October 2002 issue of JSDT touting the benefits of Infuse/BMP-2, Zdeblick and others failed to disclose their financial ties to Medtronic, though industry standards require such acknowledgement. Not only did Dr. Zdeblick fail to disclose that he profited from each and every surgery which Infuse/BMP-2 was used through rights in the exclusive delivery vehicle, his LT-Cage, but no reference whatsoever to their financial ties to Medtronic was made either by Dr. Zdeblick or Dr. Dickman.

1617.    For years, the recognized gold standard for spinal bone grafts has been the use of autogenous bone, or bone harvested from the patient's own iliac crest, or hip bone. Medtronic designed to have its Infuse/BMP-2 product supplant autogenous bone as the

gold standard in the medical community, and utilized false statements, a fraudulent enterprise and the support of Federal funds to do so.

1618.   As part and parcel of Medtronic's fraudulent scheme, the October 2002 study was published in Dr. Zdeblick's journal three months after Medtronic received FDA approval for Infuse. As the article shows, it was actually received on March 28, 2002 or after Dr. Zdeblick had accomplished installment as the editor-in-chief, and was accepted by Dr. Zdeblick's journal for publication on July 30, 2002.

1619.   At the same time Dr. Zdeblick's journal was publishing the initial article on Infuse, Dr. Zdeblick was already finalizing and preparing for subsequent publication a follow-up article to tout Infuse potentially as the new gold standard. A second article, co-authored by Dr. Zdeblick and two other co-authors of the original article, was entitled "Is Infuse Bone Graft Superior to Autograft Bone? An Integrated Analysis of Clinical Trials using the LT-Cage Lumbar Tapered Fusion Device."

1620.   This second article was published in Vol. 2 of 2003 and once again, there was no mention of Dr. Zdeblick's financial ties to Medtronic.

1621.   This second article would serve as the second covert advertisement for the Infuse product, and the article states that "the purpose of our analysis was to investigate the potential statistical superiority of Infuse bone graft to autograft…"

1622.   This second article went on to announce the July 2002 FDA approval of rhBMP-2.

1623.   This article included as an "acknowledgment" an expression of gratitude to the physicians "who provided patients for this study and to the clinic research group at Medtronic Sofamor Danek for their help in data collection and statistical analyses."

However, the article still failed to advise the medical community that some or all of the authors reaching these conclusions touted as monumental had direct financial interests tied to those conclusions.

1624.    Rather, the failure to report these clear conflicts of interest on the part of those holding positions of trust both within the medical community and over patients was part of Medtronic's fraudulent enterprise. However, unchecked by appropriate peer review, Medtronic was able to systematically accomplish their goals.

1625.    In its 2003 Annual Report, and without recognizing that Zdeblick was being paid by Medtronic, Medtronic cited to Zdeblick's 2003 as reporting that Infuse "...may become the new gold standard in spinal fusion surgery."

1626.    By its 2006 Annual Report, if not earlier, Medtronic had removed all doubt, declaring that after its introduction in 2002, "Infuse Bone Graft quickly became the gold standard for certain types of lumbar fusion."

1627.    Medtronic's fraudulent scheme was successful and resulted in a revenue stream ranging from 700 to 900 million dollars per year.

1628.    It has been reported that around the same time these stories about Infuse were published, editors at the Spine Journal began receiving complaints from doctors around the country who were pointing out contradictions between papers published by doctors with financial ties to Medtronic and other data involving Infuse complications.' See *Journal Sentinel* article of John Fauber.

1629.    Through the use of these sham consulting, royalty and education/training agreements with its physician agents in this fraudulent enterprise, Medtronic has reaped windfalls in the billions of dollars. Medtronic has used this fraudulent enterprise and civil

conspiracy to drive its vast profits and enhance its market position beyond that which it would have realized without engaging willfully, knowingly and potentially deliberate, conscious, or reckless indifference in the fraudulent enterprise and' fraudulent concealment. See Mississippi case.

1630.  Defendants had full knowledge of all these facts pertaining to Medtronics.

## VI.  FDA PUBLIC HEALTH NOTIFICATION

1631.  On July 1, 2008 the FDA issued a Public Health Notification entitled "Life-Threatening Complications Associated with Recombinant Human Bone Morphogenetic Protein in Cervical Spine Fusion."

1632.  This notification was sent to health care practitioners all across the United States warning of the complications associated with BMP-2, specifically when used in the cervical spine.

1633.  In the notification the FDA stated they received at least 38 reports of complications during the prior four years with the use of BMP-2 in cervical spine fusions.

1634.  The complications were associated with swelling of the neck and throat areas, which resulted in compression of the airway and/or neurological structures in the neck.

1635.  Some reports describe difficulty swallowing, breathing or speaking and severe dysphagia following cervical spine fusion using BMP-2 products had also been reported.

1636.  The notification further stated that, "since the safety and effectiveness of rhBMP for treatment of cervical spine conditions has not been demonstrated, and in light of the serious adverse events described above, FDA recommends that practitioners either use approved alternative treatments or consider enrolling as investigators in approved clinical studies.

1637.    The Notification further emphasized the importance of fully informing patients of these potential risks and said that patients treated with BMP-2 in the cervical spine should know:

    s.    The signs and symptoms of airway complications, including difficulty breathing or swallowing, or swelling of the neck, tongue, mouth, throat and shoulders or upper chest area

    t.    That they need to seek medical attention immediately at the first sign of an airway complication

    u.    That they need to be especially watchful 2-14 days after the procedure when airway complications are more likely to occur

    v.    rhBMP-2 (contained in Infuse Bone Graft) has received pre-market approval for fusion of the lumbar spine in skeletally mature patients with degenerative disc disease at one level from L2-S1 and for healing of acute, open tibial shaft fractures stabilized with an IM nail and treated within 14 days of the initial injury

1638.    Additionally, BMP is not approved in any manner for use in patients who are skeletally immature (<18 years of age) or pregnant.

1639.    Dr. Durrani and the Hospitals ignored ALL of these warnings and used BMP-2 in cervical spine surgeries, children, and those with known compromising factors such as osteoporosis, smoking, and diabetes.

1640.    Furthermore, the Notification stated that the FDA requires hospitals and other user facilities to report deaths and serious injuries associated with the use of medical devices.

1641.    The Hospitals that allowed Dr. Durrani to use BMP-2 in their facilities failed to report any complications resulting from his use of BMP-2.

## VII.    SENATE FINANCE COMMITTEE REPORT

1642.    Medtronic's actions did not go unnoticed, and in June of 2011 the Senate Finance Committee began an investigation into the fraudulent actions of Medtronic.

1643.    Medtronic produced more than 5,000 documents pertaining to 13 different studies of BMP-2 for the investigation.

1644.    On October 25, 2012, Senate Finance Committee Chairman Max Baucus (D-Mont.) and senior member Chuck Grassley (R-Iowa) released the results of their 16-month investigation into Medtronic, which revealed questionable ties between the medical technology company and the physician consultants tasked with testing and reviewing Medtronic products.

1645.    The investigation revealed that Medtronic employees collaborated with physician authors to edit and write segments of published studies on BMP-2/Infuse without publicly disclosing this collaboration.

1646.    These fraudulently-produced studies may have inaccurately represented BMP-2's risks and may have placed added weight on the side effects of alternative treatments.

1647.    The Senate investigation further found that Medtronic also maintained significant, previously undisclosed financial ties with physicians who authored studies about BMP-2, making $210 million in payments to physicians over a 15-year period.

1648.    Senator Baucus stated, "Medtronic's actions violate the trust patients have in their medical care. Medical journal articles should convey an accurate picture of the risks and benefits of drugs and medical devices, but patients are at serious risk when companies

distort the facts the way Medtronic has. Patients everywhere will be better served by a more open, honest system without this kind of collusion."

1649.     Senator Grassley stated, "The findings also should prompt medical journals to take a very proactive approach to accounting for the content of the articles along with the authorship of the articles and the studies they feature. These publications are prestigious and influential, and their standing rests on rigorous science and objectivity. It's in the interest of these journals to take action, and the public will benefit from more transparency and accountability on their part."

1650.     Major findings of the investigation include:

    a.  Medtronic was involved in drafting, editing and shaping the content of medical journal articles authored by its physician consultants who received significant amounts of money through royalties and consulting fees from Medtronic. The company's role in authoring or substantially editing these articles was not disclosed in the published articles. Medical journals should ensure that any industry role in drafting articles or contributions to authors is fully disclosed.

    b.  Medtronic paid a total of approximately $210 million to physician authors of Medtronic-sponsored studies from November 1996 through December 2010 for consulting, royalty and other arrangements.

    c.  An e-mail exchange shows that a Medtronic employee recommended against publishing a complete list of adverse events, or side effects, possibly associated with BMP-2/Infuse in a 2005 *Journal of Bone and Joint Surgery* article.

d. Medtronic officials inserted language into studies that promoted BMP-2 as a better technique than an alternative by emphasizing the pain associated with the alternative.

e. Documents indicate that Medtronic prepared one expert's remarks to the FDA advisory panel meeting prior to BMP-2 being approved. At the time, the expert was a private physician but was later hired to be a vice president at Medtronic in 2007.

f. Medtronic documents show the company successfully attempted to adopt weaker safety rules for a clinical trial studying BMP-2 in the cervical spine that would have allowed the company to continue the trial in the event that patients experienced severe swelling in the neck.

## VIII. YODA STUDY

1651. In response to the various controversies surrounding BMP-2/Infuse, including a June 2011 article in the journal *Spine,* the Yale University Open Data Access (YODA) team reached an agreement for Medtronic to provide full individual participant data from all their trials of rhBMP-2 and allow unrestricted independent re-analysis of this data.

1652. The YODA study involved research teams at two universities – the University of York and the Oregon Health and Science University.

1653. The review focused exclusively on the use of rhBMP-2 in patients undergoing spinal fusion surgery for treatment of degenerative disc disease, spondylolisthesis, or any other relevant spinal condition.

1654.     The three main objectives of the study were: 1) to examine the potential benefits of BMP-2, 2) to examine the potential harms of BMP-2, and 3) to assess the reliability of the published evidence base.

1655.     Medtronic submitted data from 17 studies, including 12 randomized controlled trials (RCTs).

1656.     In total, the YODA study analyzed the data from 1,409 participants.

1657.     Though the results showed moderate success with fusions as a result of BMP-2, the study found that BMP-2 results in several different complications including: arthritis, implant-related events, retrograde ejaculation, wound complications, and neurological, urogenital, and vascular events.

1658.     In regard to the alleged tampering with the peer-reviewed studies by Medtronic, the YODA study found that only two out of twenty peer-reviewed journal publications reported a comprehensive list of all adverse events that occurred during the studies.

1659.     Furthermore, the way in which adverse event data was presented in the literature was inconsistent, and the rationale for presenting some adverse events but not others was rarely clear.

1660.     The study concluded that for the period up to 24 months after surgery, treatment with BMP-2 increases the probability of successful fusion (according to Medtronic definitions and reports, which the study noted "were subjective so it is not possible to confirm whether reported successful fusions truly were successful" see YODA Study, p. 35) but this does not translate to clinically meaningful benefits in pain reduction, function, or quality of life. The small benefits in these outcomes observed from six

months onward come at the expense of more pain in the immediate post-operative period and a possible increased risk of cancer.

1661.   Even more relevant to the case against Dr. Durrani and the Hospitals is the YODA study's conclusion that, "[i]t is very important that these findings are expressed clearly and discussed with patients so that they can make informed choices about the type of surgery they would prefer." *Id.*

1662.   The University of Oregon Study determined that Infuse/BMP-2 is not better than Autograft, while the University of York study determined that Infuse/BMP-2 offers only a slight and not statistically significant advantage over Autograft.

1663.   The YODA study concluded that Medtronic "misrepresented the effectiveness and harms through selective reporting, duplicate publication, and underreporting."

1664.   Adverse event categories such as heterotopic bone formation, osteolysis, and radiculitis were not included in participant databases or internal reports; therefore, the safety profile was not fully assessed.

1665.   The YODA study further concluded that Medtronic was involved in drafting, editing, and shaping the content of medical journal articles on Infuse/BMP-2 authored by its physician consultants who received significant amounts of money through royalties and consulting fees from Medtronic. The company's significant role in authoring or substantively editing these articles was not disclosed in the published articles.

1666.   Medtronic paid a total of approximately $210 million to the physician authors of Medtronic-sponsored studies on Infuse from November 1996 through 2010 for consulting, royalty and other arrangements.

1667. An email exchange showed that a Medtronic employee recommended against publishing a complete list of adverse events or side effects possibly associated with Infuse in a 2005 *Journal of Bone and Joint Surgery* article.

1668. Medtronic officials inserted language into studies that promoted Infuse as a better technique than an alternative procedure by overemphasizing the pain associated with the alternative procedure.

1669. Medtronic's actions violated the trust patients have in their medical care. Medical journal articles should convey an accurate picture of the risks and benefits of drugs and medical devices, but patients are at serious risk when companies distort the facts the way Medtronic has. See United States Senate Committee on Finance, October 2012.

1670. Infuse was intended for a single level anterior lumbar interbody fusion performed with all three components in a specific spinal region. The three components are a tapered metallic spinal fusion cage (NOT PLASTIC), a recombinant human (BMP) bone Morphogenetic Protein, and a carrier/scaffold for the BMP and resulting bone. The Infuse product is inserted into the LT-CAGE Lumbar tapered Fusion Device component to form the complete Infuse Bone Graft/LT–Cage Lumbar Tapered Fusion Device. These components must be used as a system. The Infuse Bone Graft component must not be uses without the LT-Cage Lumbar Tapered Fusion Device component.

1671. BMP-2 is not supposed to be used in minors.

1672. BMP-2 is not supposed to be used with smokers and diabetics because of vascular slowing.

1673. BMP-2 should not be used with women in child bearing years.

1674.     BMP-2 is contraindicated for patients with a known hypersensitivity to rhBMP-2 and should not be used in the vicinity of a resected or extant tumor, in patients with active malignancy, or in patients undergoing treatment for a malignancy.

## IX.     DR. DURRANI AND BMP-2

1675.     Despite all of these warning signs, Dr. Durrani, with the full knowledge of the Defendants, continued to use BMP-2 in ways not approved by the FDA, or in an "off-label" manner.

1676.     As early as 2007, Dr. Durrani and UC Health knew there were issues with BMP-2 because insurance companies such as Anthem were refusing to pay for BMP-2.

1677.     Medtronic provided in writing to Dr. Durrani and CAST the approved uses for Infuse/BMP-2.

1678.     However, Dr. Durrani and the Defendants continued to use BMP-2 in off-label ways, including but not limited to:

    a.  Using BMP-2/Infuse in children, despite Medtronic specifically requiring it be used only in "skeletally mature patients;"

    b.  Using it outside the L2-S1 level of the spine;

    c.  Ignoring the requirement that BMP-2/Infuse only be used for Grade 1 spondylolisthesis or Grade 1 retrolisthesis;

    d.  Not requiring at least six months of non-operative treatment prior to the use of BMP-2/Infuse;

    e.  Using BMP-2/Infuse without the required cage;

    f.  Not using the "carrier scaffold" in conjunction with BMP-2/Infuse as required;

g. Using BMP-2/Infuse without proper training despite Medtronic's warning, "Caution: Federal (USA) law restricts this device to sale by or on the order of a physician with appropriate training or experience."

1679. Dr. Durrani was a paid consultant for Medtronic.

1680. According to Dr. Durrani's own deposition testimony in several cases, Medtronic required one of their representatives to be present in the operating room when its product BMP-2/Infuse is used.

1681. Because Medtronic representatives were present in these surgeries, Medtronic knew when Dr. Durrani used BMP-2/Infuse outside the approved uses according to Medtronic's own guidelines.

1682. Dr. Durrani was encouraged by Medtronic to obtain peer review and published studies from Medtronic sales representatives to support his use of BMP-2/Infuse.

1683. Dr. Durrani was encouraged by Medtronic to be an advocate for his patients and describe how BMP-2/Infuse technology can benefit them.

1684. When asked how he got his Medtronic grant, Dr. Durrani responded, "You apply to the Medtronic's corporate and say this is what we want to do, like everybody else in the country applies, and then they come and evaluate the thing and say, "Okay, we think it's worthy. We'll give you the grant."

1685. In regard to his role as a Medtronic consultant, Dr. Durrani stated, "If there are certain products that they help us in developing, then they will come to us for a certain consultant role for a certain product development."

1686. Dr. Durrani also stated, "I was involved in the development of the minimally invasive spine instrumentation."

1687. Dr. Durrani gave conflicting reports on his financial relationship with Medtronic.

1688. In a deposition, when asked when his relationship with Medtronic began, Dr. Durrani responded "2000-it's 2003, '04. Something in that category. I'm not sure. It's on the Medtronic website. You can go look at it."

1689. Medtronic's website has no information regarding their relationship with Dr. Durrani.

1690. In another deposition, Dr. Durrani stated he began his relationship with Medtronic in "2005 or '06."

1691. Dr. Durrani also gave conflicting reports on how much compensation he received from Medtronic for his consultation services.

1692. In one deposition, Dr. Durrani stated in response to an inquiry as to how much payment he received, "It's a standard compensation. Again, it's on the website, how much they've paid us."

1693. Again, this information is not available on the Medtronic website.

1694. In another deposition, when asked if he received income from Medtronic, Dr. Durrani replied, "No, I don't."

1695. When questioned further if he received a fee as a consultant, he stated, "If you do a work, there is a contractual obligation that they have to pay you. As I told you in my last deposition, they did declare it on their website, so you can actually go on the website and see how much they paid."

1696. In another deposition, Dr. Durrani stated that he received, "less than $10,000 in ten years" from Medtronic.

1697.    An email dated July 30, 2008 from Medtronic Senior Product Manager Katie Stamps to Dr. Durrani states that she "is in the process of working on the renewal of your [Dr. Durrani's] consulting agreement." As stated, this information is not available on Medtronic's website, nor is any information relating to Dr. Durrani's role as a consultant for Medtronic.

1698.    A CCHMC packet relating to its Orthopedics department indicated that Dr. Durrani received $60,000 in grants, contracts, or industry agreements from Medtronic Sofamor Danek in FY 2008.

1699.    Financial information discovered concerning Dr. Durrani's relationship with Medtronic was found in Dr. Durrani's biography on the website for the Orthopaedic & Spine Institute, which Dr. Durrani currently operates in Pakistan. The biography states that "Dr. Atiq Dr. Durrani has also received the Clinical Spine Fellowship Grant by the Department of Orthopaedic Surgery which was funded by Medtronic Sofamor Danek with a budget of $59,170 per year." See http://www.osi.com.pk/doctor/dr-atiq-Dr. Durrani-md/.

1700.    When a request was made to Medtronic regarding its affiliation with Dr. Durrani, the Medtronic Supplier Relations Team stated that Dr. Durrani's "name [is] not listed in our system."

1701.    Medtronic further responded to the Deters Law Firm's request that the firm would need a "Vendor I.D. Number," which neither Medtronic nor any other party has provided.

1702.    David Rattigan, Dr. Durrani's main Medtronic representative from Bahler Medical, is actively fighting a subpoena to a give a deposition in these cases.

1703.    David Rattigan and Medtronic have the same lawyer. Despite the Deters Law Firm's willingness to cooperate in scheduling the date for a deposition, they have refused until recently. Mr. Rattigan's deposition is currently scheduled for the month of June, 2015.

1704.    In summary, clients of the Deters Law Firm, with the full knowledge and intentional consent of all Defendants, became unsuspecting experiments for real world testing of Medtronic hardware and BMP-2, by and through Dr. Durrani and CAST, who had secret financial connections to Medtronic, improper motives, and submitted false claims. The government paid for many of these improper and unregulated experiments as a result of the false claims made by Dr. Durrani, with the knowledge of Medtronic, under the veil of "medically necessary" surgeries.

1705.    Despite repeated requests, Medtronic has refused to cooperate in providing any requested information and is actively downplaying their connections to Dr. Durrani.

## X.    THE DEFENDANTS AND BMP-2

1706.    The Defendants allowed and encouraged these practices by Dr. Durrani for the sole purpose of money and greed.

1707.    David Rattigan was always present in Dr. Durrani's operating rooms as a representative of Medtronic.

1708.    David Rattigan's sole job was to deliver the BMP-2/Infuse to the Hospitals and make sure that it was inserted correctly into the patient.

1709.    David Rattigan's presence in the OR further supports the Defendants awareness of Dr. Durrani's fraudulent use of BMP-2/Infuse.

1710.    UC Health Stored BMP-2 at UC Health Business Center warehouse located in

Hamilton County.

1711. Dennis Robb, the Senior Vice President of Operations and Chief Supply Officer for UC Health[6] spends $369 million annually and 73% of his budget on contracting[7].

1712. Robb was intimately familiar with BMP-2/Infuse and was in charge of acquiring the product for UC Health, which would then keep an inventory of BMP-2/Infuse and supply and distribute it to the Hospitals out of the warehouse as needed.

1713. Robb would place an order with Medtronic, Medtronic would deliver BMP-2/Infuse to the UC Health Business Center warehouse, and Robb would do a three-way match based on what he ordered, what Medtronic delivered, and the price quoted by Medtronic.

1714. The BMP-2/Infuse would be distributed to West Chester from the UC Health Business Center warehouse almost on a daily basis (five to six times a week) based on the inventory demand.

1715. UC Health clearly was involved in placing BMP-2/Infuse into the stream of commerce by storing, supplying, and distributing BMP-2/Infuse to its hospitals as needed for surgeries.

1716. Despite this awareness, the Defendants NEVER obtained its patients' informed consent regarding the experimental and fraudulent use of BMP-2/Infuse.

1717. The **WCH Policy and Procedure Manual** states, in part:

> **Risk Management: Acknowledgment of Informed Consent. Policy:**
>
> No examination or treatment may commence without the consent of the patient or the patient's legally authorized representative.

---

[6] Robb Deposition Page 8, Brenda Shell Case
[7] Robb Deposition Page 10

The principle of informed consent is based on the individual's right to privacy and self-determination, which includes the right to make informed, reasoned decisions concerning one's physical and mental well-being.

It is the responsibility of the treating physician to obtain informed consent.

A nurse may witness the signature of the patient on the Acknowledgment of Informed Consent form if the patient verbalizes an understanding of the procedure, risks, benefits, and alternatives, as explained by the physician.

Informed Consent for surgical or medical procedure and sedation:

a. It is the responsibility of the attending physician to obtain informed consent prior to the procedure. The patient, or his/her representative, will be advised by his/her physician of:

b. The explanation of the procedure

c. The benefits of the procedure

d. The potential problems that might occur during recuperation

e. The risks and side effects of the procedure which could include but are not limited to severe blood loss, infection, stroke or death.

f. The benefits, risks and side effect of alternative procedures including the consequences of declining this procedure or any alternative procedures.

g. The likelihood of achieving satisfactory results

The patient's consent must be documented for:

    a. Surgical procedures and invasive procedures
    b. Medical regimens of substantial risk, or that are the subject of human investigations or research must be in writing, and signed and dated by the patient or his/her authorized representative.

1718. **WCH/UC Health Policy #ADM.02**, states in part:

a. No examination or treatment may consent without the consent of the patient or the patient's legally authorized representative.

b. The principle of informed consent is based on the individual's right to privacy and self-determination which includes the right to make informed, reasoned decisions concerning one's physical and mental well-being.

    c.  It is the responsibility of the treating physician to obtain informed consent.

**Informed Consent for Surgical or Medical Procedure and Sedation:**

It is the responsibly of the attending physician to obtain informed consent prior to the procedure. The patient, or his/her representative, will be advised by his/her physician of:

    a.  The explanation of the procedure

    b.  The benefits of the procedure

    c.  The potential problems that might occur during recuperation

    d.  The risks and side effects of the procedure which could include but are not limited to severe blood loss, infection, stroke or death.

    e.  The benefits, risks and side effect of alternative procedures including the consequences of declining this procedure or any alternative procedures.

    f.  The likelihood of achieving satisfactory results

Completion of the "Consent to Hospital and Medical Treatment" form to examine and treat is NOT sufficient as consent to perform a surgical procedure, invasive procedure, or for medical regimens of substantial risk or that are the subject of human investigation or research.

1719.    WCH requires its own written consent because it knows its responsibility. It cannot require its own written consent and then "wash its hands" of the responsibility.

1720.    The Defendants had the responsibility to carry out these consent rules.

1721.    Dr. Durrani oftentimes used BMP-2 and/or Puregen "off-label" when performing surgeries.

1722.    BMP-2 is manufactured, marketed, sold and distributed by Medtronic under the trade name "Infuse."

1723.    Dr. Durrani is a consultant for Medtronic.

1724.    Defendants did not inform Plaintiff of Durrani's financial interest, conflicts of interest or consulting arrangement with Medtronic.

1725.    Medtronic, provided in writing to Dr. Durrani and CAST the approved uses for BMP-2, the substance also referred to as Infuse, which is a bone morphogenic protein, used as an artificial substitute for bone grafting in spine surgeries.

1726.    BMP-2 is not approved by the Food and Drug Administration for use in the thoracic spine.

1727.    BMP-2 is neither safe nor approved for use on children less than twenty one (21) years of age.

1728.    For use in spinal surgery, BMP-2/Infuse is approved by the FDA for a limited procedure, performed on a limited area of the spine, using specific components. Specifically, the FDA approved Infuse for one procedure of the spine: Anterior Lumbar Interbody Fusion ("ALIF" or "Anterior" approach); and only in one area of the spine: L4 to S1; and only when used in conjunction with FDA-Approved Components: LT-CAGE Lumbar Tapered Fusion Device Component ("LT-CAGE")

1729.    Use of Infuse in cervical or thoracic surgery, or use through the back (posterior), or side (lateral), or on areas of the spine outside of the L4-S1 region (e.g., the cervical spine), or using components other than or in addition to the LT-CAGE is not approved by the FDA, and thus such procedures and/or use of non-FDA approved componentry is termed "off-label."

1730.    When used off-label, Infuse frequently causes excessive or uncontrolled (also referred to as "ectopic" or "exuberant") bone growth on or around the spinal cord. When

nerves are compressed by such excessive bone growth, a patient can experience, among other adverse events, intractable pain, paralysis, spasms, and cramps in limbs.

1731.    The product packaging for BMP-2/Infuse indicates it causes an increased risk of cancer four (4) times greater than other bone graft alternatives.

1732.    Dr. Durrani, CAST staff and employees, and West Chester/UC Health personnel did not disclose to Plaintiff their intent to use BMP-2/Infuse, and further, did not disclose their intent to use BMP-2/Infuse in a way not approved by the FDA.

1733.    Dr. Durrani used BMP-2 in Plaintiff in a manner not approved by Medtronic or the FDA.

1734.    Plaintiff was not informed by Defendants that Dr. Durrani used Infuse/BMP-2 in her surgeries.

1735.    Plaintiff would not have allowed BMP-2 to be used by Dr. Durrani in her surgeries in a manner that was not approved by the FDA or Medtronic, Infuse/BMP-2's manufacturer.

1736.    Plaintiff would not have consented to the use of BMP-2 in her body if informed of the risks by Dr. Durrani, CAST staff and employees, or any West Chester/UC Health personnel.

1737.    The written informed consent of Dr. Durrani and CAST signed by Plaintiff lacked the disclosure of Infuse/BMP-2's use in her procedures.

1738.    Plaintiff never received a verbal disclosure of Infuse/BMP-2 from Dr. Durrani, CAST staff and employees, or any West Chester/UC Health personnel.

1739.    Medtronic specifically required Infuse/BMP-2 only be used in "skeletally mature patients" with degenerative disc disease.

1740.     Medtronic required at least six (6) months of non-operative treatment prior to use of Infuse/BMP-2.

1741.     Dr. Durrani regularly used Infuse/BMP-2 without this six (6) month non-operative treatment.

1742.     Medtronic required BMP-2 always be used in conjunction with a metal LT cage.

1743.     Dr. Durrani regularly used BMP-2 without a proper LT cage in his surgeries.

### PUREGEN NARRATIVE

1744.     Although Barbara Hensley did not have Puregen. Plaintiff is providing a Puregen narrative to reflect and relate the overall negligence in the operation of West Chester Hospital.

## PUREGEN BACKGROUND

1745.     PureGen Osteoprogenitor Cell Allograft (PureGen) is a highly concentrated, pure population of Early Lineage Adult (ELA) stem cells that originates in bone marrow and is collected from live, healthy donors.

1746.     PureGen is harvested from living human beings under the Stem Cell Collection Program administered by the Food and Drug Administration (FDA) and is defined as both a "biologic" by 42 U.S.C. 351(i) and a "drug" as defined by U.S.C. 321(g).

1747.     PureGen's purpose was to facilitate bone fusion by mimicking the regenerative environment of youthful tissues by increasing the concentration of stem cells available to repair tissue and build bone.

1748.     When used off-label, as Dr. Durrani often did, biologic bone allograft frequently causes excessive or uncontrolled (also referred to as "ectopic" or "exuberant") bone growth on or around the spinal cord.

1749.   When nerves are compressed by such excessive bone growth, a patient can experience, among other adverse events, intractable pain, paralysis, spasms, and cramps in limbs.

1750.   Alphatec Spine, Inc. is a corporation under the laws of California, and jointly developed and distributed PureGen in the State of Ohio.

1751.   Alphatec Holdings, Inc. is a holding corporation formed under the laws of Delaware with no operations separate from the holding of other companies which owns Alphatec Spine, Inc.

1752.   Dirk Kuyper was President and CEO of Alphatec Holdings, Inc. from February 2007 to August 2012.

1753.   Parcell Laboratories, LLC is organized under the laws of Delaware and jointly developed Puregen.

1754.   Alphatec and Parcell co-developed the product "PureGen", and both expected PureGen would be initially limited in application.

1755.   PureGen is produced and distributed by Alphatec Spine, LLC, a division of Alphatec Holdings.

1756.   PureGen was entered into 3 clinical trials by Alphatec on or around February 9, 2011 which were scheduled to last until September of 2013.

1757.   The study population were 50 male/female subjects 18 years and older suffering from symptoms of cervical degenerative disc disease in one to four contiguous levels between C3 and T1.

1758.   The clinical trial required:

   a.   Inclusion

    i.   Age over 50

    ii.   Side-by-side use of Puregen and Autologous bone in the same patient for radiographic comparison

    iii.   Symptomatic lumbar degenerative disc disease in up to 2 contiguous levels between L1 and S1

    iv.   Subjects with back and/or leg paint indicated for posterior stabilization with or without decompression at any level and posteriolateral fusion

    v.   Unresponsive to conservative treatment for at least 6 months

    vi.   Radiographic evidence of primary diagnosis

b.  Exclusion:

    vii.   No healthy volunteers permitted

    viii.   More than two levels requiring posteriolateral fusion (PLF)

    ix.   Spondyliosis greater than Grade 1

    x.   Prior failed fusion surgery at lumbar level(s)

    xi.   Systemic or local infection in the disc or cervical spine, past or present

    xii.   Active systemic disease

    xiii.   Osteoporosis, Osteomalacia, or other metabolic bone disease that would significantly inhibit bone healing

    xiv.   Use of other bone graft, Bone Morphogenic Protein (BMP), or bone graft substitutes in addition to or in place of those products specified

    xv.   BMI greater than 40

    xvi.   Use of post-operative spinal cord stimulator

    xvii.   Known or suspected history of alcohol and/or drug abuse

xviii.  Involved in pending litigation or worker's compensation related to the spine

xix.  Pregnant or planning to become pregnant during the course of the study

xx.  Insulin-dependent diabetes mellitus

xxi.  Life expectancy less than duration of study

xxii.  Any significant psychological disturbance that could impair consent process or ability to complete self-assessment questionnaires

xxiii.  Undergoing chemotherapy or radiation treatment, or chronic use of oral or injected steroids or prolonged use of non-steroidal anti-inflammatory drugs

xxiv.  Known history of hypersensitivity or anaphylactic reaction to dimenthyl sulfoxide (DMSO).

1759.  All 3 clinical trials were "Terminated" before any results were produced.

1760.  Alphatec and Parcell saw this limited approval for clinical trials as an opportunity to market PureGen without premarket approval, 510K clearance, an exception to the Food Drug and Cosmetic Act, meeting the humanitarian device exception, investigational new drug (IND) application, or other permission to market PureGen, all in violation of the Food Drug and Cosmetic Act.

1761.  Alphatec and Parcell began a course of conduct designed to expand the application of PureGen by end users in excess of the approved clinical trial of PureGen. This course of conduct utilized fraud, false statements, material misrepresentation, and deceit in order to broaden the sales of PureGen beyond that which the usual acceptance within the scientific community or regulatory approval would otherwise allow.

1762. The Food and Drug Administration (FDA) conducted an inspection of Parcell Laboratories between February 9-14, 2011.

1763. After the inspection, the FDA responded quickly to the unlicensed marketing of the device PureGen by warning that PureGen was not the subject of an IND application nor a valid biologics license with a letter dated June 23, 2011.

1764. The letter stated that the cells used in the production of PureGen were human cells, tissues, or cellular and tissue-based products (HCT/Ps) as defined in 21 CFR 1271.3(d).

1765. Based on this analysis, the FDA determined that PureGen was a drug and biological product as defined in the Federal Food, Drug and Cosmetic Act.

1766. According to the Public Health Service Act, a valid biologics license is also required to introduce a biologics device to the market.

1767. Alphatec Spine did not acquire a valid biologics license to enter a biologics product into interstate commerce, in violation of 21 U.S.C. 355(a); 42 U.S.C. 262(a).

1768. The FDA stated that PureGen, "does not meet all of the criteria in 21 CFR 1271.10(a) and therefore is not regulated solely under section 361 of the Public Health Service Act and the regulations in 21 CFR Part 1271. Specifically, the product does not meet the criterion in 21 CFR 1271.10(a)(4)(ii)(b) because the product is dependent on the metabolic activity of living cells for its primary function."

1769. As a result, a valid biologics license was required, which was never obtained by Alphatec or Parcell labs in regards to PureGen. Defendants knew all this.

1770.    Given this lack of a valid biologics license, the FDA determined that the marketing of PureGen violated both the Federal Food, Drug and Cosmetic Act and the Public Health Service Act.

1771.    In a statement to the press approximately a week after receiving the FDA Letter, Alphatec President Dirk Kuyper stated, "Both Alphatec Spine and Parcell Laboratories are fully committed to work closely and collaboratively with the FDA to address the questions related to the PureGen Product. We look forward to discussing the PureGen product with the FDA and sharing our clinical outcomes to date." See article "Alphatec comments on FDA's letter regarding PureGen product for spinal fusion procedures", Spinal News International, July 28, 2011, attached as Exhibit E.

1772.    No such cooperation by Alphatec and Parcell labs occurred and no clinical outcomes were shared with the FDA as all clinical trials of PureGen were "Terminated" and no data was released as to the findings.

1773.    In fact, Alphatec and Parcell responded to this letter by continuing to market PureGen in an unlicensed manner until Alphatec finally acknowledged the letter in or around February 2013, almost two years after receiving the letter, by stating it disagrees with the FDA's classification of PureGen as anything other than a tissue product – despite the clinical trial approval listing PureGen as "Biological: PureGen Osteoprogenitor Cell Allograft".

1774.    Furthermore, according to sales representative, Thomas Blank, Alphatec falsely informed distributors of PureGen that they "resolved" the issues addressed in the FDA letter, did not have to take PureGen off the market and it was "ok" for their distributors to continue marketing and selling PureGen.

1775.    Despite the approval for the clinical trial of PureGen which limited enrollment to 50 patients, Alphatec advertised in its 2012 Annual Report that PureGen had been implanted in over 3,500 patients.

1776.    PureGen further stated that it had been placed in these 3,500 patients with "no adverse events related to the product", despite no study, statistics or information to back up such a claim.

1777.    This 2012 annual report also identified PureGen as a biologic.

1778.    In the First Quarter of 2011, Alphatec Spine attributed part of its 40.9% increase in revenue to the PureGen product. See Becker's Spine Review, <u>Alphatec Spine Reports $49.7M in Q1 Revenue</u>, 40.9% Increase, May 5, 2011, attached as exhibit H.

1779.    Eventually, after PureGen had been unlawfully implanted in thousands of patients, Alphatec and Parcell conceded that PureGen is a tissue product and a biologic and stopped shipping PureGen in February of 2013.

**PUREGEN AND OHIO LAW**

1780.    It is the position of the Deters Law Firm that the distribution and use of PureGen by Dr. Durrani, Evolution Medical, Alphatec Spine, Inc., and West Chester/UC Health by Defendants is in violation not only of Federal Law as outlined in the FDA's letter, but Ohio State Law as well.

1781.    Ohio Revised Code 3715.65(A) states that "No person shall sell, deliver, offer for sale, hold for sale, or give away any new drug unless an application with respect to the drug has become effective under section 505 of the Federal Food, Drug and Cosmetic Act, 52 Stat. 1040 (1938), 21 U.S.C.A. 301". Defendants violated this provision.

1782.    A "New Drug" is defined as "Any drug the composition of which is not generally recognized among experts by scientific training and experience to evaluate the safety of drugs, as safe for use under the conditions prescribed, recommended, or suggested in the labeling thereof." Ohio Revised Code 3715.01(9)(a).

1783.    PureGen's status as a Biologic further supports the classification of a drug under the FDA and Ohio Law: "A "biological product" means a virus, therapeutic serum, toxin, antitoxin, vaccine, blood, blood component or derivative, allergenic product, or analogous product, or arsphenamine or derivative of arsphenamine (or any other trivalent organic arsenic compound), applicable to the prevention, treatment, or cure of a disease or condition of human beings (Public Health Service Act Sec. 351(i)). Additional interpretation of the statutory language is found in 21 CFR 600.3. Biological products also meet the definition of either a drug or device under Sections 201(g) and (h) of the Federal Food, Drug, and Cosmetic Act (FD&C Act)." See http://www.fda.gov/ICECI/Inspections/IOM/ucm122535.htm.

1784.    It is the position of the Deters Law Firm that PureGen is a drug as defined in ORC 3715.01 and that its distribution before FDA approval was in violation of ORC 3715.65(A). The Defendants with full knowledge and intent violated this statute.

## PUREGEN AT THE HOSPITALS

1785.    On October 10, 2011, UC Health began purchasing PureGen from Alphatec. Thomas Blank was an employee of Innovative Medical Consultants, LLC and a sales representative, seller, marketer, and distributer of PureGen for the Northern Kentucky/Cincinnati area.

1786.   In his professional capacity, Thomas Blank was present during most, if not all, of the surgeries at issue where PureGen was secretly implanted into various Plaintiffs without informed consent or permission.

1787.   Thomas Blank worked directly with Alphatec Spine, Inc. and Defendants in the marketing and distribution of PureGen.

1788.   Additionally, Thomas Blank is a shareholder in Alphatec Spine, Inc.

1789.   On May 10, 2012 Evolution Medical, LLC, a physician owned distributorship (POD), owned in part (at least 40%) by Dr. Durrani and incorporated in Delaware, received a Kentucky Certificate of Authority.

1790.   Around this time, Thomas Blank began to work with Evolution Medical in the marketing and distribution of PureGen, in addition to his dealing with Alphatec Spine, Inc.

1791.   On July 20, 2012, UC Health with the full knowledge and consent of Defendants began purchasing PureGen from Evolution Medical, LLC.

1792.   The purchase of PureGen, the logistics of the billing, the bills of lading, the receiving and handling of PureGen for West Chester Hospital was handled by UC Health Purchasing.

1793.   The Defendants tracked West Chester/UC Health's purchases of PureGen from Evolution medical.

1794.   Specifically, Thomas Blank would provide the materials from Alphatec related to the use and approval of PureGen to Dwayne Brown on behalf of UC Health, who would request PureGen based on the amounts requested by Dr. Durrani and other doctors who used the product.

1795.   After the UC Health reps approved the use of PureGen, Thomas Blank and his associate Toby Wilcox would order the product, typically in bulk, and draft the requisite billing documents.

1796.   The PureGen ordered would be stored on site at WCH in the freezer of the operating rooms.

1797.   In addition to Dr. Durrani, other doctors at WCH used PureGen, including Dr. Chunduri, Dr. Curt and Dr. Shanti.

1798.   Defendants would purchase and allow these doctors to use a substance not approved by the FDA in patients without their informed consent.

1799.   Though WCH and UC Health do have patients fill out "informed consent" forms, no mention of PureGen or its non-FDA approved status is mentioned on these forms.

## DR. DURRANI AND PUREGEN

1800.   In one of the few depositions taken of Dr. Durrani before his flight from the country he stated that PureGen is "essentially stem cells" and that he "used to use [PureGen] for a certain amount of time." Deposition of Dr. Durrani in *Brenda Shell v. Durrani*, p. 25-26, attached as Exhibit N.

1801.   This "certain amount of time" was approximately 3 years between 2010 and 2013, all while PureGen remained unapproved by the FDA.

1802.   Though downplaying his involvement with PureGen, Dr. Durrani, through his illegal POD Evolution Medical, distributed PureGen to West Chester/UC Health with the full knowledge and consent of Defendants.

1803.   Dr. Durrani and his Evolution Medical co-owner Toby Wilcox and Defendants, knew the Department of Health and Human Services and the United States Senate

Finance Committee has released reports on dangers of Physician-owned entities, notably Physician-owned Distributorships (POD's).

1804. Dr. Durrani and Toby Wilcox's actions through Evolution Medical violated the Anti-Kickback Statute 42 U.S.C. 1320 and Stark Law 42 U.S.C. 1395.

1805. Compliance with the Anti-Kickback Statutes is a condition of receiving payment from a Federally-funded healthcare program, and most private insurers have a parallel conditional requirement.

1806. The Anti-Kickback Statute prohibits the payment and receipt of kickbacks in return for either procuring or recommending the procurement of a good, facility, or item to be paid in whole or in part by a federal healthcare program. 42 U.S.C. 1320a-7b(b).

1807. In violation of 45 C.F.R. 46, and in furtherance of the scheme to feign avoidance of the anti-kickback statutes, Dr. Durrani, CAST, Alphatec and the Defendants experimented on patients by using PureGen in unapproved manners, without the informed consent of the patients, and subsequently billing their health insurance companies all while concealing the true nature of their actions.

1808. Dr. Durrani also had connections with Alphatec as his personal calendar indicates meetings with Dirk Kuyper, President and CEO of Alphatec in 2008.

1809. Dr. Durrani experimentally used Puregen bone graft in twenty cervical surgeries, along with as many as 72 thoracic, cervical, and lumbar surgeries, ignoring the limited uses it was approved for in the clinical trials.

1810. Dr. Durrani, through his POD Evolution Medical, was essentially "double dipping" in his dealings with PureGen.

1811.   Dr. Durrani would sell WCH and the other hospitals the PureGen through Evolution Medical and then use and bill for the PureGen in his surgeries.

1812.   Dr. Durrani and Defendants knew such an arrangement was either unethical and illegal (though still not disclosing the use of PureGen) by having the patients sign an Acknowledgement of Potential Conflict of Interest form.

1813.   WCH and Defendant also benefited from this arrangement by up charging patients for the PureGen after purchasing it from Evolution Medical and Dr. Durrani.

1814.   At all times relevant, Dr. Durrani and Defendants was in exclusive control of the amount and ratio of Puregen bone graft that was experimentally implanted into patients.

1815.   PureGen was and remains unapproved by the FDA for use in humans without an Investigation New Drug ("IND") or experimental informed consent of the patient.

1816.   Dr. Durrani and Defendants did not receive experimental informed consent from patients, nor did he verify that an IND was obtained.

1817.   The basic "Informed Consent Forms" Dr. Durrani and CAST did have patients fill out made no mention of PureGen or the fact a non-FDA approved product was being implanted in their body.

1818.   In fact, Dr. Durrani and Defendants would even conceal the use of PureGen by intentionally withholding it from the billing records, noting on one Pre-Op Code sheet "Do Not Bill" twice in regards to PureGen.

1819.   Implanting Puregen in any part of the spinal canal without FDA clearance, proper trials, and patient consent is reckless battery and violates the Hippocratic Oath's statement "I will prescribe regimens for the good of my patients according to my ability and my judgment and never **do harm** to anyone." It is criminal.

## PUREGEN AND OUR CLIENTS

1820. What follows are just a few examples of the damage caused Dr. Durrani and the Defendants deceptive and fraudulent use of PureGen in Deters Law Office clients without their consent.

1821. A majority of these surgeries occurred AFTER the FDA inspection and subsequent warning on the non-FDA approved status of PureGen.

1822. Following the cervical surgeries in which Puregen was implanted, the patients' pain became far worse and more extreme.

1823. The patients attest to difficulty with swallowing unthickened liquid, medications in pill form, routine saliva, and food.

1824. Many patients describe a choking sensation felt on a daily basis when swallowing and changes to the tone and audibility of their voice, along with a chronic cough.

1825. Following the thoracic and lumbar surgeries, patients attest to increased spinal pain, difficulty with ambulation, numbness and tingling in lower extremities, decreased flexibility.

1826. Below are some of the clients experiences since having the Puregen implanted:

1827. "I have severe low back pain, stiffness, decreased range of motion and tenderness. Pain radiating to left posterior thigh and right/left lumbar area. Onset months ago after surgery." – William Hayes

1828. "Constant, irritating pain, less intense but still present. Even after two surgeries, I continue to have limited use of my left leg. The pain is ever-present. I am easily fatigued and have severe pain after brief tasks such as cooking dinner, preaching a sermon, even making a bed. Bending over is so painful and produces such instability that my family

helps put on my socks and shoes. I require a cane for ambulation, due to left leg weakness and limited range of motion." – Darrell Earls

1829.    "Severe spin in my neck, arm, shoulder blades. Pressure on my throat making it unbearable to swallow meds and food. Loss of range of motion in my neck and stiffness in back. The pain is so severe that I can no longer sleep laying down. I have to sleep sitting up. The pain in my neck is unbearable most days. The pain runs between my shoulder blades into my chest and in my throat and side of my neck." - Duane Pelfrey

1830.    "I feel I have lost a lot of the flexibility in my neck and back. I have lower back pain, tightness in neck and shoulders, and have a hard time lifting/standing for long periods of time. When I bend over, I have a hard time straightening back up to an upright position." - Dana Conley

1831.    "Low back pain radiating into bilateral hips, buttocks, legs and feet. Bilateral leg weakness. Numbness in left foot and toes. Bilateral buttock and posterior thigh muscle spasms. Burning sensation in right abdomen that radiates around to back. My post-surgery MRI and CT scan showed bony overgrowth into the foramen and into the canal on left at L5-S1." - Julie Martin

1832.    "I experience pounding headaches that are far worse than anything prior to surgery. Left leg is numb, painful and swollen, muscle spasms occurring in hip and bilateral legs since surgeries with Dr. Durrani. My whole back, neck and leg hurt so bad I could throw up." - Tonia McQueary

1833.    "I have much more pain. Constant right-sided headache, intensity varies but always present. The back of my neck swells. My esophagus feels like it is in a different place. My throat swells." – Kelly Hennessey

1834.　　As stated, there are just a few examples of clients that have been discovered to

have had non-FDA approved PureGen implanted into their bodies without their informed

consent, in violation of both Federal and State Law, all with the knowledge of

Defendants.

## WEST CHESTER HOSPITAL/UC HEALTH COUNTS:

### COUNT I: FRAUD

1835.　　The Board Directors, Officers, Defendants of West Chester/UC Health are for all

intents and purposes the owners of West Chester/UC Health based upon the nature of

West Chester/UC Health corporate status.

1836.　　The Board Directors, Officers, Defendants control West Chester/UC Health

completely. They used this control to effectuate a massive fraud upon Plaintiffs as

outlined in this Complaint.

1837.　　The Board Directors, Officers, Defendants with the intent to deceive did:

(1) make, issue, deliver, transmit by mail, or publish, any prospectus, report, or other

document respecting membership rights in, or the activities, assets, liabilities, earnings, or

accounts of, West Chester/UC Health, knowing that same is false in any material respect;

and (2) made entries in the corporation's books, minutes, records, or accounts, when such

directors knew the entry to be false, or removed, erased, altered, or canceled any such

entry knowing that the resulting entries would be false. R.C. 1702.54(A) A director who

violates this provision is personally liable, jointly and severally with others participating

with such director in the act, to any person for any damage actually suffered as a

proximate result of the act. R.C. 1702.54(B) An action to enforce liability under the

above statute must be brought within four years from the time of challenged act. R.C. 1702.54.

1838.    Plaintiff has just now received the financial statements from West Chester Hospital.

1839.    West Chester Hospital is currently negotiating with the Federal Government to pay back $4.1 million in fraudulently billed Medicare/Medicaid.

1840.    Plaintiff incorporates each and every factual allegation pled in all prior paragraphs.

1841.    Defendants concealed from Plaintiff facts they knew about Dr. Durrani and made misrepresentations to Plaintiff as detailed in this Complaint as fully detailed in the paragraphs of this Complaint.

1842.    Defendant's concealments and misrepresentations were material facts.

1843.    Defendants had a duty to disclose these material facts to Plaintiff and a duty to refrain from misrepresenting such material facts to Plaintiff.

1844.    Defendants intentionally concealed and/or misrepresented material facts with the intent to defraud Plaintiff in order to induce Plaintiff to undergo the surgery or cause her not to decide to cancel surgery, and thereby profited from the surgeries and procedures Dr. Durrani performed on Plaintiff at West Chester Hospital/UC Health.

1845.    Plaintiff was unaware that Infuse/BMP-2 or would be used in Plaintiff's surgeries and therefore, was unaware of the health risks of Infuse/BMP-2 used in Plaintiff's spines.

1846.    West Chester Hospital/UC Health concealed from Plaintiff facts they knew about Dr. Durrani, including that Infuse/BMP-2 and/or Puregen would be used in Plaintiff's

surgery, and misrepresented to Plaintiff the nature of the surgery, and the particular risks that were involved therein.

1847.    West Chester Hospital/UC Health's concealments and misrepresentations regarding Infuse/BMP-2 and the nature and risks of Plaintiff's surgeries were material facts.

1848.    Because of its superior position and professional role as a medical service provider, West Chester Hospital/UC Health had a duty to disclose these material facts to Plaintiff and a duty to refrain from misrepresenting such material facts to Plaintiff.

1849.    West Chester Hospital/UC Health intentionally concealed and/or misrepresented said material facts with the intent to defraud Plaintiff in order to induce Plaintiff to undergo the surgery, and thereby profited from the surgeries and procedures Dr. Durrani performed on Plaintiff at West Chester Hospital/UC Health.

1850.    Plaintiff was unaware that Infuse/BMP-2 would be used in Plaintiff's surgeries and therefore, was unaware of the health risks of Infuse/BMP-2 use in Plaintiff's spine.

1851.    Had Plaintiff known before Plaintiff's surgeries that Infuse/BMP-2 would be used in Plaintiff's spine and informed of the specific, harmful risks flowing therefrom, Plaintiff would not have undergone the surgeries with Dr. Durrani at West Chester Hospital/UC Health.

1852.    Defendant West Chester Hospital fraudulently inserted Bone Graft Infuse XX SM 0.7 ML in Barbara Hensely. Medical Records are attached as exhibit A.

1853.    Had Plaintiff known before Plaintiff's surgery that Infuse/BMP-2 would be used in Plaintiff's spine and informed of the specific, harmful risks flowing therefrom,

Plaintiffs would not have undergone the surgeries with Dr. Durrani at West Chester Hospital/UC Health.

1854.    As a direct and proximate result of the fraud upon Plaintiffs by Defendants, Plaintiffs sustained all damages requested in the prayer for relief.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff requests and seeks justice in the form and procedure of a jury, verdict and judgment against Defendants on all claims for the following damages:

1.    Past medical bills;

2.    Future medical bills;

3.    Lost income and benefits;

4.    Lost future income and benefits;

5.    Loss of ability to earn income;

6.    Past pain and suffering;

7.    Future pain and suffering;

8.    Plaintiff seeks a finding that their injuries are catastrophic under Ohio Rev. Code §2315.18;

9.    Plaintiff seeks all relief available under the Ohio Products Liability Act R.C. § 2307.71-2307.80 and applicable law;

10.    All incidental costs and expenses incurred as a result of their injuries;

11.    The damages to their credit as a result of their injuries;

12.    Loss of consortium;

13.    Punitive damages;

14.    Costs;

15.     Attorneys' fees;

16.     Interest;

17.     All property loss;

18.     All other relief to which they are entitled including O.R.C. 1345.01

19.     Based upon 1-18 itemization of damages, the damages sought exceed the minimum

jurisdictional amount of this Court and Plaintiff seeks in excess of $25,000.

20.     Plaintiff also demands declaratory judgment as to the unconstitutionality of O.R.C.

§2305.113(C) to the extent that it applies to this action.

Respectfully Submitted,

Matt Hammer (#0092483)
The Deters Law Firm
5247 Madison Pike
Independence, KY 41051
Ph: (859) 363-1900
Fax: (859) 363-1444
mhammer@ericdeters.com
*Counsel for Plaintiffs*

## **JURY DEMAND**

Plaintiff makes a demand for a jury under all claims.

Matt Hammer (#0092483)



*ORREC*

 **West Chester Medical Center**

Patient Name: HENSLEY, Barbara A

Case #:   317150

## *Nursing Intraop Record*

### Patient/Procedure Information

| | | | |
|---|---|---|---|
| Procedure Date: | 10/23/2009 | OR #: OR 4 | |
| Sch Case Time: | 11:30 | OR Start Time: 11:28 | OR End Time: 15:24 |
| ASA: | 2 | Anesthesia Type: General | |
| Case Type: | Elective | | |
| Patient Type: | AMA | | |
| Preop Diagnosis: | DEGENERATIVE DISC DISEASE CERVICAL 722.4, SPINAL STENOSIS - CERVICAL 723.0 | | |
| Postop Diagnosis: | Same | | |
| Procedure Description: | C4-C5 ANTERIOR CERVICAL DISCECTOMY AND FUSION, C7-T1 ANTERIOR CERVICAL DISCECTOMY AND FUSION | | |

### Personnel

| Primary Personnel | Start Time | Out Time | Personnel Name |
|---|---|---|---|
| Surgeon | 11:28 | 15:28 | Durrani, Abubakar Atiq, MD |
| Anesthesiologist | | | Hurford, William E, MD |
| Anesthesia Staff | | | Pekar, Bennany, CRNA |
| Scrub | | | Shea, Shawn, CST |
| Circulator | | | Smith, Janet, RN |

| Relief Personnel | Start Time | Out Time | Personnel Name |
|---|---|---|---|
| Relief Circulator | 12:34 | 13:07 | Vick, Lori, RN |
| Relief Circulator | 15:05 | 15:28 | Ofori-Attah, Elizabeth, RN |

| Additional Personnel | Start Time | Out Time | Personnel Name |
|---|---|---|---|
| 2nd Circulator | 11:28 | 15:28 | Simpson, Ann, RN |
| Assistant | 11:28 | 15:28 | Venerable, Steve, RNFA |
| Report Received From | | | Knueven, Teresa, RN |
| Sales Rep | 11:28 | 15:28 | Rattigan (Medtronic), Dave, Vendor |
| Sales Rep | 11:28 | 15:28 | Benton (Evokes), Adam, Vendor |
| Sales Rep | 11:28 | 15:28 | Smith (Evokes), Terry, Vendor |
| Sales Rep | 11:28 | 15:28 | Meister (Hemarex), Katie, Vendor |
| X-Ray Tech | 11:28 | 15:28 | Osterman, Amy, RT |

### Times

| | Start Time | Out Time | Duration | Comments |
|---|---|---|---|---|
| OR Time: | 11:28 | 15:24 | 236 min | |
| Surgery Time: | 12:22 | 15:13 | 171 min | |

### Assessment and Verification

| Allergies |
|---|
| |

Nursing Intraop Record

WMC



15:31

EXHIBIT

A

...ah, Elizabeth

| | | Case #: 317150 |
|---|---|---|
| Med. Rec. #: | 0252102 | Fin'Class: M |
| Acct #: | 219188434 | Admiss Type: I |
| Patient: | HENSLEY, Barbara, A | Sex:   F |
| Address: | 12063 DECKER LANE | DOB:  02/18/1951 |
| | WALTON, KY 41094 | Age:  58y |
| Admitting MD/LW #: | DURRANI ABUBAKAR 144523 | *219188434* |
| Admit Date: | 10-23-2009 | |



**\*ORREC\***

**I & O**

| Time | Description | Intake | Output | Comments |
|------|-------------|--------|--------|----------|
| 11:51 | IV fluid | 3000 ml | | |
| 11:51 | EBL | | 100 ml | |
| | Total: | 3,000 ml | 100 ml | |

**Implants**

| Material Name | Manufacturer | Ref # | Model # | Serial # | Lot # |
|---------------|--------------|-------|---------|----------|-------|
| GRFT BONE INFUSE XX SM 0.7ML | MEDTRONIC INC SOFAMOR | | | | M110901AAD |
| Catalog # 7510050 | Quantity 1 | | Body Site Cervical Spine | | Expiration Date 07/31/2010 |
| Comments: | Verified per surgeon | | | | |
| FOAM BIOACT VITOSS PACK 5CC | ORTHOVITA | | | | B904014 |
| Catalog # 2102-1605 | Quantity 1 | | Body Site Cervical Spine | | Expiration Date 04/01/2011 |
| Comments: | Verified per Surgeon | | | | |
| SPCR VERT CRNRSTN 8X14X11MM | MEDTRONIC INC SOFAMOR | | | | NM89 |
| Catalog # 6277841 | Quantity 1 | | Body Site Neck | | Expiration Date 10/31/2012 |
| SPCR VERT CRNRSTN 7X14X11MM | MEDTRONIC INC SOFAMOR | | | | H08C2609 |
| Catalog # 6277741 | Quantity 1 | | Body Site Neck | | Expiration Date 04/14/2013 |
| PLT CERV ATLANTS VISION 80MM | MEDTRONIC INC SOFAMOR | 7230-17 | | | no lot |
| Catalog # 976-180 | Quantity 1 | | Body Site neck | | |
| SCR CANC S-D VAR ANG 4X15MM T1 | MEDTRONIC INC SOFAMOR | 7230-17 | | | no lot |
| Catalog # 876-615 | Quantity 4 | | Body Site neck | | |
| SCR CANC S-D VA 4.5X15MM T1 | MEDTRONIC INC SOFAMOR | 7230-17 | | | no lot |

Nursing Intraop Record

WMC
.Printed: 10/23/2009 - 15:31

Printed By: Ofori-Attah, Elizabeth
Page 4 of 5

| | |
|---|---|
| Mod. Rec. #: 02521082 | Fin Class: M |
| Acct #: 219188434 | Admiss Type: I |
| Patient: | **HENSLEY, Barbara, A** |
| Address: | 12063 DECKER LANE |
| | WALTON, KY 41094 |
| Admitting MD/LW #: | DURRANI ABUBAKAR 144523 |
| Admit Date: | 10-23-2009 |

Case #: 317150
Sex:  F
DOB: 02/18/1951
Age:  58y

**\*219188434\***



## COMMON PLEAS COURT
## HAMILTON COUNTY, OHIO

Barbara Hensley

12063 Decker Richwood Ky, 41094

**VS**

UC Health

A 1 5 0 3 3 5 5

CASE NO. _____

WRITTEN REQUEST FOR SERVICE
TYPE OF PAPERS TO BE SERVED ARE

Complaint

(∞) PLEASE CHECK IF THIS IS A
    DOMESTIC CASE

PLAINTIFF/DEFENDANT REQUESTS:

CERTIFIED MAIL SERVICE __X____

PERSONAL SERVICE _____

PROCESS SERVICE _____

EXPRESS MAIL SERVICE _____

REGULAR MAIL SERVICE _____

RESIDENCE SERVICE _____

FOREIGN SHERIFF _____

ON **UC Health**

Serve: GH&R Business Svcs., Ince. 511 Walnut Street 1900 Fifth

Third Center Cincinnati, OH 45202.

FILED
2015 JUN 22 P 3 50
CLERK OF COURTS
HAMILTON COUNTY, OH

Matt Hammer

**ATTORNEY**

5247 Madison Pike, Independabce, Ky 41051

**ADDRESS**

513-729-1999

**PHONE NUMBER**

0092483

**ATTORNEY NUMBER**



## COMMON PLEAS COURT
## HAMILTON COUNTY, OHIO

Barbara Hensley

12063 Decker Richwood Ky, 41094

CASE NO. ___ A 1 5 0 3 3 5 5

**VS**

West Chester Hospital, LLC

**WRITTEN REQUEST FOR SERVICE**
**TYPE OF PAPERS TO BE SERVED ARE**

Complaint

(∞) **PLEASE CHECK IF THIS IS A**
**DOMESTIC CASE**

**PLAINTIFF/DEFENDANT REQUESTS:**

**CERTIFIED MAIL SERVICE** X ___

**PERSONAL SERVICE** ___

**PROCESS SERVICE** ___

**EXPRESS MAIL SERVICE** ___

**REGULAR MAIL SERVICE** ___

**RESIDENCE SERVICE** ___

**FOREIGN SHERIFF** ___

**ON** West Chester Hospital LLC at 7700 University Drive West Chester, OH 45069

Serve: GH&R Business Svcs., Ince. 511 Walnut Street 1900 Fifth
Third Center Cincinnati, OH 45202.

*FILED HAMILTON COUNTY CLERK OF COURTS OH 2015 JUN 22 P 3: 50*

# Matt Hammer

**ATTORNEY**

5247 Madison Pike, Independabce, Ky 41051

**ADDRESS**

513-729-1999

**PHONE NUMBER**

0092483

**ATTORNEY NUMBER**